## Case 16-2017-CA-000490-XXXX-MA

| Department | Circuit Civil | Division | CV-D |
|---|---|---|---|
| Case Status | OPEN | File Date | 1/26/2017 10:50:15 AM |
| Judge Name | NORTON, VIRGINIA B. | Officer | |
| Private Attorney | Roberts, Gary Anthony | | |

### Parties

| Name / DOB / DL / ID # | Party Type Race / Sex | Address |
|---|---|---|
| ESTATE OF JIM ARTHUR JONES | PLAINTIFF / | 130 SALEM COURT TALLAHASSEE, FL32301 |
| EMPIRE FIRE AND MARINE INSURANCE COMPANY | DEFENDANT / | 200 E. GAINES STREET TALLAHASSEE, FL32399 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Roberts, Gary Anthony Private Attorney (69620) | 130 Salem Ct Tallahassee, FL323012810 | ESTATE OF JIM ARTHUR JONES (PLAINTIFF) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 01/27/2017 | SUMMONS($10/ea) | $10.00 | $10.00 | $0.00 |
| 01/26/2017 | CIR/GENERALCIVIL 3/1/2012 | $401.00 | $401.00 | $0.00 |

### Dockets

| Line | Count | Effective Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 | – | 1/26/2017 1/26/2017 | COVER SHEET | 2 | Available VOR, Ready to view |
| 2 | – | 1/26/2017 1/26/2017 | COMPLAINT | 10 | Available VOR, Ready to view |
| 3 | – | 1/26/2017 1/26/2017 | OTHER NEGLIGENCE - OTHER | | |
| 4 | – | 1/26/2017 1/26/2017 | CASE FEES PAID: $401.00 ON RECEIPT NUMBER 2842094 | 1 | Available Public access |

**EXHIBIT**

**A**

| 5 | -- | 1/26/2017<br>1/26/2017 | DEMAND FOR JURY TRIAL | | |
|---|---|---|---|---|---|
| 6 | -- | 1/27/2017<br>1/27/2017 | SUMMONS ISSUED -EMPIRE FIRE AND MARINE INSURANCE COMPANY | 2 | **Available**<br>VOR, Ready to view |
| 7 | -- | 1/27/2017<br>1/27/2017 | CASE FEES PAID: $10.00 ON RECEIPT NUMBER 2843166 | 1 | **Available**<br>Public access |
| 8 | -- | 2/22/2017<br>2/22/2017 | ANSWER AND AFFIRMATIVE DEFENSES (DEFENDANT'S) | 4 | **Request**<br>View on request |
| 9 | -- | 3/2/2017<br>3/2/2017 | REQUEST TO PRODUCE DOCUMENTS TO PLTF /ATTY FOR DEFT | 8 | **Request**<br>View on request |
| 10 | -- | 3/2/2017<br>3/2/2017 | NOTICE OF PROPOUNDING INTERROGATORIES TO PLTF /ATTY FOR DEFT | 2 | **Request**<br>View on request |
| 11 | -- | 3/2/2017<br>3/3/2017 | NOTICE OF SERVICE OF INTERROGATORIES TO DEFENDANT (PLAINTIFF'S FIRST SET) | 1 | **Request**<br>View on request |

Filing # 51660840 E-Filed 01/26/2017 10:50:15 AM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>FOURTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>DUVAL</u>  COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Estate of Jim Arthur Jones</u>
Plaintiff

vs.

<u>Empire Fire and Marine Insurance Company</u>
Defendant

**II.    TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☒ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more

- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☐ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.     **REMEDIES SOUGHT** (check all that apply):
- ☒  Monetary;
- ☐  Non-monetary
- ☐  Non-monetary declaratory or injunctive relief;
- ☐  Punitive

IV.     **NUMBER OF CAUSES OF ACTION: (    )**
(Specify)

<u>1</u>

V.     **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐  Yes
- ☒  No

VI.     **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒  No
- ☐  Yes – If "yes" list all related cases by name, case number and court:

VII.     **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒  Yes
- ☐  No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature <u>s/ Odell M Stroud Jr</u>    FL Bar No.: <u>101681</u>
    Attorney or party                           (Bar number, if attorney)

<u>Odell M Stroud Jr</u>    <u>01/26/2017</u>
    (Type or print name)                            Date

Filing # 51660840 E-Filed 01/26/2017 10:50:15 AM

## IN THE CIRCUIT COURT OF THE FORTH JUDICIAL CIRCUIT
## IN AND FOR DUVAL COUNTY, FLORIDA

GWENDOLA JONES THOMAS, as Personal
Representative of the Estate of
JIM ARTHUR JONES, deceased,                          CASE NO.: _____

     Plaintiff,

vs.

EMPIRE FIRE and MARINE INSURANCE COMPANY,

     Defendant.

_____/

### COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

COMES NOW, The Plaintiff, GWENDOLA JONES THOMAS, as Personal

Representative of the Estate of JIM ARTHUR JONES, deceased, ("DECEDENT"), and files this

Complaint against Defendant, EMPIRE FIRE and MARINE INSURANCE COMPANY, a

foreign corporation, and alleges:

### GENERAL ALLEGATIONS

1.     That this is an action for damages that exceed $15,000.00, exclusive of costs and

interests.

2.     At all times material and relevant to this Complaint, the Plaintiff, GWENDOLA

JONES THOMAS and the Decedent, JIM ARTHUR JONES were residents of Jacksonville,

Duval County, Florida.

3.     At all times material and relevant to this Complaint, the Plaintiff, GWENDOLA

JONES THOMAS, was a surviving child and is the appointed Personal Representative of the

1

Estate of her father, JIM ARTHUR JONES. (A copy of the Letters of Administration are attached hereto as Exhibit A).

4.      At all times material hereto, Defendant, EMPIRE FIRE and MARINE INSURANCE COMPANY, was a foreign for profit corporation licensed to do business in the State of Florida. The Defendant provided automobile insurance throughout the State of Florida.

5.      The decedent's son, Murray C. Jones rented a vehicle on September 17, 2015 that had a contract of insurance with the Defendant, EMPIRE FIRE and MARINE INSURANCE COMPANY, under Policy No. RS15525807-04, that provided uninsured motorist coverage of one million dollars ($1,000,000.00) combined single limit that was in full force and effect at all material and relevant times herein. (A copy of the limits of insurance information regarding the above referenced policy is attached hereto as Exhibit "B", and is incorporated herein by reference).

6.      On September 18, 2015, the deceased, was a passenger in an Enterprise rental vehicle, Chevrolet Silverado, driven by his son Murray C. Jones having a vehicle identification number 3GCPCREC0EG519842 that was involved in a motor vehicle crash on I-95 in an unincorporated area of St. Johns County, Florida.

7.      That the accident involved multiple vehicles and the vehicle driven by Murray C. Jones collided with an overturned truck. Because of the crash, the decedent was severely injured, hospitalized and never recovered.  Mr. Jim A. Jones died on July 23, 2016 as a result of the injuries he suffered.

8.      That immediately prior to and at the time of said accident, the underinsured motorist was operating his vehicle in a negligent manner and the negligence of the underinsured motorist was the proximate cause of the accident and the death of Mr. Jim A. Jones.

9.    At the time of his death, Mr. Jim A. Jones was 81 years old and unmarried and he is survived by his two children Murray Charles Jones and Gwendola Jones Thomas.

10.    At all times material hereto, Plaintiff was an insured under a policy of automobile insurance with Defendant, EMPIRE FIRE and MARINE INSURANCE COMPANY, Policy No. RS15525807-04, which insured the 2014 Chevrolet Silverado and provided uninsured/underinsured motorist ("UM") benefits to Plaintiff.

11.    Plaintiff timely notified the Defendant EMPIRE FIRE and MARINE INSURANCE COMPANY of said accident. Plaintiff on or about May 11, 2016, informed Defendant EMPIRE FIRE and MARINE INSURANCE COMPANY that the underlining policy limits of Charles Slattery, the underinsured motorist, with GEICO Insurance Policy and A&D Hauling, Inc. and Infinity Insurance were insufficient to cover the personal injury, damages and death of the decedent.

12.    Plaintiff has complied with all conditions precedent for maintaining an action against Defendant, EMPIRE FIRE and MARINE INSURANCE COMPANY contained in said policy. That despite the demands by the Plaintiff, beginning on or around May 11, 2016 through the filing of this complaint the Defendant EMPIRE FIRE and MARINE INSURANCE COMPANY, has refused and continues to refuse to honor the Plaintiff's request for payment under the applicable uninsured/underinsured motorist provisions of the EMPIRE FIRE and MARINE INSURANCE COMPANY policy.

13.    That the refusal by Defendant EMPIRE FIRE and MARINE INSURANCE COMPANY to pay the same is a breach of the Defendant's insurance contract with Murray C. Jones.

14.    As a direct and proximate result of the underinsured motorist's actions and/or omissions, Mr. Jim A. Jones died.

3

15.    This action is brought pursuant to Florida's Wrongful Death Act.

## COUNT I-WRONGFUL DEATH MOTOR VEHILCE NEGLIENCE

16.    The Plaintiff reiterates and re-alleges all the allegations contained in paragraphs one (1) through fifteen (15) as though fully set forth herein.

17.    The underinsured motorist, Charles Slattery, as a commercial truck driver, owed a duty to other motorists and pedestrians to operate the subject vehicle in a reasonable and safe manner consistent with that of other commercial truck drivers and in accordance with Federal and State laws and regulations.

18.    The underinsured motorist, Charles Slattery, breached his duties by driving in a negligent and unsafe manner causing his vehicle to overturn that resulted in a three-vehicle crash.

19.    That the driver of the decedent's vehicle, Murray C. Jones, had no time to effectuate evasive action or otherwise avoid striking the vehicle in front of him, including underinsured 's vehicle.

20.    The negligence of the underinsured motorist was the sole and proximate cause of the accident and the injuries and eventual death of Jim A. Jones.  At all times Murray C. Jones was exercising due care.

21.    As a direct and proximate consequence of the underinsured negligence, the Plaintiff GWENDOLA JONES THOMAS, a statutory survivor and personal representatives of the estate of JIM ARTHUR JONES, deceased, and statutory survivor MURRAY C. JONES, suffered the following damages, in whole or in part:

        a. Loss of support and services;

        b. Loss of companionship, instruction, and guidance;

4

c. Mental pain and suffering;

d. Any medical or Funeral expenses;

e. Any and all other damages allowable under law.

22. As a direct and proximate consequence of the underinsured motorist, Charles

Slattery's negligence, the Estate of JIM ARTHUR JONES sustained loss of earnings and

prospective net accumulations.

WHEREFORE, Plaintiff, on behalf of the Estate of JIM ARTHUR JONES, deceased,

demand judgment for damages against Defendant, EMPIRE FIRE and MARINE INSURANCE

COMPANY, for all damages allowable under law, interest, costs of these proceedings, request

this Court grant any relief it deems just and equitable, and request a trial by jury of all issues so

triable.

DATED this   26th   day of January, 2017.

Respectfully submitted,
**GARY A. ROBERTS & ASSOCIATES, L.L.C.**

*/s/ Gary A Roberts*
**GARY A. ROBERTS, ESQUIRE**
FLORIDA BAR NO. 0069620
**ODELL STROUD, JR., ESQUIRE**
FLORIDA BAR NO. 0101681
130 Salem Court
Tallahassee, Florida 32301
(850) 513-0505
(850) 513-0318-Facsimile
E-mail: garyr@garyrobertslaw.com
        odell@garyrobertslaw.com

ATTORNEYS FOR THE PLAINTIFF

5

# EXHIBIT A
# LETTERS OF ADMINISTRATION

Doc # 2016252263, OR BK 17763 Page 1058, Number Pages: 1, Recorded 11/03/2016 08:12 AM, Ronnie Fussell CLERK CIRCUIT COURT DUVAL COUNTY RECORDING $0.00

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

IN RE:

ESTATE OF JIM ARTHUR JONES,          PROBATE DIVISION

    Deceased.                        CASE NO.:  2016-CP-002158

_____/

## LETTERS OF ADMINISTRATION
### (single personal representative)

TO ALL WHOM IT MAY CONCERN:

WHEREAS, Jim Arthur Jones, a resident of Duval County, Florida, died on July 23, 2016, owning assets in the State of Florida; and

WHEREAS, Gwendola Jones Thomas, has been appointed personal representative of the estate of the Decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned Circuit Judge, declare Gwendola Jones Thomas, duly qualified under the laws of the State of Florida to act as personal representative of the estate of Jim Arthur Jones, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the Decedent; to pay the debts of the Decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on ___November 1___, 2016.

_____
Circuit Judge

Copy furnished:
Andrea V. Nelson, Esq.
Nelson Law Firm, PLC
P.O. Box 6677
Tallahassee, FL 32314

# EXHIBIT B

## DECLARATION PAGE OF INSURANCE POLICY

# Declarations For Rental Operator (Policyholder)


**ZURICH**

**INSURANCE IS PROVIDED BY:**   Empire Fire and Marine Insurance Company
13810 FNB Parkway
Omaha, Nebraska 68154-5202

**POLICY NO.**  RSI5525807-04
**POLICYHOLDER NAME AND ADDRESS:**
ENTERPRISE HOLDINGS INC
600 CORPORATE PARK DRIVE
ST LOUIS MO 63105

**RENEWAL OF** ▮▮▮▮▮▮
**AGENT NAME AND ADDRESS:**
▮▮▮▮▮▮
TONY DEBOOR
1285 W MOUNTAIN VIEW DR
MESA AZ 85201

**POLICY PERIOD: FROM**  09/01/2015   **TO**  09/01/2016   12:01 A.M. Standard Time at your mailing address shown above.
(Unless otherwise endorsed)

**COMMERCIAL RENTAL LIABILITY COVERAGE (CRLI)**

| | LIMITS OF LIABILITY | | PREMIUM |
|---|---|---|---|
| Bodily Injury Liability | $ _____ Per Person   $ _____ Per Accident | | $ _____ |
| Property Damage Liability OR | $ _____ Per Accident | | $ _____ |
| Bodily Injury and Property Damage Liability | $ N/A Combined Single Limit | | $ _____ |

**Uninsured / Underinsured Motorist Coverage**

| | | | |
|---|---|---|---|
| Bodily Injury | $ _____ Per Person   $ _____ Per Accident | | $ _____ |
| Property Damage OR | $ _____ Per Accident | | |
| Bodily Injury (and Property Damage, if applicable) | $ N/A Combined Single Limit | | $ _____ |
| Personal Injury Protection | $ N/A | | $ _____ |

**SUPPLEMENTAL RENTAL LIABILITY INSURANCE (SLI)**

| | LIMITS OF LIABILITY | | PREMIUM |
|---|---|---|---|
| Bodily Injury Liability | $ _____ Per Person   $ _____ Per Accident | | $ _____ |
| Property Damage Liability OR | $ _____ Per Accident | | |
| Bodily Injury and Property Damage Liability | $ 1,000,000 Combined Single Limit | | $ SEE EM0808P |

**Uninsured / Underinsured Motorist Coverage**

| | | | |
|---|---|---|---|
| Bodily Injury | $ _____ Per Person   $ _____ Per Accident | | $ _____ |
| Property Damage OR | $ _____ Per Accident | | |
| Bodily Injury (and Property Damage, if applicable) | $ SEE EM0808 Combined Single Limit UM/UIM | | $ SEE EM0808P |

**PERSONAL ACCIDENT COVERAGE (PAC)**

| Rentee: | LIMITS | PREMIUM | Passenger: | LIMITS | PREMIUM |
|---|---|---|---|---|---|
| Death Benefit | $ N/A | $ _____ | Death Benefit | $ N/A | $ _____ |
| Medical Expense | $ N/A | | Medical Expense | $ N/A | |
| Ambulance Expense | $ N/A | | Ambulance Expense | $ N/A | |
| Aggregate Limit of Insurance Per Accident | $ N/A | | | | |

**PERSONAL PROPERTY COVERAGE (PPC)**

| | Per Person LIMIT | Policy Aggregate LIMIT | PREMIUM |
|---|---|---|---|
| | $ N/A | $ N/A | $ _____ |

**TRUCK CARGO INSURANCE:**

| | LIMITS | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Cargo Coverage: | $ N/A | $ _____ | $ _____ |
| Towing Coverage: | $ N/A | $ _____ | $ _____ |

FORMS AND ENDORSEMENTS applicable to any and all Coverage's and made a part of this policy at time of issue:
SEE EM3022

Date of Issue:   09/28/15

Countersigned By: _____
Authorized Representative

EM 00 03 (06-09)

**EMPIRE FIRE AND MARINE INSURANCE COMPANY**          **EMPIRE INDEMNITY INSURANCE COMPANY**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## POLICY CHANGES (FORM B)

| POLICY NO. | POLICY CHANGES EFFECTIVE | AUTHORIZED REPRESENTATIVE |
|---|---|---|
| ███████ | 09/01/2015 | ███████ |

| ENTERRRISE HOLDINGS INC | COVERAGE PARTS AFFECTED |
|---|---|

Underinsured Motorist and Uninsured Motorist coverage only applies for an "auto" rented in a state listed below:

FLORIDA
LOUISIANA
NEW HAMPSHIRE
VERMONT
WEST VIRGINIA

| ORIG. PREM. | COVERAGE | ADDL PREMIUM |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  | **TOTAL** |  |

| 09/19/14 | UM/UIM | |
|---|---|---|
| Date Prepared | END. # | Signature of Authorized Representative |

EM 08 08 UM/UIM  (01-93)

1



**RONNIE FUSSELL**

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

**RECEIPT**

2842094

Printed On:
01/26/2017 04:49
Page 1 of 1

| Receipt Number: 2842094 - Date 01/26/2017  Time 4:49PM |
|---|

| Received of: | Odell M Stroud Jr
130 Salem Court
Tallahassee, FL 32301 | | |
|---|---|---|---|
| Cashier Name: | EFile | Balance Owed: | 401.00 |
| Cashier Location: | E-Filing | Total Amount Paid: | 401.00 |
| Receipt ID: | 6083490 | Remaining Balance: | 0.00 |
| Division: | CV-D(Circuit) | | |

| Case# 16-2017-CA-000490-XXXX-MA -- DEFENDANT: ESTATE OF JIM ARTHUR JONES | | | |
|---|---|---|---|
| Item | Balance | Paid | Bal Remaining |
| Fees | 401.00 | 401.00 | 0.00 |
| Case Total | **401.00** | **401.00** | **0.00** |

| Payments | | |
|---|---|---|
| Type | Ref# | Amount |
| EFILING | 17577991 | 401.00 |
| Total Received | | 401.00 |
| Total Paid | | 401.00 |

## The clerk of courts is here to help you.

| We can be found online at: | WWW.DUVALCLERK.COM |
|---|---|
| The main courthouse Location is: | **Clerk of the Circuit and County Courts**
**Duval County, Florida**
501 West Adams Street
Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: | **Neptune Beach Courthouse Annex**
1543 Atlantic Blvd
Neptune Beach, Florida 32266 |

.

Filing # 51724143 E-Filed 01/27/2017 11:26:38 AM

IN THE CIRCUIT COURT OF THE FORTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

GWENDOLA JONES THOMAS, as Personal
Representative of the Estate of
JIM ARTHUR JONES, deceased,

        Plaintiff,

vs.

EMPIRE FIRE and MARINE INSURANCE COMPANY,

        Defendant.

_____/

CASE NO.: 16-2017-CA-490
CV-D

## SUMMONS

THE STATE OF FLORIDA

       YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in this action upon the Defendant:

          EMPIRE FIRE and MARINE INSURANCE COMPANY
          c/o Chief Financial Officer as RA
          200 East Gaines Street
          Tallahassee, FL 32399-4201

       The Defendant is required to serve written defenses to the Complaint on: Gary A. Roberts, Attorney at Law, Plaintiff's attorney, whose address is Gary A. Roberts & Associates, LLC, 130 Salem Court, Tallahassee, Florida 32301, 850-513-0505, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of Circuit Court either before service on Plaintiff's attorney or immediately thereafter.  If a Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the Complaint.

       DATED this _____27_____ day of January, 2016.

                     RONNIE FUSSEL
                     Clerk of Circuit Court

                          D. Burge
                BY:_____
                As Deputy Clerk

FILED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 01/27/2017 04:54:35 PM

If you are a person with a disability who needs accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact <u>Court Administration at 501 W. Adams Street, Jacksonville, FL 32202</u> within two (2) working days of your receipt of this document.

**\*\*Spanish and French versions attached hereto**

### IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias contados, a partir del recibo de estat notification, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si unsted desea que el tribuanl considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del case y los nombres del las partes intersadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser dosojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparence en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta a la persona denomimada abajo como "Plaintiff/Plaintiff's Attorney."  (Demandante o Abogado del Demandante)

### IMPORTANT

Des poursuites judiciaries ont ete enterprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette ciation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vois beins peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats on a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaingnant ou a son avocat) nomme ci-dessous.



**RONNIE FUSSELL**

# RECEIPT
2843166

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
01/27/2017 04:54
Page 1 of 1

| Receipt Number: 2843166 - Date 01/27/2017  Time 4:54PM | | | |
|---|---|---|---|
| **Received of:** | Odell M Stroud Jr<br>130 Salem Court<br>Tallahassee, FL 32301 | | |
| **Cashier Name:** | EFile | **Balance Owed:** | 10.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 10.00 |
| **Receipt ID:** | 6084629 | **Remaining Balance:** | 0.00 |
| **Division:** | CV-D(Circuit) | | |

| Case# 16-2017-CA-000490-XXXX-MA -- DEFENDANT: ESTATE OF JIM ARTHUR JONES | | | |
|---|---|---|---|
| Item | Balance | Paid | Bal Remaining |
| Fees | 10.00 | 10.00 | 0.00 |
| **Case Total** | **10.00** | **10.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFILING | 17589426 | 10.00 |
| **Total Received** | | **10.00** |
| **Total Paid** | | **10.00** |

## The clerk of courts is here to help you.

| We can be found online at: | **WWW.DUVALCLERK.COM** |
|---|---|
| The main courthouse Location is: | **Clerk of the Circuit and County Courts<br>Duval County, Florida**<br>501 West Adams Street<br>Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| **Other Locations:** | **Neptune Beach Courthouse Annex**<br>1543 Atlantic Blvd<br>Neptune Beach, Florida 32266 |

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN AND
FOR DUVAL COUNTY, FLORIDA

CASE NO.:   16-2017-CA-490
DIVISION:   CV-D

GWENDOLA JONES THOMAS, as
Personal Representative of the Estate of
JIM ARTHUR JONES, deceased,

      Plaintiff,

vs.

EMPIRE FIRE and MARINE INSURANCE
COMPANY,

      Defendant.

_____/

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

      Defendant, Empire Fire and Marine Insurance Company, through its undersigned attorneys

and pursuant to the applicable Florida Rules of Civil Procedure, hereby responds to Plaintiff's

Complaint as follows:

      1. Admitted for jurisdictional purposes only. Otherwise, denied.

      2. Denied as to the Decedent. Defendant is without knowledge as to Plaintiff Gwendola

Jones Thomas.

      3. Without knowledge, therefore denied.

      4. Admitted.

      5. Without knowledge, therefore denied.

      6. Admitted.

      7. Denied.

      8. Without knowledge, therefore denied.

9. Without knowledge, therefore denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Defendant admits Plaintiff alleges this to be a Wrongful Death Action. Otherwise, denied.

16. Defendant re-alleges its responses to paragraphs 1-15.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

To the extent that Decedent or non-parties including but not limited to the driver of the vehicle in which Decedent was traveling, were guilty of negligence which proximately caused or contributed to the incident described in the Complaint or the alleged injuries resulting therefrom, recovery, if any, should be barred or reduced in proportion thereto.

2

### Second Affirmative Defense

Defendant is entitled to a setoff against any verdict returned in this action to the extent that Plaintiff or Decedent has received any payment or benefits from any statutory collateral source.

### Third Affirmative Defense

Defendant claims a setoff for the full amount of insurance coverage available to the alleged tortfeasor, Charles Edward Slattery. Defendant further claims a set-off for any amounts paid to the decendant and/or his survivors by others or their insurance companies to settle claims made which arose out of this accident.

### Fourth Affirmative Defense

Defendant would allege that its policy of insurance is subject to all its terms, conditions, limitations and exclusions as contained therein, which may operate as a bar or limitation upon any recovery of Plaintiff herein.

### Fifth Affirmative Defense

To the extent Decedent failed to mitigate alleged damages by failing to obtain reasonable and necessary medical treatment and/or by failing to follow the medical recommendations of treating healthcare providers recovery should be reduced accordingly.

### DEMAND FOR JURY TRIAL

Defendant demands trial by jury of this matter.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Gary A. Roberts, Esquire, Gary A. Roberts & Associates, LLC, Primary E-mail: garyr@garyrobertslaw.com; Secondary E-mail: odell@garyrobertslaw.com by electronic mail, this 22nd day of February, 2017.

3

SAALFIELD SHAD, P.A.

WILLIAM T. STONE
Florida Bar No. 263397
245 Riverside Avenue, Suite 400
Jacksonville, Florida 32202
Telephone: (904) 355-4401
Facsimile: (904) 355-3503
wstone@saalfieldlaw.com
llovein@saalfieldlaw.com
*Attorney for Defendant*

4

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN AND
FOR DUVAL COUNTY, FLORIDA

CASE NO.:   16-2017-CA-490
DIVISION:   CV-D

GWENDOLA JONES THOMAS, as
Personal Representative of the Estate of
JIM ARTHUR JONES, deceased,

     Plaintiff,

vs.

EMPIRE FIRE and MARINE INSURANCE
COMPANY,

     Defendant.

_____/

## DEFENDANT EMPIRE FIRE AND MARINE INSURANCE COMPANY'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

**TO:** **Gwendola Jones Thomas**
c/o Gary A. Roberts, Esquire
Gary A. Roberts & Associates, LLC
130 Salem Court
Tallahassee, Florida 32301
garyr@garyrobertslaw.com

Defendant, Empire Fire and Marine Insurance Company, by and through its undersigned

counsel, requests that Plaintiff, Gwendola Jones Thomas, produce for inspection, copying or

photographing at the offices of Saalfield, Shad, P.A., 245 Riverside Avenue, Suite 400,

Jacksonville, Florida  32202, on or before thirty (30) days from the date of these requests, the

following documents:

     1.     All medical and hospital bills including prescription bills incurred by the Decedent

from the date of the subject accident to the present.

2.      All claim forms or medical reports submitted on the Decedent's behalf under medical payments or personal injury protection of any insurance policy.

3.      All bills, statements, or other records which you contend support the claim for funereal expenses.

4.      All other bills, statements and/or estimates which Plaintiff claims to be related or and caused by the incident described in the Complaint.

5.      The Decedent's income tax returns for the five years before the accident to the present, including all attachments (W-2s, W-4s, 1099s, etc.), (If you do not have the income tax returns, please execute the attached IRS release and Request for Social Security Earnings Information).

6.      All medical reports, opinions or other written documents from doctors, nurses, and other medical practitioners, or other expert witnesses containing information concerning the injuries sustained by the Decedent in the incident referred to in the Complaint.

7.      All hospital records for hospitalization which resulted from the incident referred to in the Complaint.

8.      Copy of all written or transcribed statements made or given by defendants and/or any employees of defendants relating or pertaining to the incident referred to in the Complaint.

9.      Copy of the insurance policy which affords coverage for the incident referred to in the Complaint.

10.      All records (including, but not limited to, insurance policies, applications, claim forms, correspondence and notices of benefits paid or denied) of collateral source benefits, personal injury protection benefits, workers compensation benefits, and unemployment

2

compensation benefits applied for or received by the Decedent or on the Decedent's behalf after the accident alleged in the Complaint.

11.    Photographs taken of the Decedent following the incident referred to in the Complaint purporting to show injuries sustained by the Decedent and photographs taken of the accident scene or, if applicable, the vehicles or equipment involved in the incident.

12.    Copy of any and all records which you maintain support any claim for any lost wages or net accumulations.

13.    Regarding any lost wages, lost earning capacity, or net accumulations, all notes, memos, ledger sheets, time records, wage records or writings of any kind showing any jobs since this incident that Decedent has not been able to obtain or fulfill because of this incident, and any other writings of any kind whatsoever which in anyway pertain to any lost wages, lost earning capacity, or net accumulations.

14.    Any items of physical evidence, including any objects, substances, diagrams, measurements, plans, blueprints, documents, letters, or any other tangible items obtained which relate to the incident described in the Complaint.

15.    If Decedent or some on Decedent's behalf applied for social security disability, please identify at which office such person applied and execute the attached social security release.

16.    Copies of any releases signed by the Decedent, Plaintiff, or anyone on the Decedent's behalf since the date of the accident.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Gary A. Roberts, Esquire, Gary A. Roberts & Associates, LLC, Primary E-mail: garyr@garyrobertslaw.com; Secondary E-mail: odell@garyrobertslaw.com by electronic mail, this 2nd day of March, 2017.

SAALFIELD SHAD, P.A.

/s/ *William T. Stone*

_____

WILLIAM T. STONE
Florida Bar No. 263397
245 Riverside Avenue, Suite 400
Jacksonville, Florida 32202
Telephone: (904) 355-4401
Facsimile: (904) 355-3503
wstone@saalfieldlaw.com
llovein@saalfieldlaw.com
*Attorney for Defendant*

.

Form **4506**

(Rev. September 2013)

Department of the Treasury
Internal Revenue Service

# Request for Copy of Tax Return

▶ Request may be rejected if the form is incomplete or illegible.

OMB No. 1545-0429

**Tip.** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the original tax return and usually contains the information that a third party (such as a mortgage company) requires. See Form 4506-T, Request for Transcript of Tax Return, or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Return or Account Transcript" or call 1-800-908-9946.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
|---|---|
| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number or individual taxpayer identification number if joint tax return |

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

4 Previous address shown on the last return filed if different from line 3 (see instructions)

5 If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

**SAALFIELD SHAD, P.A., 245 RIVERSIDE AVENUE, SUITE 400, JACKSONVILLE, FL 32202; TELEPHONE NO.: 904-355-4401**

**Caution.** If the tax return is being mailed to a third party, ensure that you have filled in lines 6 and 7 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax return to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your return information, you can specify this limitation in your written agreement with the third party.

6 **Tax return requested.** Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ **1040**

Note. If the copies must be certified for court or administrative proceedings, check here . . . . . . . . . . . . . . ☐

7 **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| 12/31/2014 | 12/31/2013 | 12/31/2012 | 12/31/2011 |
|---|---|---|---|
| 12/31/2010 | | | |

8 **Fee.** There is a $50 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order.

| a | Cost for each return . . . . . . . . . . . . . . . . . . . . . | $ | 50.00 |
|---|---|---|---|
| b | Number of returns requested on line 7 . . . . . . . . . . . . | | 5 |
| c | Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . | $ | 250.00 |

9 If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . . . ☑

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note.** For tax returns being sent to a third party, this form must be received within 120 days of the signature date.

Phone number of taxpayer on line 1a or 2a

**Sign Here**

▶ Signature (see instructions)    Date

▶ Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature    Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 41721E    Form **4506** (Rev. 9-2013)

Form 4506 (Rev. 9-2013)

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506 and its instructions, go to *www.irs.gov/form4506*. Information about any recent developments affecting Form 4506, Form 4506T and Form 4506T-EZ will be posted on that page.

## General Instructions

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate (on line 5) a third party to receive the tax return.

**How long will it take?** It may take up to 75 calendar days for us to process your request.

**Tip.** Use Form 4506-T, Request for Transcript of Tax Return, to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and records of account.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Return or Account Transcript" or call 1-800-908-9946.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

## Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service RAIVS Team Stop 37106 Fresno, CA 93888 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | Internal Revenue Service RAIVS Team Stop 6705 P-6 Kansas City, MO 64999 |

## Chart for all other returns

| If you lived in or your business was in: | Mail to: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250 |

## Specific Instructions

**Line 1b.** Enter your employer identification number (EIN) if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, please include it on this line 3.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the addresses on Lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. For a business address, file Form 8822-B, Change of Address or Responsible Party — Business.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the return be sent to a third party, the IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

*Individuals.* Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

*Corporations.* Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

*Partnerships.* Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

*All others.* See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. If you request a copy of a tax return, sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: Learning about the law or the form, 10 min.; Preparing the form, 16 min.; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224.

Do not send the form to this address. Instead, see *Where to file* on this page.

| Social Security Administration | Form Approved |
|---|---|
| **Consent for Release of Information** | OMB No. 0960-0566 |

### Instructions for Using this Form

Complete this form only if you want us to give information or records about you, a minor, or a legally incompetent adult, to an individual or group (for example, a doctor or an insurance company). If you are the natural or adoptive parent or legal guardian, acting on behalf of a minor child, you may complete this form to release only the minor's non-medical records. We may charge a fee for providing information unrelated to the administration of a program under the Social Security Act.

**NOTE:** Do not use this form to:

• Request the release of medical records on behalf of a minor child. Instead, visit your local Social Security office or call our toll-free number, 1-800-772-1213 (TTY-1-800-325-0778), or

• Request detailed information about your earnings or employment history. Instead, complete and mail form SSA-7050-F4. You can obtain form SSA-7050-F4 from your local Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.

### How to Complete this Form

We will not honor this form unless all required fields are completed. An asterisk (*) indicates a required field. Also, we will not honor blanket requests for "any and all records" or the "entire file." You must specify the information you are requesting and you must sign and date this form. We may charge a fee to release information for non-program purposes.

• Fill in your name, date of birth, and social security number or the name, date of birth, and social security number of the person to whom the requested information pertains.

• Fill in the name and address of the person or organization where you want us to send the requested information.

• Specify the reason you want us to release the information.

• Check the box next to the type(s) of information you want us to release including the date ranges, where applicable.

• You, the parent or the legal guardian acting on behalf of a minor child or legally incompetent adult, must sign and date this form and provide a daytime phone number.

• If you are not the individual to whom the requested information pertains, state your relationship to that person. We may require proof of relationship.

### PRIVACY ACT STATEMENT

Section 205(a) of the Social Security Act, as amended, authorizes us to collect the information requested on this form. We will use the information you provide to respond to your request for access to the records we maintain about you or to process your request to release your records to a third party. You do not have to provide the requested information. Your response is voluntary; however, we cannot honor your request to release information or records about you to another person or organization without your consent. We rarely use the information provided on this form for any purpose other than to respond to requests for SSA records information. However, the Privacy Act (5 U.S.C. § 552a(b)) permits us to disclose the information you provide on this form in accordance with approved routine uses, which include but are not limited to the following:

1.To enable an agency or third party to assist Social Security in establishing rights to Social Security benefits and or coverage;
2.To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level;
3.To comply with Federal laws requiring the disclosure of the information from our records; and,
4.To facilitate statistical research, audit, or investigative activities necessary to assure the integrity of SSA programs.

We may also use the information you provide when we match records by computer. Computer matching programs compare our records with those of other Federal, State, or local government agencies. We use information from these matching programs to establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of incorrect payments or overpayments under these programs. Additional information regarding this form, routine uses of information, and other Social Security programs is available on our Internet website, www.socialsecurity.gov, or at your local Social Security office.

### PAPERWORK REDUCTION ACT STATEMENT

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at** www.socialsecurity.gov**. Offices are also listed under U.S. Government agencies in your telephone directory or you may call 1-800-772-1213 (TYY 1-800-325-0778).** You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. *Send only comments relating to our time estimate to this address, not the completed form.*

Form SSA-3288 (07-2013) EF (07-2013) Destroy Prior Editions

| Social Security Administration | Form Approved |
|---|---|
| **Consent for Release of Information** | OMB No. 0960-0566 |

You must complete all required fields. We will not honor your request unless all required fields are completed. *(\*signifies a required field).*

**TO: Social Security Administration**

| **\*My Full Name** | **\*My Date of Birth (MM/DD/YYYY)** | **\*My Social Security Number** |
|---|---|---|

I authorize the Social Security Administration to release information or records about me to:

| **\*NAME OF PERSON OR ORGANIZATION:** | **\*ADDRESS OF PERSON OR ORGANIZATION:** |
|---|---|
| William T. Stone, Esquire | 245 Riverside Avenue, Suite 4000 |
| Saalfield Shad Law Firm | Jacksonville, FL 32202 |
| | (904) 355-4401 |

**\*I want this information released because:** civil litigation matter
We may charge a fee to release information for non-program purposes.

**\*Please release the following information selected from the list below:**
You must specify the records you are requesting by checking at least one box. We will not honor a request for "any and all records" or "my entire file." Also, we will not disclose records unless you include the applicable date ranges where requested.

1. ☒ Social Security Number
2. ☒ Current monthly Social Security benefit amount
3. ☒ Current monthly Supplemental Security Income payment amount
4. ☒ My benefit or payment amounts from date ALL _____ to date ALL _____
5. ☒ My Medicare entitlement from date ALL _____ to date ALL _____
6. ☒ Medical records from my claims folder(s) from date ALL _____ to date ALL _____
   If you want us to release a minor child's medical records, do not use this form. Instead, contact your local Social Security office.
7. ☒ Complete medical records from my claims folder(s)
8. ☒ Other record(s) from my file (you must specify the records you are requesting, e.g., doctor report, application, determination or questionnaire)

   Application for Benefits, Doctor Reports, Consultation Evaluation Reports, Questionnaires,

   Determinations, Appeals, all correspondence and all other materials in your possession.

I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004)) that I have examined all the information on this form, and any accompanying statements or forms, and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeks or obtain access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.

| **\*Signature:** | **\*Date:** |
|---|---|

**\*Address:**

| Relationship (if not the subject of the record): | **\*Daytime Phone:** |
|---|---|

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street, City, State, and Zip Code) | Address(Number and street, City, State, and Zip Code) |

**Form SSA-3288 (07-2013) EF (07-2013)**

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN AND
FOR DUVAL COUNTY, FLORIDA

CASE NO.:   16-2017-CA-490
DIVISION:   CV-D

GWENDOLA JONES THOMAS, as
Personal Representative of the Estate of
JIM ARTHUR JONES, deceased,

      Plaintiff,

vs.

EMPIRE FIRE and MARINE INSURANCE
COMPANY,

      Defendant.

_____/

### DEFENDANT EMPIRE FIRE AND MARINE INSURANCE COMPANY'S
### NOTICE OF PROPOUNDING INTERROGATORIES TO PLAINTIFF

**TO:**  **Gwendola Jones Thomas**
      c/o Gary A. Roberts, Esquire
      Gary A. Roberts & Associates, LLC
      130 Salem Court
      Tallahassee, Florida 32301
      garyr@garyrobertslaw.com

      Please take notice that, in accordance with the applicable Florida Rules of Civil Procedure,

you are required within the time provided for by these rules to answer under oath and in writing

the original interrogatories which are attached and numbered 1 through 22.

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to

Gary A. Roberts, Esquire, Gary A. Roberts & Associates, LLC, Primary E-mail:

garyr@garyrobertslaw.com; Secondary E-mail: odell@garyrobertslaw.com by electronic mail,

this 2nd day of March, 2017.

SAALFIELD SHAD, P.A.

/s/ *William T. Stone*

---

WILLIAM T. STONE
Florida Bar No. 263397
245 Riverside Avenue, Suite 400
Jacksonville, Florida 32202
Telephone: (904) 355-4401
Facsimile: (904) 355-3503
wstone@saalfieldlaw.com
llovein@saalfieldlaw.com
*Attorney for Defendant*

Filing # 53206142 E-Filed 03/02/2017 02:30:57 PM

## IN THE CIRCUIT COURT OF THE FORTH JUDICIAL CIRCUIT
## IN AND FOR DUVAL COUNTY, FLORIDA

**GWENDOLA JONES THOMAS, as Personal**
**Representative of the Estate of**
**JIM ARTHUR JONES, deceased,**                       **CASE NO.: 16-2017-CA-490**
                                                        **DIVISION: CV-D**

     **Plaintiff,**

**vs.**

**EMPIRE FIRE and MARINE INSURANCE**
**COMPANY,**

     **Defendant.**
_____/

### NOTICE OF SERVICE OF PLAINTIFF'S FIRST SET
### OF INTERROGATORIES TO DEFENDANT

     Pursuant to Rule 1.340, Florida Rules of Civil Procedure, the Plaintiff, GWENDOLA
JONES THOMAS, as Personal Representative of the Estate of JIM ARTHUR JONES, hereby
propounds interrogatories numbered 1 through 16 on the Defendant, EMPIRE FIRE and
MARINE INSURANCE COMPANY, and requests that they answer said interrogatories fully, in
writing, and under oath within thirty (30) days.

### CERTIFICATE OF SERVICE

     I **HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished
electronically on this the  **2nd** day of March 2017 to: William T. Stone, Esquire at
wstone@saalfieldlaw.com and llovein@saalfieldlaw.com.

               Respectfully submitted,
               **GARY A. ROBERTS & ASSOCIATES, LLC**

               */s/ Gary A. Roberts*
               **GARY A. ROBERTS, ESQUIRE**
               **FLORIDA BAR NO. 0069620**
               130 Salem Court
               Tallahassee, Florida 32301
               (850) 513-0505
               (850) 513-0318-Facsimile
               E-Mail garyr@garyrobertslaw.com

               **ATTORNEY FOR THE PLAINTIF**

Filing # 53238270 E-Filed 03/03/2017 09:44:23 AM

## IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
## IN AND FOR DUVAL COUNTY, FLORIDA

**GWENDOLA JONES THOMAS, as Personal**
**Representative of the Estate of**
**JIM ARTHUR JONES, deceased,**                    **CASE NO.: 16-2017-CA-490**
                                                     **DIVISION: CV-D**

      **Plaintiff,**

**vs.**

**EMPIRE FIRE and MARINE INSURANCE**
**COMPANY,**

      **Defendant.**
_____/

### PLAINTIFF'S NOTICE OF PROPOUNDING FIRST REQUEST FOR PRODUCTION
### OF DOCUMENTS FROM DEFENDANT

    **TO:**   **EMPIRE FIRE and MARINE INSURANCE COMPANY**
           **c/o Attorney William T. Stone**
           **245 Riverside Avenue, Suite 400**
           **Jacksonville, FL 32201**

    Please take notice that on this **3rd** day of March 2017, the Plaintiff, GWENDOLA JONES THOMAS, as Personal Representative of the Estate of JIM ARTHUR JONES, deceased, served upon counsel for Defendant, EMPIRE FIRE and MARINE INSURANCE COMPANY, the Plaintiff's First Request For Production of Documents From Defendant.

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished electronically on this the **3rd** day of March 2017 to: William T. Stone, Esquire at wstone@saalfieldlaw.com and llovein@saalfieldlaw.com.

               Respectfully submitted,
               **GARY A. ROBERTS & ASSOCIATES, LLC**

               */s/ Gary A. Roberts*
               **GARY A. ROBERTS, ESQUIRE**
               FLORIDA BAR NO. 0069620
               130 Salem Court
               Tallahassee, Florida 32301
               (850) 513-0505
               (850) 513-0318-Facsimile
               E-Mail garyr@garyrobertslaw.com

               ATTORNEY FOR THE PLAINTIF

Filing # 53262100 E-Filed 03/03/2017 01:48:47 PM

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN AND
FOR DUVAL COUNTY, FLORIDA

CASE NO.:   16-2017-CA-490
DIVISION:   CV-D

GWENDOLA JONES THOMAS, as
Personal Representative of the Estate of
JIM ARTHUR JONES, deceased,

      Plaintiff,

vs.

EMPIRE FIRE and MARINE INSURANCE
COMPANY,

      Defendant.

_____/

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

Defendant Empire Fire and Marine Insurance Company, by and through its undersigned

attorneys, and pursuant to 28 U.S.C. §§1332, 1441, and 1446, hereby gives notice that it has this

date filed with the U.S. District Clerk of the Court for the Middle District of Florida, Jacksonville

Division, the attached Notice of Removal (without exhibits).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to

Gary A. Roberts, Esquire, Gary A. Roberts & Associates, LLC, Primary E-mail:

garyr@garyrobertslaw.com; Secondary E-mail: odell@garyrobertslaw.com by electronic mail,

this 3rd day of March, 2017.

SAALFIELD SHAD, P.A.

WILLIAM T. STONE
Florida Bar No. 263397

245 Riverside Avenue, Suite 400
Jacksonville, Florida 32202
Telephone: (904) 355-4401
Facsimile: (904) 355-3503
wstone@saalfieldlaw.com
llovein@saalfieldlaw.com
*Attorney for Defendant*