IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

- - - - - - - - - - - - - - - - - - -x
GWENDOLA JONES THOMAS, as
Personal Representative of the Estate of
JIM ARTHUR JONES, deceased,

       Plaintiffs,

       -against-           Case No.

                          3:17cv-00249

EMPIRE FIRE and MARINE INSURANCE
COMPANY,

       Defendant.

-- - - - - - - - - - - - - - - - - -x

       DEPOSITION of BRUCE CHARASH, M.D., taken by Defendant at the offices of Fink & Carney Reporting and Video Services, 39 West 37th Street, Sixth Floor, New York, New York 10018, on Thursday, December 28, 2017, commencing at 9:05 o'clock a.m., before Tina DeRosa, a Shorthand (Stenotype) Reporter and Notary Public within and for the State of New York.

Page 2

(1)
(2) A P P E A R A N C E S :
(3)
(4) GARY A. ROBERTS & ASSOCIATES, LLC
    Attorneys for Plaintiffs
    130 Salem Court
(5) Tallahassee, Florida 32301
(6) BY:  GARY A. ROBERTS, Esq.
(7)
(8)
(9) SAALFIELD SHAD, P.A.
    Attorneys for Defendant
    245 Riverside Avenue
(10) Jacksonville, Florida 32202
(11) BY:  WILLIAM T. STONE, Esq.
(12)
(13)
(14)
(15)
(16)
(17)
(18)
(19)
(20)
(21)
(22)
(23)
(24)
(25)

Page 3

(1)           Charash, M.D.
(2)  B R U C E   C H A R A S H ,  M.D., called as a
(3)  witness, having been first duly sworn by
(4)  Tina DeRosa, a Notary Public within and
(5)  for the State of New York, was examined
(6)  and testified as follows:
(7)  EXAMINATION
(8)  BY MR. STONE:
(9)       Q    Would you state your full name for
(10) the record, please?
(11)      A    Bruce Charash.
(12)      Q    And you are a cardiologist?
(13)      A    Yes.
(14)      Q    Do you have a office address?
(15)      A    Yes.
(16)      Q    Where is that?
(17)      A    ▮▮▮▮▮▮▮▮▮▮New York,
(18) New York 10065.
(19)      Q    And how many employees do you have
(20) there?
(21)      A    Well, I'm in solo practice.  I
(22) have one full-time assistant and a part-time
(23) assistant, so three employees, one part-time.
(24)      Q    And where is your home?
(25)      A    My home is at ▮▮▮▮▮▮▮▮▮

Page 4

(1)           Charash, M.D.
(2)  separate from the office.
(3)       Q    Do you see patients at that
(4)  address?
(5)       A    I do.
(6)       Q    And is there a separate wing off
(7)  your house --
(8)       A    Yes.
(9)       Q    -- for the medical work?
(10)      A    Yes.
(11)      Q    So there is a waiting area and
(12) exam room all separate?
(13)      A    Yes.
(14)      Q    Area do any other physicians
(15) practice there?
(16)      A    No, I'm in solo practice.
(17)      Q    You said that, I'm sorry.
(18)      A    And I'm ab unincorporated business
(19) under my own name.
(20)      Q    Do you have any hospital
(21) affiliations?
(22)      A    Yes.  At Lenox Hill, L-E-N-O-X,
(23) Hill Hospital in New York where I'm an attending
(24) admitting physician.
(25)      Q    How many beds is that hospital?

Page 5

(1)           Charash, M.D.
(2)       A    Approximately 400 to 450.
(3)       Q    In your clinical practice how much
(4)  is in the office versus the hospital?
(5)       A    Right.  I just want to because my
(6)  career as a Board-certified cardiologist now
(7)  extends 30 years, the first 20 years I was
(8)  hospital based, 90 percent involved in cardiac
(9)  care unit, cardiac step-down units and emergency
(10) room work and 10 percent in an office based
(11) practice and for the last 11 years I have had an
(12) office based practice where the 90 percent of my
(13) time is in the office and ten percent is in the
(14) hospital.
(15)      Q    That's the last 11 years?
(16)      A    Yes, sir.
(17)      Q    And the 90 percent office, is that
(18) at the ▮▮▮▮▮▮▮▮▮address you gave me?
(19)      A    Well, I had a office on Long
(20) Island.
(21)      Q    Okay.
(22)      A    For family reasons I moved my
(23) practice to Long Island to be close to my
(24) family, but I moved back to New York.
(25)      Q    How long have you been seeing

                        2  (Pages 2 to 5)

**Page 6**

Charash, M.D.

(1)
(2) patients out of this address at ███████?
(3)     A    Four or five years.
(4)     Q    Do you have set hours or days of
(5) the week that you work in your office?
(6)     A    Pretty much 9:00 to 5:00 Monday
(7) through Friday and then I cover weekends with
(8) other group practices cross covering each other.
(9)     Q    Do you have any patients at Lenox
(10) Hill that you have actually admitted that are
(11) there now?
(12)     A    No. Actually there is no one in
(13) the hospital now.
(14)     Q    Do you have any patients in the
(15) hospital at this point that you're seeing?
(16)     A    Not this week, not between the
(17) holidays it's empty.
(18)     Q    I'm going to ask you some more
(19) questions about your forensic work?
(20)     A    All right.
(21)     Q    I have the report that you did in
(22) this case. I have a copy of it. What I want to
(23) know is in that report you identify the records
(24) that you have reviewed; correct?
(25)     A    Yes, sir. I did identify of

**Page 7**

Charash, M.D.

(1)
(2) course the disclosed defense opinions.
(3)     Q    Right. I understand. What
(4) records or documents have you seen and reviewed
(5) since you did your report, if any?
(6)     A    I'm not aware of any.
(7)     Q    Okay. So would that mean that
(8) whatever, from my recollection of the documents
(9) in your report all of those documents would be
(10) post vehicular accident on September 18, 2015;
(11) is that right?
(12)     A    No because I have seen some
(13) pre-admission. Good Lord, that's right. I have
(14) records here from, and I must have received
(15) those after and I apologize, from Holy Cross
(16) Medical Group records that predate the accident
(17) where the last visit was August 11, 2015. I
(18) forgot that it wasn't part of the original
(19) report. I apologize.
(20)     Q    That's all right. That's why I'm
(21) asking the questions.
(22)         So since your report the only
(23) additional records you have received would be I
(24) guess the report of Dr. Haberman. I think you
(25) mentioned that?

**Page 8**

Charash, M.D.

(1)
(2)     A    Yes.
(3)     Q    And you received records from Holy
(4) Cross, what's the name of it?
(5)     A    Medical Group.
(6)     Q    And what's the date range for
(7) those records?
(8)     A    Well, going backwards I have a
(9) pre-op clearance for cardiac surgery dated TED
(10) August 11, 2015 which is one month prior to the
(11) accident and again I didn't print out every
(12) page, so let's see how far back I printed.
(13)         I printed back to 2014, but quite
(14) frankly I don't know how far back they go.
(15)     Q    Can you tell by looking what you
(16) have there in front of you?
(17)     A    No. I only printed back to 2014
(18) so I don't recall. I didn't print everything I
(19) got.
(20)     Q    Okay. Do you have some more
(21) records from Holy Cross that you don't have with
(22) you today?
(23)     A    I don't, no. I don't remember
(24) whether I printed everything or whether I only
(25) printed two years. I don't recall.

**Page 9**

Charash, M.D.

(1)
(2)         I have the full Holy Cross records
(3) so wherever they go back to, I have reviewed and
(4) I have seen, but quite frankly I don't remember
(5) the start date. I did focus on the last two
(6) years to get the best assessment of his chronic
(7) medical condition. I think they go back even. I
(8) mean I saw primarily care records going back to
(9) 2008, but I don't recall exactly how far back.
(10)     Q    All right. So the additional
(11) medical records you have received since your
(12) report were the records from Holy Cross and did
(13) you receive any other additional medical records
(14) from other places?
(15)     A    I have Urology Associates of West
(16) Broward.
(17)     Q    What's the date range for those?
(18)     A    Again only what I printed which I
(19) have September 16, 2016, Dr. Kaplan and that go
(20) back to 2013.
(21)     Q    Okay. Any others?
(22)     A    No. Urology records and
(23) ophthalmological records.
(24)     Q    What's the name of the group or
(25) practice for the ophthalmology records?

3  (Pages 6 to 9)

Page 10

Charash, M.D.

(1)
(2) A    The Eye Physicians of Florida contact.
(3) Q    Do you know what the date range
(4) for those are?
(5) A    Well, the new patient exam was
(6) December 11, 2013 and they extend to August of
(7) 2015 for the cataract surgery.
(8) Q    Okay.  So the three sets of
(9) records that you have received since your report
(10) would be the ophthalmology records we just spoke
(11) about, Urology Associates of West Broward and
(12) the Holy Cross records?
(13) A    Correct.
(14) Q    And no others?
(15) A    Correct.
(16) Q    And was there anything in those
(17) records that would you think would cause you to
(18) need to amend or supplement your report?
(19) A    No.  If anything I believe they
(20) reinforced the comments in my report.
(21) Q    Okay.  Now, have you at any point
(22) talked to either one of Mr. Jones' adult
(23) children?
(24) A    No.
(25) Q    Have you seen any narratives or

Page 11

Charash, M.D.

(1)
(2) summaries or anything that they may have
(3) generated or created?
(4) A    No.
(5) Q    Have you discussed Mr. Jones'
(6) conditions or health with any of his treating
(7) physicians at any time?
(8) A    No.
(9) Q    Have you done any medical research
(10) for this case?
(11) A    Yes.  I think the only thing I did
(12) was look at life expectancy tables.
(13) Q    Okay.  Other than looking at life
(14) expectancy tables did you do any other medical
(15) research?
(16) A    No.
(17) Q    And you just went to a table that
(18) gave the average life expectancy for an 80 year
(19) old?
(20) A    An 80 year old Africa-American
(21) male.
(22) Q    Okay.  And do you know which table
(23) you used?
(24) A    No.
(25) Q    Are there a lot of different

Page 12

Charash, M.D.

(1)
(2) tables?
(3) A    There may be, but I don't think
(4) there would be a big difference between tables.
(5) Q    But if I wanted to go find the
(6) table that you used can you remember the source?
(7) A    No, but at home I could probably
(8) find it.  I would be happy to provide it to
(9) Mr. Roberts to give it to you.
(10) Q    Why don't we do that if you don't
(11) mind.  I don't need it today, but after the depo
(12) if you give it to Mr. Roberts.
(13) MR. ROBERTS:  Off the record
(14) for a minute.
(15) (Discussion off the record.)
(16) Q    So from our discussion off the
(17) record it sounds like Mr. Roberts gave you some
(18) life tables from the Social Security
(19) Administration.  Would that be the one you
(20) looked at?
(21) MR. ROBERTS:  No.  I'm just
(22) saying I believe because there are
(23) about four or five different
(24) versions I think there is a Social
(25) Security one.

Page 13

Charash, M.D.

(1)
(2) MR. STONE:  Well, I want the
(3) witness to confirm it's the one he
(4) used.
(5) MR. ROBERTS:  I got you.
(6) MR. STONE:  You could have
(7) sent him a table and he didn't use
(8) it.
(9) A    I looked for tables and I believe
(10) Mr. Roberts sent me a table and I think I did
(11) use his table, but it will be easy enough to
(12) find because whatever matches the years I gave
(13) him will be the table I used.
(14) I know I was independently
(15) looking.  I know Mr. Roberts sent me a table.
(16) So I would say probably I used his table.
(17) Q    Okay.  Let's just make Exhibit 1
(18) to the deposition, Doctor, whatever table you
(19) used, whatever it was a table you found
(20) independently or a table that Mr. Roberts gave
(21) to you.
(22) A    Of course.
(23) MR. STONE:  We will make
(24) that Exhibit 1.
(25) (Life expectancy table was

4  (Pages 10 to 13)

Page 14

Charash, M.D.

(1) pending as Deposition Exhibit No. 1
(2) for identification, as of this
(3) date.)
(4) Q    How long have you been doing,
(5) would you call this medical/legal work what
(6) we're doing today?
(7) A    Yes, I would.
(8) Q    Okay. How long have you been
(9) doing medical/legal work?
(10) A    Thirty years. I was Board
(11) certified in cardiology in 1987, so exactly 30
(12) years.
(13) Q    All right. Just in the last two
(14) years how many depositions do you think you have
(15) done?
(16) A    Over 20, probably closer to 30.
(17) Q    Okay. Any trials in the last two
(18) years?
(19) A    Yes. Probably 25.
(20) Q    And in your career doing
(21) medical/legal work how many depositions do you
(22) think you have done?
(23) A    I have averaged 11 a year so about
(24) 330 and probably 220 to 230 trials.

Page 15

Charash, M.D.

(1) Q    And over the last -- well, let's
(2) take over the 30 years. How does that break
(3) down plaintiff versus defense?
(4) A    Let me just provide information
(5) for you. I have reviewed over 900 cases in 30
(6) years for lawyers in as many as 40 states, but
(7) 90 percent of my cases have come from lawyers in
(8) six states including Florida.
(9) I have reviewed, the breakdown is
(10) about 15 percent for defense firms and 85
(11) percent for plaintiff firms, but for a number of
(12) I would call them structural reasons less than
(13) five percent of my testimony is for defense and,
(14) thereafter, more than 95 percent of my testimony
(15) in both deposition and trial are for plaintiff.
(16) I have traveled to 10 or 11 states
(17) for trials. I may have performed depositions in
(18) New York without traveling to the home state for
(19) another ten states and then the remaining states
(20) I have reviewed without providing testimony.
(21) Q    Have you ever worked for
(22) Mr. Roberts before?
(23) A    No.
(24) Q    Do you know how he got your name?

Page 16

Charash, M.D.

(1) A    I believe through word of mouth,
(2) but I'm not sure from whom.
(3) Q    How many hours a week would you
(4) say you work as a physician practicing
(5) cardiology, clinical?
(6) A    Fifty hours.
(7) Q    Fifty hours a week.
(8) A    But it's not just cardiology just
(9) so you understand. And again this is the
(10) breakdown. Fifty percent of my office practice
(11) are pure cardiology patients in whom those
(12) patients have a primary care provider that's not
(13) me.
(14) Twenty-five percent of my patients
(15) were referred to me for cardiology and I have
(16) been following them as their cardiologist, but
(17) then they asked me in addition to become their
(18) primary care doctor which I did. And 25 percent
(19) of my practice are patients who came to me
(20) initially for primary care without introductory
(21) cardiac issue, but over 50 percent of them have
(22) developed cardiac related issues as it is the
(23) single biggest component of internal medicine.
(24) Q    So I think I understood what you

Page 17

Charash, M.D.

(1) just said. Those percentages, the 50 percent,
(2) 25 percent and 25 percent comprise about 50
(3) hours a week of work for you?
(4) A    Well, including hospital.
(5) Q    Right.
(6) A    Yes.
(7) Q    So 25 percent of your patients
(8) they may evolve and have cardiac issues, but you
(9) treat them as a primary care physician
(10) essentially?
(11) A    Well, again --
(12) Q    Your role is more --
(13) A    Yes. I have 25 percent -- even
(14) the ones who I do primary care have cardiac
(15) issues. It's very hard to tease out what actual
(16) percentage is cardiology versus internal
(17) medicine.
(18) Q    Fifty percent of your patients
(19) already have a primary care physician, but you
(20) see them for cardiac issues?
(21) A    Exclusively for cardiac issues.
(22) Q    Right. And you said 25 percent
(23) came to you on referral for cardiology issues,
(24) but your relationship with those patients has

5  (Pages 14 to 17)

Page 18

Charash, M.D.

(1)
(2) morphed into both a cardiology and primary care
(3) role?
(4)     A    Correct.
(5)     Q    Okay. How many hours a week would
(6) you estimate you work on medical/legal work?
(7)     A    Six hours a week perhaps.
(8)     Q    And how many cases do you have
(9) with lawyers at this point?
(10)     A    Difficult to determine. I may
(11) have 35 cases, but some of them are old enough
(12) that they may well have resolved. I'm not
(13) always informed and that number changes. I get
(14) new cases and then cases resolve.
(15)     Q    So 35 would be an estimate of
(16) cases that are open, but it's possible you say
(17) some of those have resolved and they haven't
(18) told you yet?
(19)     A    That's correct.
(20)     Q    What percentage of your income is
(21) developed from the medical/legal work?
(22)     A    About 15 to 20 percent. There
(23) have been a handful of years where it was over
(24) 20 percent. But the majority of years it's been
(25) between 15 and 20 percent.

Page 19

Charash, M.D.

(1)
(2)     Q    And you're hourly rates for record
(3) review versus deposition or trial testimony is
(4) what?
(5)     A    Well, it has involved over the
(6) years.
(7)     Q    What is it today?
(8)     A    It's now $450 an hour for review
(9) and $500 an hour for testimony.
(10)     Q    Do you charge a flat rate if you
(11) have to travel to Florida to testify?
(12)     A    Well, yes. I charge only for
(13) every hour of work that I miss on a 9:00 to 5:00
(14) schedule. So if I were to fly to Florida and I
(15) was asked to meet, let's say, Mr. Robert for
(16) dinner and I had to leave my office at 2:00
(17) o'clock to get on a flight I would charge for
(18) the three hours I work I missed.
(19)         If I flew after work and didn't
(20) miss the office then it would be $4,000 for the
(21) eight hours of work assuming I got home that
(22) night. So it's only based on how many hours of
(23) work are lost due to the trial activity at a
(24) rate of $500 an hour. I don't charge for door
(25) to door, only work hours I miss.

Page 20

Charash, M.D.

(1)
(2)     Q    What percentage of your
(3) medical/legal work is medical malpractice?
(4)     A    About 90 to 95 percent.
(5)     Q    Do you treat patients for
(6) Alzheimer's or dementia?
(7)     A    I treat them at initial stages,
(8) but I generally refer them to a neurologist or a
(9) neuropsychologist for assessment. People often
(10) present with memory defects. As they get older
(11) not all of them have degenerative neurologic
(12) diseases like Alzheimer's. So I follow a
(13) patient and if I believe that they are high risk
(14) for it I would send them to a neurologist.
(15)     Q    If you have a patient, for
(16) example, who you believe has Alzheimer's and
(17) there are medications for Alzheimer's patients?
(18)     A    There are some that are effective
(19) when given early, but yes.
(20)     Q    Do you typically prescribe them or
(21) do you refer them to the neurologist to handle
(22) the medication side of that?
(23)     A    Yes. I would not initiate a
(24) prescription without a full review from a
(25) neurologist and a center that could track the

Page 21

Charash, M.D.

(1)
(2) progression of the disease.
(3)     Q    What about peripheral arterial
(4) disease. Do you treat your patients for
(5) peripheral arterial disease?
(6)     A    I manage them with peripheral
(7) vascular disease. In terms of treatment, you
(8) know, you're talking about whether they need
(9) interventions either by surgery or percutaneous
(10) intervention and I have working relationships
(11) with interventional radiologists and vascular
(12) surgeons.
(13)         The majority of patients who have
(14) peripheral vascular disease need careful medical
(15) management, you know, prevention of skin
(16) ulceration, frequent checks of their pulses. I
(17) do Doppler evaluations in my office of their
(18) peripheral vasculature, just for pulsations, but
(19) --
(20)     Q    You have Doppler equipment in your
(21) house?
(22)     A    Not full arterial Dopplers, but
(23) pulse Dopplers. It's different. So I track the
(24) pulses carefully, I track the skin status
(25) carefully and I track the symptoms carefully.

6 (Pages 18 to 21)

Page 22

Charash, M.D.

(2) But I make the decision with the patient when
(3) it's time for them to be referred for potential
(4) intervention.
(5) Q    Just so we have an understanding
(6) on the terms, peripheral arterial disease would
(7) be a subset of peripheral vascular disease?
(8) A    Yes.
(9) Q    In other words, peripheral
(10) vascular disease can be blockage of the arteries
(11) going out from the heart or the veins returning
(12) to the heart; correct?
(13) A    Yes.  Although more commonly it's
(14) used for arterial disease.
(15) Q    But do you use peripheral vascular
(16) disease and peripheral arterial disease
(17) interchangeably?
(18) A    I usually more specifically
(19) delineate the specific nature of their disease,
(20) but if someone said someone had peripheral
(21) vascular disease unless qualified I would assume
(22) they are talking about arterial flow.
(23) Usually if somebody has a history
(24) of deep vein thrombosis there's usually not
(25) chronic obstructive disease of the veins.

Page 23

Charash, M.D.

(2) Usually you have deep vein thrombosis or
(3) vascular congestion from passive flow.
(4) So usually if someone says a
(5) person has peripheral vascular disease the more
(6) common understanding is arterial flow.
(7) Q    And we know Mr. Jones had
(8) peripheral vascular disease; correct?
(9) A    Yes.
(10) Q    And was it arterial probably and
(11) return as well?
(12) A    Well, there's no evidence of deep
(13) vein thrombosis as an active problem.
(14) Q    So it's arterial in his case?
(15) A    Primarily arterial.
(16) Q    To today if I talk about him
(17) having peripheral arterial disease or peripheral
(18) vascular disease we're talking about the outflow
(19) of the arteries in his case; is that fair
(20) enough?
(21) A    Yes.
(22) Q    Now, if you have a patient with,
(23) PVD is the abbreviation for peripheral vascular
(24) disease; right?
(25) A    Yes.

Page 24

Charash, M.D.

(2) Q    If you have a patient with PVD can
(3) that be treated with medication itself?
(4) A    To only a certain degrees.  For
(5) the most part, you know, they either require
(6) intervention or they don't.  So there's very
(7) limited medical availability to treat peripheral
(8) vascular disease.
(9) There are some drugs that have had
(10) some impact by reducing the viscosity of blood,
(11) but they are not really very effective.  For the
(12) most part and in the expanded era of angioplasty
(13) being in the arsenal, for the most part it's
(14) either procedural or lifestyle.
(15) Q    So do you prescribe medications
(16) for a patient with PVD or do you refer them out
(17) for someone else to prescribe?
(18) A    I would refer them to a vascular
(19) surgeon to prescribe.
(20) Q    If they need intervention whether
(21) through an interventional radiologist or a
(22) vascular surgeon then obviously you refer out as
(23) well?
(24) A    Yes, but I would be part of the
(25) decision-making process with the patient.

Page 25

Charash, M.D.

(2) Q    Peripheral vascular disease is a
(3) progressive disease?
(4) A    It certainly can be.
(5) Q    It typically is?
(6) A    Typically the nature of
(7) obstructions get worse so, yes, progressively a
(8) patient with this disease every year that goes
(9) by faces an increasing risk of needing some
(10) intervention.
(11) Q    And so in general PVD is a disease
(12) that will get worse over time?
(13) A    Well, it's a chronic medical
(14) condition that can get worse and require repair.
(15) Q    And does it typically get worse
(16) over time?
(17) A    Yes, but that's a very general
(18) yes.
(19) Q    I understand.
(20) A    Varying patterns emerge.  What you
(21) really need to look at is a given patient's own
(22) natural progressive rate and determine whether
(23) they are rapidly progressive or not.  Some
(24) patients maintain the same functional level for
(25) years without change.  Others within a year can

7  (Pages 22 to 25)

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018    (800) NYC-FINK * (212) 869-3063

Page 26

Charash, M.D.

(1)
(2) have a radical change. So, yes, of course like
(3) all cardiovascular disease you have to worry
(4) about progression, but individual patients
(5) determine their own path.
(6)     Q    What was the reason Mr. Jones had
(7) PVD?
(8)     A    Well, for the same reason he had
(9) coronary disease. The same risk factors for
(10) coronary disease led to atherosclerosis of his
(11) arteries to his lower extremities which is the
(12) most common location for that.
(13)     Q    Okay. So the reason he has the
(14) atherosclerosis and PVD would be?
(15)     A    Hypertension.
(16)     Q    Hypertension, hyperlipidemia?
(17)     A    Yes.
(18)     Q    Probably a hereditary component in
(19) there?
(20)     A    Possibly. I don't know of any
(21) past medical history of peripheral vascular
(22) disease. Coronary disease has more of a genetic
(23) element to it, but for peripheral vascular
(24) disease that's not well established.
(25)     Q    The atherosclerosis is in simple

Page 27

Charash, M.D.

(1)
(2) terms where the arteries in the heart and the
(3) extremities are getting clogged over time?
(4)     A    Yes. Crudely, yes.
(5)     Q    Now, the clogging of the arteries
(6) from the atherosclerosis in Mr. Jones if you
(7) have -- well, let me ask you this question.
(8) Let's back up.
(9)     Would you agree that Mr. Jones had
(10) severe peripheral vascular disease before the
(11) accident on September 18, 2015?
(12)     A    I cannot answer the question the
(13) way you are phrasing it limited to a simple yes,
(14) no.
(15)     Q    Why is that?
(16)     A    Because it depends with you mean
(17) by severe. He had undergone an arterial
(18) bifemoral bypass operation so by definition he
(19) had significant disease that required a surgical
(20) intervention, but on the other hand in terms of
(21) his activity level there was no evidence that he
(22) was restricted in the ability to do day-to-day
(23) activities.
(24)     There was no ulcerations in his
(25) foot. There was no gangrene in his feet. There

Page 28

Charash, M.D.

(1)
(2) was no tissue breakdown from the arterial flow.
(3) So he had chronic peripheral vascular disease,
(4) but I want call his clinical status severe, but
(5) I would call anybody who required an operation,
(6) at the time it was severe.
(7)     Q    Well, I don't want to keep having
(8) to repeat the date of the accident. When I say
(9) the accident today I'm talking about the motor
(10) vehicle accident on September 18, 2015. So when
(11) I use the term accident can we have an agreement
(12) that's what I'm talking about, the accident?
(13)     A    Of course. I worked on that
(14) assumption.
(15)     Q    Is it your testimony before the
(16) accident Mr. Jones didn't have any sores or
(17) ulcerations in his feet?
(18)     A    No major ones. He had, in fact,
(19) if you look at the note on, one of the notes
(20) dictated during his admission after the accident
(21) when they described the extremities they
(22) describe a hematoma on his left arm, small
(23) abrasions and lacerations over his knees and no
(24) joint involvement and wound not secretary to
(25) trauma on the left ankle. So he had one wound

Page 29

Charash, M.D.

(1)
(2) on his left ankle not related to the accident.
(3)     Q    That was on the day of the
(4) accident?
(5)     A    Yes.
(6)     Q    There was a wound already on the
(7) left ankle?
(8)     A    Yes.
(9)     Q    How about in the years before
(10) that, did he have ulcerations or wounds on his
(11) feet?
(12)     A    I think before his bypass
(13) operation he would have, but there is no
(14) evidence of major wound leading up to the
(15) accident.
(16)     I mean clearly there is a
(17) difference between presurgical and surgical
(18) vascular flow.
(19)     Q    Well, the idea of the surgery is
(20) to help the vascular flow; correct?
(21)     A    Yes.
(22)     Q    Is it your understanding that
(23) Mr. Jones had a bypass surgery to help with the
(24) vascular flow before the accident?
(25)     A    Yes.

8 (Pages 26 to 29)

Page 30

Charash, M.D.

(1)
(2) Q    Do you know if he had more than
(3) one?
(4) A    Well, I'm aware of the peripheral
(5) vascular surgery involving his aorta and femoral
(6) vessels. I don't recall other surgeries.
(7) Q    Is it your assumption that he only
(8) had one bypass surgery before the accident?
(9) A    Actually, I'm not a hundred
(10) percent sure. I would have to relook. I know
(11) he had several procedures. I don't think they
(12) were all surgical. He may have had
(13) angioplasties.
(14) Q    I'm talking about for the
(15) peripheral vascular disease?
(16) A    Right. Angioplasty can apply to
(17) vascular disease.
(18) Q    Do you know if he had more than
(19) one bypass graft surgery before the accident?
(20) A    I don't recall.
(21) Q    Does the fact that he has a bypass
(22) graft surgery before the accident indicate that
(23) his PVD was severe?
(24) A    Again, he had severe peripheral
(25) vascular disease that required treatment. The

Page 31

Charash, M.D.

(1)
(2) question where I had difficulty giving a simple
(3) yes, no is what was the active condition of
(4) blood flow at the time of the accident.
(5) Unquestionably any time he needed
(6) intervention it was because of a severe
(7) obstruction, but those can be technically
(8) remedied. It's a chronic medical condition. So
(9) you can have periods of more severe active blood
(10) flow reduction which can be remedied and
(11) restoring normal blood flow.
(12) There is no evidence that in the
(13) weeks or months prior to his accident he was
(14) suffering from significant lower extremity
(15) ischemia. So the repairs had been successful.
(16) If he worsened he could be repaired again.
(17) That's the nature of vascular disease.
(18) Q    Well, what you might expect with
(19) someone who has severe peripheral vascular
(20) disease would be inability to heal wounds in the
(21) legs?
(22) A    That may or may not be.
(23) Unquestionably older patients have more fragile
(24) skin and can have a more difficult time healing
(25) wounds. If there is reduced blood flow that can

Page 32

Charash, M.D.

(1)
(2) be a contributing or comorbid condition.
(3) Q    With about claudication?
(4) A    Claudication is a symptom of
(5) vascular limitation and many patients have
(6) claudication. It's not life limiting and it
(7) doesn't require a procedure unless it becomes
(8) more severe.
(9) Q    Claudication is pain in the legs
(10) when you're walking?
(11) A    Roughly.
(12) Q    From peripheral vascular disease?
(13) A    Yes.
(14) Q    Did Mr. Jones have that before the
(15) accident?
(16) A    Yes.
(17) Q    If his physician in 2002 described
(18) him as having severe peripheral vascular disease
(19) would you have any reason to disagree with that?
(20) A    No. But like I said it is a
(21) condition that doesn't stay the same because we
(22) have interventions. If you look at, for
(23) example, his note from February 23, 2015 by his
(24) family practice at Holy Cross Medical Group he
(25) is described as having —

Page 33

Charash, M.D.

(1)
(2) Q    What's the date of that?
(3) A    Pardon me. February 23, 2015. He
(4) is described as having two plus pulses in his
(5) peripheral vasculature. His femoral pulses are
(6) absence? But he has totally healthy pulses in
(7) his feet which means the redirected blood to his
(8) legs gave him completely normal pulsation at
(9) both the dorsal pedal and posterior tibial
(10) arteries which is the most distal pulses you
(11) have in your lower extremity.
(12) So you would say that any patient,
(13) and he had no edema of his legs and no cyanosis
(14) of his legs. And by having maximum pulsations
(15) at the bottom of his feet would imply that he
(16) had a strong vascular flow to his legs as of
(17) February, 2015. That doesn't mean that there
(18) weren't times when he was in more severe danger
(19) requiring interventions, but the whole point is
(20) interventions are successful in most people.
(21) Q    Can I see the record you were just
(22) referring to?
(23) A    Of course. That is not an
(24) isolated note, by the way. February 4th, same
(25) thing, you know, strong peripheral pulses. no

9  (Pages 30 to 33)

Page 34

Charash, M.D.

(1)
(2) edema. That's repeated. Let's see. Well, the
(3) visit on August 11, 2015, does not report any
(4) abnormalities in his lower extremities as part
(5) of his pre-op clearance.
(6)     Q     You said on this record from Holy
(7) Cross February 23, 2015 that the femoral pulses
(8) were absence?
(9)     A     Yes, because he had an aortic
(10) femoral bypass. So, therefore, the femoral
(11) arteries were not the source of the blood
(12) getting in the legs, but the bypass grafts.
(13)     Q     Did the bypass grafts don't always
(14) work; correct?
(15)     A     Correct, but they were working in
(16) him.
(17)     Q     Why don't they work, what causes
(18) them to fail?
(19)     A     Any graft can develop its own
(20) vascular disease or you can develop peripheral
(21) disease downstream of the graft. But since he
(22) had his femoral arteries bypassed it would be
(23) expected that he would in the have pulsations in
(24) the femoral artery because there was a graft
(25) basically building a ramp around the accident of

Page 35

Charash, M.D.

(1)
(2) his femorals.
(3)     But the fact that he had again not
(4) even weakened, but the scale for pulsation is in
(5) the lower extremities is two plus one plus trace
(6) detected by Doppler or completely absent. He
(7) had two plus. That's maximum pulsation. So he
(8) had no evidence of active reduction of blood
(9) flow to his lower extremities.
(10)     Q     What are the two most likely
(11) reasons a bypass graft fails in someone with
(12) peripheral vascular disease?
(13)     A     Distal disease or intrinsic
(14) disease to the graft.
(15)     Q     And do you know if Mr. Jones had
(16) ever had a failed bypass graft in the past
(17) before this accident?
(18)     A     I don't recall his exact surgery.
(19) He may have had grafts. All I can tell
(20) you is as of the time of his surgery he was at a
(21) point of normal blood flow to his lower
(22) extremities. So the sum of his repairs were
(23) holding.
(24)     Q     So he has atherosclerosis in his
(25) heart, in his arteries, in his legs; correct?

Page 36

Charash, M.D.

(1)
(2)     A     Yes.
(3)     Q     And it's quite likely that he
(4) would also have atherosclerosis in his brain
(5) before the accident?
(6)     A     He may or may not. They knew that
(7) he had some disease in his carotid arteries, but
(8) they were not hemodynamically significant by
(9) carotid scans.
(10)     Q     Isn't it likely if he has
(11) atherosclerosis in his heart and in his arteries
(12) in his legs that he has got atherosclerosis in
(13) his brain?
(14)     A     Again --
(15)     Q     There's no association between the
(16) two?
(17)     A     Of course there is and anybody who
(18) has peripheral vascular disease is at higher
(19) risk for central nervous system blood flow
(20) reduction.
(21)     Q     That's the brain; right?
(22)     A     Well, the brain is not a singular
(23) blood vessel, right. So his corotids which are
(24) usually the blood vessels that develop the
(25) disease that lead to strokes were determined to

Page 37

Charash, M.D.

(1)
(2) have non-clinically significant atherosclerotic
(3) obstructions.
(4)     Q     Wouldn't you expect him to have
(5) some atherosclerotic affect in his brain with
(6) the degree of atherosclerosis that he already
(7) had in his heart and in his legs before the
(8) accident?
(9)     A     Well, it's possible he would have
(10) had some atherosclerosis of blood vessels above
(11) the level of the carotids. There was no
(12) clinical indication of that.
(13)     Q     Don't you think that's likely?
(14)     A     Well, given that the corotids were
(15) not hemodynamically significant it's not likely,
(16) but possible.
(17)     Q     Haven't there been studies that
(18) have linked peripheral vascular disease to
(19) impairment in the brain as well?
(20)     A     The answer is yes to the degree.
(21) If you think about it, coronary disease is the
(22) most common atherosclerotic disease. If it goes
(23) to the central nervous system or the peripheral
(24) vessels it's likely to affect both. So if you
(25) have carotid disease you are at high risk for

10  (Pages 34 to 37)

Page 38

Charash, M.D.

(1)
(2) peripheral vascular disease. If you have
(3) peripheral vascular disease you are at higher
(4) risk for carotid disease. But he had been
(5) studied and up to the point of his accident
(6) there was no clinical concern about significant
(7) blood to his brain, but of course he was at risk
(8) for developing that clinically. It's one of the
(9) risks he faced.
(10)     Q    Do you use the terms dementia and
(11) Alzheimer's interchangeably?
(12)     A    No, of course not. There are many
(13) reasons for dementia. Alzheimer's is one
(14) disease.
(15)     Q    Sixty to 80 percent of dementia is
(16) Alzheimer's?
(17)     A    I don't know if that's accurate.
(18) Probably for chronic dementia, yes.
(19)     Q    What is your definition of chronic
(20) dementia?
(21)     A    Meaning that it's not related to
(22) an acute medical condition. People can have
(23) acute dementia due to a number of medical
(24) conditions. Fevers, infections, you know,
(25) substance abuse. Post cardiac arrest.

Page 39

Charash, M.D.

(1)
(2)     Q    What are the clinical signs and
(3) symptoms of chronic dementia?
(4)     A    Well, the first indication is
(5) memory loss. Followed, although that's not
(6) specific, followed by clearly short term memory
(7) loss that progresses as well as breakdowns of
(8) certain reasoning processes that gets to be a
(9) later stage.
(10)     So difficulty doing basic manual
(11) labor. So it starts with short term memory
(12) dysfunction which is generic, but it can
(13) progress to deeper -- I mean you start by
(14) forgetting last week. Then you might forget
(15) what you said an hour ago. Then you might
(16) forget what you said five minutes ago. And
(17) associated with that is also a functional
(18) deterioration. The inability to care for
(19) oneself. The inability to shave, to shower, to
(20) shop, to open the refrigerator and make yourself
(21) a glass of milk.
(22)     Q    Functional limitations and
(23) activities of daily living including bathing,
(24) for example?
(25)     A    Well, I would say more shower.

Page 40

Charash, M.D.

(1)
(2) Bathing is more limited by orthopedic problems
(3) than showering.
(4)     Q    All right. But activities of
(5) daily living would include bathing?
(6)     A    They were include bathing.
(7)     Q    And functional decline in the
(8) ability to shower or bathe oneself would be
(9) another indication of dementia?
(10)     A    No. You would say that over 95
(11) percent of people who have trouble bathing and
(12) showering is do you to physical weakness,
(13) orthopedic limitations more than cognitive.
(14)     Q    Well, it may be, but wouldn't that
(15) be an indication of chronic dementia?
(16)     A    It depends on the company it
(17) keeps. In isolation if you were to tell me you
(18) have a 80 year old man who cannot shower or
(19) bathe independently I would not be putting
(20) dementia high on the list.
(21)     If you added more information I
(22) would. It depends on the patient's other
(23) functional status. If the patient is able to
(24) care for himself on every other level, but just
(25) limited from showering and bathing I would not

Page 41

Charash, M.D.

(1)
(2) make that dementia.
(3)     Q    Was Mr. Jones able to shower and
(4) bathe himself before the accident?
(5)     A    I don't recall, but I do believe
(6) the evidence will demonstrate that he was
(7) basically self care and he did most of the
(8) activities of daily living he was able to live
(9) independently.
(10)     Q    Do you know whether he was able to
(11) shower and bathe himself before the accident?
(12)     A    Not specifically, no.
(13)     Q    So we began by talking about
(14) dementia and Alzheimer's. You don't know
(15) whether 60 to 80 percent of all dementia
(16) patients actually have Alzheimer's?
(17)     A    I said for chronic dementia
(18) probably.
(19)     Q    So if it's chronic you agree that
(20) 60 to 80 percent are Alzheimer's?
(21)     A    Yes.
(22)     Q    And Alzheimer's is a process that
(23) begins slowly and typically can progress slowly?
(24)     A    That's a -- slowly is a term of
(25) comparison. Usually the early stages of

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018     (800) NYC-FINK * (212) 869-3063

Page 42

Charash, M.D.

(1)
(2) Alzheimer's can have am indeterminate length,
(3) but it eventually rapidly accelerate.
(4)     Q    Is Alzheimer's and dementia, let's
(5) talk about them together, are they both
(6) typically progressive in nature?
(7)     A    Yes.
(8)     Q    They get worse with time?
(9)     A    Yes.
(10)    Q    Is Alzheimer's terminal?
(11)    A    It can be.  I mean many of them
(12) die of other problems before it becomes
(13) terminal, but yes, inevitably Alzheimer's will
(14) be terminal.
(15)    Q    There's no cure for it?
(16)    A    No, there is no cure for it.
(17)    Q    And both dementia and Alzheimer's
(18) damage the brain over time?
(19)    A    No.  Dementia and/or
(20) Alzheimer's -- well, dementia is a reflection of
(21) a degenerative neurological condition.  So they
(22) are not being damaged by the dementia.  Dementia
(23) is a reflection of the damage.
(24)    Q    There is damage to the brain
(25) that's ongoing in a person who has Alzheimer's;

Page 43

Charash, M.D.

(1)
(2) correct?
(3)     A    Yes.
(4)     Q    Now, would you agree that
(5) Mr. Jones had Alzheimer's before the accident?
(6)     A    No.  There is almost no evidence
(7) of Alzheimer's.  In fact, looking at the report
(8) of your expert it appears, which I didn't have
(9) when I wrote my report, memory loss in 2008 and
(10) was treated with Aricept, which I'll spell that
(11) for you, A-R-I-C-E-P-T, when he was 83 three
(12) years old.
(13)    Now, it sounds like he had a trial
(14) of that.  There is no evidence he was
(15) chronically on that.  If he was having memory
(16) loss from Alzheimer's in 2008 it would be really
(17) difficult to believe that in 2015, August, 11th
(18) his neurologic exam would be he is oriented to
(19) person, place, time, mood and affect.  And that
(20) there was no significant deterioration.
(21)    There is evidence that his son
(22) told the doctor that he had a slow, but
(23) continuing functional decline, but that is a
(24) geriatric phenomenon.  You know, slow functional
(25) decline comes with anybody who reaches advanced

Page 44

Charash, M.D.

(1)
(2) age.  But there is no evidence of a progressive
(3) neurologic disease.  If he had memory loss, true
(4) memory loss that was beginning in 2008 it would
(5) be stunning if he had Alzheimer's seven years
(6) lates for him to have a normal neurological
(7) exam.  It pretty much makes Alzheimer's out of
(8) the question.
(9)     Q    So you're saying he had a normal
(10) neurological exam in 2015 at the time of that
(11) exam because he was oriented times three?
(12)    A    Well, more than that.  He said
(13) oriented times three, mood and affect were
(14) appropriate.  And there are no notes in his Holy
(15) Cross Medical Group of him having significant
(16) cognitive disease.
(17)    People do get forgetful.  For
(18) God's sake that happens to everybody or a lot of
(19) people.  But there is no notation of him having
(20) a progressive neurologic deterioration.
(21)    Q    What was he being treated for at
(22) Holy Cross?
(23)    A    His multiple medical problems.
(24)    Q    They were functioning, there was
(25) as a physician or extenders there functioning as

Page 45

Charash, M.D.

(1)
(2) PCP's for him?
(3)     A    Yes.
(4)     Q    So you said that he was oriented
(5) times three in 2015.  What note are you
(6) referring to from Holy Cross?
(7)     A    August 11, 2015 clearing him for
(8) surgery.
(9)     Q    So if is alert and oriented times
(10) three after the accident he doesn't have
(11) dementia or Alzheimer's then either?
(12)    A    I'm not sure I understand.  An
(13) accident is an acute trauma which can change you
(14) and can have waxing and waning changes.
(15)    So if you have a head injury which
(16) he clearly had with a subdural hematoma that
(17) although not significant in his size, but
(18) reflected a blunt force trauma to his head with
(19) a bleed his mental status can have all sorts of
(20) changes.
(21)    And there are many people that
(22) have a proclivity towards dementia that gets
(23) accelerated once they lose the orientation of
(24) their normal life and that's seen vert
(25) frequently.  I have treated healthy functional

12  (Pages 42 to 45)

Page 46

Charash, M.D.

(1)
(2) patients in their fifties and sixties who in the
(3) critical care unit become acutely demented due
(4) to disorientation of being on the unit and then
(5) resume life. It may be a precursor to dementia
(6) because of their reaction to the environment.
(7)     But once a person undergoes
(8) multiple trauma including blunt force trauma to
(9) the head and bleeding in the brain and once they
(10) lose the environment in which they normally live
(11) and remain in institutional care it is very
(12) common to see people get grossly disoriented at
(13) varying speeds, but almost inevitably it is the
(14) most provocative environment to create dementia.
(15)     So his dementia may be a
(16) proclivity towards Alzheimer's, but he had been
(17) pretty stable for eight years -- seven years
(18) between 2008 and 2015 without any note
(19) reflecting a major concern about orientation to
(20) what happened to him after the accident.
(21)     Q    So if a physician in August of
(22) 2015 or an extender says he's alert and oriented
(23) time three and his mood and affect is
(24) appropriate that in your mind rules out the fact
(25) he already may have dementia or Alzheimer's at

Page 47

Charash, M.D.

(1)
(2) that point?
(3)     A    No, I'm just saying it is not just
(4) that note. It is all the notes from Holy Cross
(5) and absence of a diagnosis of cognitive disease.
(6) On August 11th they list his chronic medical
(7) conditions, active problems which include and
(8) abnormal EKG, anemia, coronary disease, carotid
(9) bruit, hypertension, keloid of skin, peripheral
(10) vascular disease, previous prostate cancer and
(11) urinary frequency? If you go through the Holy
(12) Cross records that I have, none of them list as
(13) an active medical problem cognitive
(14) deterioration or Alzheimer's.
(15)     Now, that would be very bizarre if
(16) in 2008 he started having memory loss that was
(17) from Alzheimer's and in good faith they may have
(18) thought it was, but to go seven years and not
(19) have it listed as an active medical problem,
(20) memory or cognitive or functional deterioration
(21) from neurologic disease. It's not just that one
(22) note, but that one note is a reflection of his
(23) primary care providers.
(24)     Q    So cognitive deterioration, what
(25) are you looking for when you say you don't see a

Page 48

Charash, M.D.

(1)
(2) note about cognitive deterioration?
(3)     A    A significant change in his mental
(4) capacity to basically interfere with his
(5) functional ability or social ability.
(6)     Q    What terms are you looking for in
(7) the medical record to suggest there cognitive
(8) deterioration?
(9)     A    There is no mention of the word
(10) dementia.
(11)     Q    Anything else?
(12)     A    No mention of the word
(13) Alzheimer's.
(14)     Q    Anything else?
(15)     A    No mention of any description of
(16) neurologic problems.
(17)     Q    Such as what?
(18)     A    Any coordination problems, any
(19) inability to perform basic tasks. There is just
(20) no mention of neurologic disease in his primary
(21) care providers as part of his illness.
(22)     Q    No mention of any signs or
(23) symptoms of dementia or Alzheimer's?
(24)     A    Forgetfulness is not dementia.
(25) Dementia is more than that and it's progressive.

Page 49

Charash, M.D.

(1)
(2) He did not have evidence of Alzheimer's.
(3)     Q    Memory loss is the hallmark of the
(4) early diagnosis of dementia, wouldn't you agree?
(5)     A    Well, I can't agree or disagree.
(6) I think that memory loss is the most common
(7) first symptom of dementia.
(8)     Q    And Alzheimer's?
(9)     A    And of Alzheimer's, but memory
(10) loss is also much more common than Alzheimer's.
(11) So there is a difference between age related
(12) memory loss versus progressive deterioration and
(13) memory loss.
(14)     If he had memory loss in 2008 and
(15) if it were due to Alzheimer's it would be pretty
(16) difficult to reconcile with his primary care
(17) physicians in 2015 not mentioning that as an
(18) active medical problem. A lot of people have
(19) memory loss.
(20)     Q    So describing memory loss in his
(21) medical records before his accident is not an
(22) indication to you that this man already has
(23) early dementia or Alzheimer's?
(24)     A    There is no evidence of that.
(25)     Q    Even though the record says that?

13  (Pages 46 to 49)

Page 50

Charash, M.D.

(1)
(2)      A    Says what?
(3)      Q    That he has memory loss and memory
(4)  problems?
(5)      A    In 2008.  But it didn't
(6)  deteriorate.  Memory loss is not a diagnosis of
(7)  Alzheimer's.  It is a red flag to be concerned.
(8)      Q    Didn't the family say after the
(9)  accident that his mental decline began in 2013?
(10)     A    Yes, but it depends on the nature
(11) of the mental decline.  As people get older
(12) there are mental declines and you always worry
(13) about an elderly parent, but the question is was
(14) he capable of performing activities of daily
(15) living, was he capable of living independently,
(16) what level of assistance did he require.
(17)     Q    Are there medical records in this
(18) case that suggest that his dementia or
(19) Alzheimer's began in 2013.
(20)     A    I don't know what records you're
(21) referring to.
(22)     Q    Same ones you have.
(23)     A    Well, again there are may have
(24) been multiple points of contact where people had
(25) concerns.  Anyone who is elderly that has any

Page 51

Charash, M.D.

(1)
(2)  form of functional decline you always have to
(3)  consider Alzheimer's, but he did not have
(4)  evidence of Alzheimer's.
(5)      Q    Are there medical records after
(6)  the accident that suggest that his dementia and
(7)  Alzheimer's began in 2013?
(8)      A    I don't recall.
(9)      Q    If they suggest that would you
(10) have any reason to dispute it?
(11)     A    I would just need to know what the
(12) context was of that.
(13)     Q    Family history?
(14)     A    You're interrupting me before I
(15) finish my answer.  But I would want to know the
(16) context of that.  Family history, concerns of
(17) the family about his overall functional ability
(18) deteriorating is not a diagnosis of Alzheimer's.
(19)     The question is what were the
(20) specific concerns they had and what was being
(21) documented by his health care providers.
(22)     He was cleared for cataract
(23) surgery with a note that does not mention the
(24) word Alzheimer's, dementia or memory loss and
(25) says he had a normal neurologic exam.  I have no

Page 52

Charash, M.D.

(1)
(2)  doubt that he had functional decline.  His son
(3)  reported that to Holy Cross.  There's no doubt
(4)  that he was beginning to demonstrate some
(5)  functional decline.  But it was not a rapidly
(6)  aggressive disease and everything went into
(7)  hyperdrive after his accident.
(8)      MR. STONE:  With all due
(9)      respect I move to strike the part of
(10)     the answer that wasn't responsive.
(11)     Q    So are you saying that you have to
(12) see the word Alzheimer's or dementia or memory
(13) loss in a medical record before his accident to
(14) agree that he had dementia or Alzheimer's before
(15) the accident?
(16)     A    Not alone.  I think that the
(17) absence of those diagnoses in his primary care
(18) charts is a strong statement.  The absence of
(19) primary health care providers describing
(20) neurological functional changes or major
(21) cognitive changes is equally telling.  But if
(22) you read his family practice notes this man does
(23) not have Alzheimer's.
(24)     And if in 2008 when the first time
(25) he was showing memory loss and was given a drug

Page 53

Charash, M.D.

(1)
(2)  if that marked the beginning of Alzheimer's
(3)  given his age he should have been much more
(4)  advanced in 2015 which he was not.
(5)      Q    Let me just ask you some specific
(6)  questions and see if you'll agree.  Would memory
(7)  loss be consistent with someone with
(8)  Alzheimer's?
(9)      A    Memory loss would be consistent
(10) with Alzheimer's, but not diagnostic.
(11)     Q    All right.  What about depression?
(12)     A    It could be consistent, although
(13) remember the note on August 8, 2011 said that
(14) his mood and affect were appropriate.
(15)     Q    I know you can pick notes out in
(16) different timeframes, but I'm asking just
(17) general questions.
(18)     A    Well, that's not just a random
(19) timeframe.  That's the last medical note before
(20) his accident.
(21)     Q    Is depression consistent with
(22) Alzheimer's?
(23)     A    It can be found in Alzheimer's.
(24)     Q    What about a decline in ability to
(25) carry out activities of daily living such as

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018     (800) NYC-FINK * (212) 869-3063

Page 54

Charash, M.D.

(1) bathing or showering?

(3)     A   It can depending on what the
(4) specific reasons are. But if you were to take
(5) the subgroup of all 80 year olds who have
(6) trouble showering or bathing, have some memory
(7) loss and some depression that's hardly the
(8) foundation for Alzheimer's. Those traits are
(9) found in far more patients without Alzheimer's
(10) than in Alzheimer's.

(11)     Q   What about the fact he was
(12) prescribed Aricept, would that be consistent
(13) with someone who has Alzheimer's?

(14)     A   Well, I think in this case it's
(15) the opposite. He was given it clearly in 2008
(16) and if he did have Alzheimer's induced memory
(17) loss in 2008 you would expect him given his age
(18) and presentation to be far worse in 2015 which
(19) he was not. So I think that that medical
(20) documentation argues far against Alzheimer's.

(21)     Q   With about forgetting to change
(22) your clothes?

(23)     A   Again --

(24)     Q   Would that be consistent with
(25) Alzheimer's?

Page 55

Charash, M.D.

(2)     A   Consistent, yes.

(3)     Q   Forgetting to eat; would that be
(4) consistent?

(5)     A   It could be consistent with it,
(6) yes.

(7)     Q   What about the inability to give
(8) the physician an accurate or clear medical
(9) history?

(10)     A   Well, that depends because a lot
(11) of people have a hard time giving an accurate
(12) medical history. Even healthy people do. So it
(13) would depend on what was missed.

(14)     Q   But it can be consistent with
(15) Alzheimer's?

(16)     A   Again, that's so nonspecific that
(17) you wouldn't put that in the list.

(18)     Q   So if Mr. Jones had all of this
(19) before the accident, inability to give a medical
(20) history to the physician, forgetting to change
(21) his clothes, forgetting to eat, being prescribed
(22) Aricept, not able to bathe himself.

(23)     A   He was prescribed Aricept in 2008
(24) only, right?

(25)     Q   No. Before the accident. He has

Page 56

Charash, M.D.

(2) all these problems before the accident. Memory
(3) depression, inability to bathe or shower,
(4) forgetting to change his clothes, forgetting to
(5) eat, not able to give a medical history, that
(6) wouldn't indicate to you that he has dementia or
(7) Alzheimer's?

(8)     MR. ROBERTS: Objection to
(9)     form.

(10)     A   Not without knowing the frequency
(11) and specifics of the reasons. Not knowing
(12) whether it's been a progressive problem. If he
(13) one day he forgot to change his clothes or every
(14) day. Whether for a few days he didn't eat
(15) because he was temporary depressed or whether he
(16) chronically could not prepare a meal or eat. It
(17) would depend what his memory was like in terms
(18) of giving a medical history. A lot of people
(19) flub it.

(20)     There is a reasonable amount of
(21) memory loss that is associated with age that
(22) does not represent Alzheimer's. But there is
(23) absolutely no evidence from the first time they
(24) were concerned about Alzheimer's in 2008 that he
(25) had any major progressive neurologic decline.

Page 57

Charash, M.D.

(2)     Q   Do the symptoms of Alzheimer's wax
(3) and wane, can they wax and wane?

(4)     A   Yes, but usually they progress.

(5)     Q   But you can have good days and bad
(6) days?

(7)     A   Yes. But it's hard to have good
(8) years and bad years.

(9)     Q   Can you take one note as you have
(10) in August of 2015 and infer from that note that
(11) well, he had a normal exam that day so he
(12) couldn't have had Alzheimer's or dementia?

(13)     MR. ROBERTS: Objection to
(14)     form.

(15)     A   No because the note lists active
(16) medical problems that date back through Holy
(17) Cross and there is no mention of it as a chronic
(18) medical problem.

(19)     He had more than one visit. He
(20) was being seen repeatedly and no one seemed to
(21) be concerned about Alzheimer's at Holy Cross and
(22) they were the doctors on the field caring for
(23) him frequently.

(24)     Q   All right. We'll come back to
(25) this, but let's talk about something a little

15 (Pages 54 to 57)

Page 58

Charash, M.D.

(1)
(2) different. The injuries Mr. Jones had from the
(3) accidents, the physical injuries, you list them
(4) for me in your report. Can we go over them one
(5) by one?
(6)     A    Yes. Can we have a short break.
(7)     Q    Sure.
(8)         (Whereupon, a short recess
(9)     was taken.)
(10)        (The deposition resumed with
(11)    all parties present.)
(12) B R U C E    C H A R A S H, M.D.,
(13)    resumed and testified further as follows:
(14) BY MR. STONE:
(15)     Q    Did Mr. Jones have Alzheimer's in
(16) May of 2016 when he developed gangrene in his
(17) toes?
(18)        MR. ROBERTS: Objection to
(19)    form?
(20)     A    I'm confused Alzheimer's when he
(21) had gangrene of his toes.
(22)        MR. ROBERTS: Again
(23)    objection.
(24)     Q    By May of 2016 when he developed
(25) gangrene in his toes did he have Alzheimer's?

Page 59

Charash, M.D.

(1)
(2)        MR. ROBERTS: Objection to
(3)    the form of the question.
(4)     A    I think Mr. Jones had progressive
(5) dementia. It was never established whether it
(6) was Alzheimer's, but he developed progressive
(7) dementia from the initial injuries from his
(8) accident, his chronic institutional care and his
(9) multiple post accident complications, I think he
(10) developed progressive dementia. Whether or not
(11) it was Alzheimer's is difficult to determine.
(12)        MR. STONE: Let me move to
(13)    strike the part of the answer that
(14)    wasn't responsive.
(15)     Q    I'm not asking for why, Doctor,
(16) and we'll, get into that in a little while.
(17)        My question is simple. Do you
(18) believe that Mr. Jones likely had Alzheimer's in
(19) May of 2016 when he developed gangrene in his
(20) toes?
(21)        MR. ROBERTS: Again
(22)    objection to form?
(23)     A    I can said he had dementia. It is
(24) difficult to determine if it was Alzheimer's.
(25)     Q    Do you agree he developed gangrene

Page 60

Charash, M.D.

(1)
(2) in his toes in May of 2016?
(3)     A    I do.
(4)     Q    Now, you say that you can agree
(5) that he had progressive dementia at that point
(6) but you cannot say whether it's Alzheimer's?
(7)     A    Correct.
(8)     Q    Is it likely Alzheimer's in that
(9) 60 to 80 percent of all dementia is Alzheimer's?
(10)     A    No because you wouldn't say 60 to
(11) 80 percent of all post-traumatic dementia is
(12) Alzheimer's. But it may have been either very
(13) early Alzheimer's, although that would be
(14) difficult to reconcile with 2008.
(15)        So it's difficult to declare this
(16) Alzheimer's. It's just easy to call all
(17) dementia in elderly people Alzheimer's, but when
(18) a person develops it under these specific
(19) circumstances you don't have the basis to call
(20) it Alzheimer's.
(21)     Q    If his treating physicians were
(22) calling it Alzheimer's from May until the time
(23) of his death would you defer to them.
(24)        MR. ROBERTS: Objection to
(25)    form.

Page 61

Charash, M.D.

(1)
(2)     A    No, I would want to hear the
(3) reason they picked Alzheimer's as opposed to
(4) post-traumatic dementia. But again it's
(5) possible it was Alzheimer's with the accident
(6) and institutional care was like gas on a
(7) smoldering fire turns into a raging fire. So
(8) it's possible he had Alzheimer's.
(9)        MR. STONE: I'm going to
(10)    move to strike the unresponsive
(11)    answer.
(12)     Q    Why did he develop gangrene?
(13)     A    From peripheral vascular
(14) complications.
(15)     Q    Why did he lose the ability to
(16) swallow?
(17)     A    Because of his progressive
(18) neurologic decline post accident.
(19)     Q    Is losing the ability to swallow
(20) one of the hallmarks of the end stages of either
(21) dementia or Alzheimer's?
(22)     A    It is a hallmark of dementia.
(23)     Q    End stage?
(24)     A    Yes, I believe he was end stage
(25) when he had a feeding tube put in.

16  (Pages 58 to 61)

Page 62

Charash, M.D.

(1)
(2) Q    Now, let's talk a minute about his
(3) injuries from the accident. And you list those
(4) in your report. Can we take them one at a time
(5) and go ahead and give me the list of injuries?
(6) A    Okay. He developed a right
(7) cerebral subdural hematoma.
(8) Q    Okay.
(9) A    Fractured ribs on the right side
(10) of his chest. Soft tissue injury on the right
(11) side of his chest resulting in a partial
(12) collapse of his right lung. And bleeding in his
(13) urine. And over the course of his
(14) hospitalization active reduction in his
(15) hemoglobin implying cumulative blood loss
(16) requiring transfusion.
(17) Q    Anything else?
(18) A    Not as a primary problem.
(19) Secondary problems are narcotic requirements,
(20) pain and other issues.
(21) Q    Okay. So was the transfusion
(22) successful in bringing his hemoglobin back up to
(23) normal?
(24) A    Yes.
(25) Q    Before he was discharged?

Page 63

Charash, M.D.

(1)
(2) A    Yes.
(3) Q    All right. And bleeding in the
(4) urine, did that resolve by the time he was
(5) discharged?
(6) A    Yes.
(7) Q    The collapse of the right lung,
(8) was it a collapse of the right lung or just a
(9) partial?
(10) A    It was partial.
(11) Q    How much?
(12) A    It was described as small.
(13) Q    Small. Was that resolved by
(14) discharged?
(15) A    Yes.
(16) Q    The soft tissue injury to the
(17) right side of his chest is that another way of
(18) saying bruising?
(19) A    Well, bruising is skin soft
(20) tissue, but he had deeper injuries because
(21) clearly he collapsed a lung. He broke ribs and
(22) collapsed a lung so it's more than just
(23) bruising.
(24) Q    Did that resolve by the time of
(25) discharge?

Page 64

Charash, M.D.

(1)
(2) A    Not the inflammation or the
(3) fractures. They were in the process of healing,
(4) but still generated pain.
(5) Q    When did the soft tissue injury or
(6) inflammation to the right side of his chest
(7) resolve.
(8) A    It's indeterminate when it
(9) resolved.
(10) Q    Did it resolve at some point?
(11) A    Probably.
(12) Q    What about the fractured ribs, did
(13) they heal at some point?
(14) A    Yes.
(15) Q    Do you know when?
(16) A    No.
(17) Q    The right subdural hematoma, was
(18) there any evidence of that in the follow-up CT
(19) scan in November of 2015?
(20) A    I don't think so.
(21) Q    So it had resolved?
(22) A    Yes.
(23) Q    And I think you mentioned that he
(24) was hemodynamically stable during that
(25) hospitalization?

Page 65

Charash, M.D.

(1)
(2) A    Yes.
(3) Q    What does that mean?
(4) A    It means he didn't suffer a heart
(5) attack, develop changes in the general body he
(6) circulation. He didn't get hypotensive or go
(7) into congestive heart failure.
(8) Q    Anything else?
(9) A    That generally covers it.
(10) Q    So it appeared to have no affect
(11) on his cardiovascular system?
(12) A    Not immediately.
(13) Q    Was he stable when he was
(14) discharged from the hospital?
(15) A    Short term, yes.
(16) Q    You don't have any criticism of
(17) him being released from the hospital; do you?
(18) A    No.
(19) Q    And so is it your understanding
(20) that after he left the hospital he went for
(21) rehab?
(22) A    Yes.
(23) Q    That would be appropriate?
(24) A    Yes.
(25) Q    To try to increase his mobility?

17  (Pages 62 to 65)

Page 66

Charash, M.D.

(1)
(2)  A  Of course.
(3)  Q  And were they successful?
(4)  A  Well, I can't answer the question
(5) the way you phrased it limited to a simple yes,
(6) no.
(7)  Q  Were they able to improve his
(8) mobility during his rehab when he was discharged
(9) from the hospital?
(10)  A  Well, not able to improve it to
(11) the point of him being able to go back home. He
(12) was never able to regain the functional status
(13) he had pre-accident. Of course he made
(14) improvements, but he was never able to leave
(15) institutional care so it did fail.
(16)  Q  What was his status in terms of
(17) his mobility at the end of his rehab?
(18)  A  Well, before he went into his
(19) massive clinical deterioration he was basically
(20) wheelchair bound.
(21)  Q  Okay. At the end of his rehab —
(22) now, his rehab was at Lakeside Nursing; is that
(23) right?
(24)  A  Yes.
(25)  Q  It looks like it was about two

Page 67

Charash, M.D.

(1)
(2) months from September 26th to November 28th?
(3)  A  Yes.
(4)  Q  2015; correct?
(5)  A  Yes.
(6)  Q  At the end of his rehab he was
(7) wheelchair bound?
(8)  A  Mostly, yes.
(9)  Q  Why do you say that?
(10)  A  Because he never regained to be
(11) able to independently walk outside the support
(12) of physical therapy. He was mainly bed to chair
(13) bound.
(14)      He certainly was unable to achieve
(15) the level of independent activities that he did
(16) prior to the accident. He was unable to regain
(17) the baseline from the day before the accident.
(18)  Q  Could he transfer himself from bed
(19) to chair?
(20)  A  Yes.
(21)  Q  And vice versa?
(22)  A  Yes.
(23)  Q  Could he walk?
(24)  A  Short distances.
(25)  Q  How far?

Page 68

Charash, M.D.

(1)
(2)  A  I don't know, but unable to
(3) independently care for himself.
(4)  Q  Could he walk independent of any
(5) assistive devices?
(6)  A  I would think for a short period.
(7)  Q  When you see short period, short
(8) distance, how far?
(9)  A  Not able to maintain the
(10) activities of daily living or self care which is
(11) my own benchmark that matters.
(12)  Q  In your definition of activities
(13) of daily living I think we mentioned before
(14) would include, what's on that list?
(15)  A  Changing clothes, washing their
(16) face, brushing teeth, showering or bathing,
(17) preparing meals, shopping, being able to go
(18) outside for so recreational activity.
(19)  Q  All right. So do you know whether
(20) he was able to walk with any assistive devices
(21) as a result of his rehab at Lakeside Nursing?
(22)  A  I think he was able to walk for
(23) short distances within the confines of a room,
(24) but not able to do anything more than that.
(25)  Q  Within the room you say?

Page 69

Charash, M.D.

(1)
(2)  A  Yes. Limited activity, limited
(3) mobility.
(4)  Q  He couldn't walk outside the room?
(5)  A  I'm not saying he can't walk
(6) outside a room. There is no difficult between
(7) the extra three inches to cause a door
(8) threshold.
(9)  Q  How far could he walk?
(10)  A  Not enough for self care.
(11)  Q  That wasn't important to you to
(12) figure out how well he had done with his rehab?
(13)  A  He had done well enough to be able
(14) to mobilize, but not enough to be able to return
(15) to the independent life that he has.
(16)  Q  Did he do well enough to go from
(17) the rehab facility to an assisted living
(18) facility?
(19)  A  Yes.
(20)  Q  What's your understanding of the
(21) level of care at assisted living facility?
(22)  A  I think most of them have various
(23) levels of care.
(24)  Q  How about his level?
(25)  A  I don't recall the specifics.

18  (Pages 66 to 69)

Page 70

Charash, M.D.

(1)
(2)    Q    Would you agree that the fact that
(3) he is transferred to an assisted living facility
(4) would indicate an improvement in his function?
(5)    A    Yes. From where he was before,
(6) yes.
(7)    Q    And he's not going to get around
(8) the clock nursing care at an ALF; is he?
(9)    A    No.
(10)    Q    He's got to be somewhat
(11) independent to go to an ALF.
(12)    A    Yes.
(13)    Q    Did he have any wounds when he got
(14) to the ALF?
(15)    A    Are you talking about external
(16) abrasions or wounds?
(17)    Q    Any kind of cuts, wounds, open
(18) wounds, sores?
(19)    A    I don't recall.
(20)    Q    Do you know what his weight was
(21) when he got to the ALF?
(22)    A    Not by memory.
(23)    Q    Do you know whether he lost weight
(24) while he was in the hospital at Flagler
(25) Hospital?

Page 71

Charash, M.D.

(1)
(2)    A    I would be stunned if he didn't,
(3) but I didn't recall his weight.
(4)    Q    How about any weight loss in the
(5) two months after that while he was at Lakeside
(6) Nursing?
(7)    A    I don't have the numbers in front
(8) of me.
(9)    Q    Do you know whether he lost or
(10) gained weight at the ALF?
(11)    A    I don't recall.
(12)    Q    Do you know whether he lost or
(13) gained weight from the time his gangrene was
(14) discovered to his death?
(15)    A    Again I don't recall a specific
(16) weight. He did become malnourished. He would
(17) have lost lean body mass, but I don't recall his
(18) total weight. He also loss the ability to
(19) accumulate fluid, edema fluid so I don't know.
(20)    Q    If he gained weight at the ALF
(21) would that be an indication his health was
(22) improving?
(23)    A    It could be an indication his
(24) health was deteriorating. It depends what the
(25) mass increase his. If it is healthy tissue that

Page 72

Charash, M.D.

(1)
(2) would be health improving. If he is
(3) accumulating fluid in his body that could be a
(4) sign of deterioration.
(5)    Q    Do you know whether is weight at
(6) the ALF was due to accumulating fluids or just
(7) taking in more food?
(8)    MR. ROBERTS: Objection.
(9)    A    No, I don't.
(10)    Q    Did you see references in the
(11) record to what the family's perception was about
(12) how the accident affected his cognition?
(13)    A    I'm not sure to what you're
(14) referring.
(15)    Q    I'm referring to any references in
(16) the records that the family, where the family
(17) were describing how they felt the accident
(18) affected Mr. Jones' cognition?
(19)    A    You would have to point me to a
(20) note because I don't remember.
(21)    Q    I think there are more than one
(22) note where the family indicated that his memory
(23) seemed to be worse after the accident. Did you
(24) ever see those notes?
(25)    A    Probably.

Page 73

Charash, M.D.

(1)
(2)    Q    Are you aware of any other way the
(3) family contended the accident affected his
(4) cognition?
(5)    A    No.
(6)    Q    Do you know whether Mr. Jones was
(7) ever walking independently at the ALF?
(8)    A    I think he had the ability to walk
(9) independently under a limited degree.
(10)    Q    And ALF, I've been using that
(11) term, you know it stands for assisted living
(12) facility?
(13)    A    Yes.
(14)    Q    So at some point In May of 2016
(15) Mr. Jones develops a pretty significant vascular
(16) problem in his toes?
(17)    A    Yes.
(18)    Q    Do you know whether his gangrene
(19) was wet or dry?
(20)    A    By the way, I don't know if I
(21) mentioned when you asked me about wounds, he did
(22) have a chronic right chest wound that extended
(23) to his axilla from the accident. I apologize.
(24) I didn't bring that up.
(25)    Q    Did he have chronic right chest

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018    (800) NYC-FINK * (212) 869-3063

Page 74

Charash, M.D.

(1)
(2) wounds in axilla are before the accident?
(3)     A    Not that I'm aware.
(4)     Q    So the question is was the
(5) gangrene wet or dry?
(6)     A    I don't recall.
(7)     Q    Would the presence of the gangrene
(8) tell us that the area is infected?
(9)     A    It could. I mean clearly the
(10) first stage of gangrene is ischemic tissue death
(11) it. The second phase is super bacterial growth.
(12) Usually there is an infectious area to gangrene.
(13)     Q    Is it likely he had an infection
(14) there?
(15)     A    Yes.
(16)     Q    And the doctor has referred to, I
(17) thing at times as cellulitis. That's another
(18) term for infection?
(19)     A    Well, cellulitis is different.
(20) Cellulitis is inflammation of the soft tissue
(21) which can be infectious or non-infectious.
(22)     Q    Okay. So why didn't the bypass
(23) surgery that he had in his leg in May of 2016,
(24) why didn't that work?
(25)         MR. ROBERTS: Objection to

Page 75

Charash, M.D.

(1)
(2) form?
(3)     A    Because a patient who undergoes a
(4) major traumatic accident who has chronic pain,
(5) who has increased struggling to perform
(6) activities, who requires chronic narcotics has a
(7) increased adrenaline flow in there body
(8) chronically and acutely.
(9)         Every time he increases his effort
(10) to get out of bed to get to a chair, any time he
(11) uses more effort to do anything, any time he
(12) feels increased pain. Any time there is a wound
(13) that is still inflamed from the accident. All
(14) of these lead to higher circulating adrenaline
(15) levels.
(16)         Adrenaline makes the blood
(17) hypercoaguable. It is well known that after
(18) major traumatic events, especially over the
(19) first year from a major body trauma, especially
(20) in patients who are elderly with ongoing pain or
(21) any soft tissue injury are much more likely to
(22) suffer heart attacks or strokes due you to
(23) hypercoagulability.
(24)         Within reasonable medical
(25) certainty his peripheral vessel bypass graft

Page 76

Charash, M.D.

(1)
(2) failed due to the overall impact of the accident
(3) leading to a hypercoaguable state, leading to
(4) his failure of his vasculature as well as the
(5) production of gangrene.
(6)     Q    Well, you said a lot there. I'm
(7) going to break it down a little bit. Is it your
(8) testimony that Mr. Jones had this right chest
(9) wound continuously since the accident?
(10)     A    Well, it was considered a chronic
(11) right chest wound to his axilla. And I think it
(12) was considered a consequence of the accident.
(13)     Q    My question was a little
(14) different. Is it your testimony that he had
(15) this right chest wound the entire time after the
(16) accident up to the time of his death?
(17)     A    I don't know if it was chronically
(18) noted, but he clearly had an injury related
(19) wound.
(20)     Q    But did that wound ever heal?
(21)     A    It was noted to be active in June
(22) of 2016.
(23)     Q    How about in November of 2015?
(24)     A    I would have to look at all the
(25) notes to see whether it was constantly being

Page 77

Charash, M.D.

(1)
(2) evaluated or whether there were gaps in noting
(3) it.
(4)     Q    So if a record indicates he had no
(5) wounds in November of '15 your believe would be
(6) that they just missed it?
(7)     A    No. I would have to look at the
(8) surrounding notes to see whether they missed it
(9) or not.
(10)     Q    Now, you say Mr. Jones was in
(11) chronic pain and needed chronic narcotics.
(12)     A    Yes.
(13)     Q    And that had some affect on his
(14) hypercoagulability?
(15)     A    Well, any time you have pain you
(16) raise adrenaline levels.
(17)     Q    And that affects
(18) hypercoagulability?
(19)     A    Absolutely.
(20)     Q    And is that your explanation for
(21) why he was in a hypercoaguable state?
(22)     A    That plus you have ongoing pain,
(23) any area of wound or inflammation, any soft
(24) tissue damage. So any inflamed area, any
(25) infected area or any painful area all conspired

20  (Pages 74 to 77)

Page 78

Charash, M.D.

to hypercoagulability. Any increased effort to do activities conspires to hypercoagulability.

Q    Any effort to what?

A    Anything that increases your effort to perform activities increases adrenaline.

Q    Meaning if I got up and tried to walk it increases his adrenaline?

A    Yes, if it was more difficult than before yes, it would raise his adrenaline levels.

Q    So the factors that you say increases hypercoaguable state are chronic pain, activity such as getting up and trying to walk?

A    Increased effort of activity.

Q    And wounds?

A    Or soft tissue injury and inflammation.

Q    Okay. Why do you believe Mr. Jones was in chronic pain and needed chronic narcotics since the accident?

A    Because he was on chronic narcotics.

Q    How do you know that?

Page 79

Charash, M.D.

A    From his medical records.

Q    What narcotics was he on at the ALF?

A    I have to pull out their records, but he had been placed a chronic -- by the way, I should add malnutrition and tissue fragility increases hypercoagulability as well, too.

For example, on June 9, 2016 they said he had chronic pain and he was on morphine.

Q    What date is that?

A    June 9, 2016.

Q    That's a month before his death?

A    Yes, but he had been on chronic pain on a morphine MS Contin, C-O-N-T-I-N plus Norco, N-O-R-C-O.

Q    You're referring to the record from doctor who, Alger?

A    Yes. But that's not the only note. The mention of his narcotics are frequent.

Q    What narcotics was he on at the ALF?

A    On the MS Contin, 15 milligrams.

Q    At the ALF?

Page 80

Charash, M.D.

A    I think so.

Q    Where are you getting that?

A    I don't know. I have to pull the records, but I don't have them printed out.

Q    Did he spend more than half of his life after the accident at the ALF?

A    Yes.

Q    And do you consider an ALF a medical institution?

A    I consider it institutionalized care. It's not your home.

Q    Do you consider it a medical institution?

A    Partially, yes.

Q    Now, was his INR ever checked?

A    I don't recall.

Q    That would be the way to tell whether he was in a hypercoaguable state?

A    No. Hypercoaguable, but that would not be determined by blood tests. It would be more plantlet aggregation due to adrenaline. It would not affect your PT, INR r PTT.

Q    And you are saying

Page 81

Charash, M.D.

hypocoagulability?

A    Hyper.

Q    Hypercoagulability increases the risk of stoke or heart attack?

A    Or graft closure, yes.

Q    Now, Mr. Jones was already at high risk compared to most people for heart attack based on his premorbid conditions before the accident; would you agree.

A    He was at an increased risk, but was being followed for his diseases.

Q    He was also at increased risk for stroke?

A    He was.

Q    Before the accident?

A    Yes. More increased than a person without his risk factors. When you say increased risk you have to compare it to something.

Q    Did he have a stroke before the accident?

A    They found old lacunar infarcts which are different than a stroke.

Q    Do you know whether he ever had a

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * (212) 869-3063

Page 82

Charash, M.D.

(1)
(2) stroke before the accident?
(3)     A    No clinical stroke that I'm aware
(4) of.
(5)     Q    What's a clinical stroke?
(6)     A    Being admitted to a hospital with
(7) new and permanent neurological deficit.
(8)     Q    Such as facial droopiness?
(9)     A    If it remains permanent, yes.
(10)    Q    You can have a temporary stroke,
(11) right, a TIA; right?
(12)    A    That's not a stroke.  That's a
(13) transient ischemic attack?
(14)    Q    It's called a mini stroke by a lot
(15) of people?
(16)    A    Yes, but that's a poor term.  Is
(17) not a stroke because if there is recovery it's
(18) not a stroke.
(19)    Q    So are you saying that his
(20) hypocoaguable state?
(21)    A    Hypercoaguable, E-R, H-Y-P-E-R.
(22)    Q    I'm sorry.  I don't know why I'm
(23) saying that.  It's E-R, hyper.
(24)         You're saying his hypercoaguable
(25) state probably caused him to have a heart attack

Page 83

Charash, M.D.

(1)
(2) or a stroke which was the immediate cause of his
(3) death?
(4)     A    No, that's not what I said.
(5)     Q    Okay.  Well, what was the
(6) immediate cause of his death?
(7)     A    Well, I think that he had a
(8) massive deterioration that was measured by
(9) several events.  Worsening dementia, inability
(10) to eat, malnutrition, vascular collapse,
(11) gangrene and infection in his legs.
(12)        So he had a rapid onset, massive
(13) onset inability for self care with infection and
(14) vascular problems in his lower extremities and
(15) he died from that.  He was put into Hospice care
(16) because at that point there was no realistic
(17) expectation he was ever going to regain an
(18) independent life.
(19)        So he died as a combination of his
(20) infection, infection, malnutrition.  Whether he
(21) had a heart attack or stroke at the final moment
(22) before his death no one can ever know.
(23)    Q    So he died -- the three things I
(24) wrote down that you just said and if I missed
(25) one that's why I'm asking you the question

Page 84

Charash, M.D.

(1)
(2) again, he died in your opinion because of a
(3) worsening of his dementia, the vascular problem
(4) that led to the gangrene and presumably some
(5) infection?
(6)     A    And malnutrition.
(7)     Q    And malnutrition.  Those three
(8) things?
(9)     A    Yes.  Chronic debility, mentally
(10) and physically with ischemia and infection.
(11)    Q    Ischemia is the gangrene?
(12)    A    Yes.
(13)    Q    How about pneumonia?
(14)    A    That's the infections.  He had
(15) multiple infections.
(16)    Q    Are you able to rule out heart
(17) attack as a cause of his death?
(18)    A    No.
(19)    Q    Are you able to rule out a
(20) pulmonary embolus as a cause of his death?
(21)    A    No.
(22)    Q    How about an aortic aneurism?
(23)    A    Well, that would be, I can't rule
(24) it out with absolute certainty, but with
(25) reasonable certainty there was never a suspicion

Page 85

Charash, M.D.

(1)
(2) of that.
(3)     Q    Can you rule that out?
(4)     A    With reasonable certainty, but not
(5) absolute certainty.
(6)     Q    Well, his aorta wasn't normal; was
(7) it?
(8)     A    I don't know what you mean by
(9) that.
(10)    Q    It had atherosclerosis?
(11)    A    Yes, but there was no evidence of
(12) aneurysm.
(13)    Q    It was tortuous?
(14)    A    Tortuous aorta is very common in
(15) elderly.
(16)    Q    Did he have a tortuous aorta?
(17)    A    On chest x-ray, yes.
(18)    Q    And what is a tortuous aorta?
(19)    A    It just means that it's normal
(20) arcing path in the chest is disoriented on
(21) x-ray.  It's common in people who have
(22) atherosclerotic disease of the aorta, but it is
(23) nonspecific.  Of course a person could have an
(24) aneurysm, but it doesn't prove or disprove it.
(25)        But when you are looking for cause

22   (Pages 82 to 85)

Page 86

Charash, M.D.

(1) of death I think once someone enters Hospice
(2) care you never know with the immediate cause of
(3) death is.
(4) Q     The best explanation for the
(5) tor -- how do you pronounce the word?
(6) A     Tortuous.
(7) Q     Tortuous.  The most likely
(8) explanation for his tortuous aorta was
(9) atherosclerosis?
(10) A     And hypertension which can cause
(11) the aorta to just change it's direction.
(12) Q     And with the tortuous aorta and
(13) the atherosclerosis that he had in the aorta
(14) dose that increase his risk for an aortic
(15) aneurysm?
(16) A     Yes.
(17) Q     And that's why you can't rule that
(18) out?
(19) A     With absolute certainty, but I can
(20) with reasonable certainty.  It would be very a
(21) very obscure reason and not credible on the list
(22) but nothing is impossible.
(23) Q     Does the tortuous aorta, can it
(24) impinge upon the esophagus?

Page 87

Charash, M.D.

(1) A     It could.  Well, usually not, no.
(2) Not a tortuous aorta.
(3) Q     Have you ever heard of a tortuous
(4) aorta impinging or constricting the esophagus?
(5) A     It could happen if you developed
(6) an aneurysm.
(7) Q     Could that be an explanation for
(8) his inability to swallow?
(9) A     Generally not.  It's usually a gag
(10) reflex level.  It could make it harder to
(11) swallow food.  I mean he was evaluated.
(12) Q     Are you able to rule out, I want
(13) to treat the infection separately.  Are you able
(14) to rule out a pulmonary infection as his cause
(15) of death such as from pneumonia?
(16) A     No.  Once he was in Hospice care
(17) there was a decision not to treat active
(18) problems which means it was just to give him
(19) comfort care until he died and that could
(20) include progression of infections or any of his
(21) other chronic medical conditions.
(22) Q     Are you able to rule out infection
(23) from the gangrene in his toes as a cause of
(24) death?

Page 88

Charash, M.D.

(1) A     No.
(2) Q     How about can you rule out
(3) respiratory failure as ab acute cause of death?
(4) A     Well, everyone who dies has
(5) respiratory failure.  If you are talking about
(6) primary respiratory failure.
(7) Q     Yes.
(8) A     You would then have to tell me
(9) what disease caused the respiratory failure.
(10) There no disease called respiratory failure.
(11) There's pulmonary edema.  There's constrictive
(12) disease.  There is no disease called respiratory
(13) failure.  It's a consequence of the disease.
(14) Q     Well, they noted I think toward
(15) the end that he was hypoxic on room air?
(16) A     Yes, which would make it more
(17) likely he was in pulmonary edema or having
(18) pneumonia.
(19) Q     What about congestive heart
(20) failure, can that cause death?
(21) A     Yes.
(22) Q     Can you rule out that his death
(23) was caused by congestive heart failure?
(24) A     No.

Page 89

Charash, M.D.

(1) Q     Have you in any prior depositions
(2) you have given relied upon a death certificate
(3) for cause of death?
(4) A     I think a death certificate is
(5) part of the medical record, but you would have
(6) to correlate death certificates to the pre-death
(7) clinical state.
(8) Very commonly doctors write down
(9) heart attack or myocardial infarction when
(10) someone's dies which technically may be true
(11) even though that maybe the consequence of more
(12) profound problems.  But it's not about relying
(13) on them, but they are part of the record and you
(14) should use that and integrate it into the
(15) general body of information.
(16) Q     My question was a little more
(17) specific.  Have you in the past in any
(18) depositions ever relied upon information in the
(19) death certificate to support your opinions?
(20) A     I have integrated death
(21) certificate into the bulk of clinical
(22) information.  I don't know what it means to rely
(23) on it because rely sounds like sole source.
(24) I respect death certificates for

23  (Pages 86 to 89)

Page 90

Charash, M.D.

(1)
(2) the best clinical decision and in some cases
(3) death certificates reflect absolute certainty
(4) based on autopsy and other findings.
(5)         Other times death certificates are
(6) more vague written in the setting of a person
(7) who has deteriorated on multiple fronts. When
(8) you say rely on I would say I integrate them
(9) into my decision making.
(10)     Q    Did you integrate the death
(11) certificate in this case into your
(12) decision-making.
(13)     A    Yes.
(14)     Q    You did?
(15)     A    Yes, of course.
(16)     Q    How?
(17)     A    Well, the death certificate stated
(18) that he had a cardiopulmonary arrest from
(19) coronary disease. That's a perfectly reasonable
(20) decision. He was deteriorating on multiple
(21) fronts and, you know, he died. He was
(22) deteriorating from vascular disease, gangrene,
(23) pneumonia. He had known coronary disease.
(24)         It's reasonable to write that
(25) down. It's not very specific. But it's

Page 91

Charash, M.D.

(1)
(2) certainly reasonable to put that down as like
(3) the immediate provoking moment of his death.
(4)         So if you read this death
(5) certificate this is consistent with a person who
(6) is walking down the staircase who collapses who
(7) is otherwise healthy which would actually be
(8) even more appropriate. In this case we have a
(9) man where we clearly see the level of
(10) progressive deterioration on multiple fronts.
(11)         So if you look at his medical
(12) records and see this autopsy, I mean this death
(13) certificate, you realize it's kind of a vague
(14) reason for death. But clearly this isn't a
(15) person who just died of a heart attack, you
(16) know, at home having chest pain and found dead
(17) by the ambulance. We know that this was a more
(18) complicated slowly, you know, collapsing patient
(19) after an automobile accident. But it's not --
(20) this death certificate doesn't cover any of
(21) that.
(22)     Q    So you have no quarrel with what
(23) physician wrote in the death certificate. That
(24) he had died of a cardiopulmonary arrest from
(25) pulmonary desist?

Page 92

Charash, M.D.

(1)
(2)     A    Well, I think it's very narrowly
(3) focused. Technically whose to say that's not
(4) why he died at that moment. But he was in
(5) Hospice care with infections and other problems
(6) so that's kind of a common reference point for
(7) death it.
(8)         Everyone dies of a heart attack at
(9) the end, right. But there is no real
(10) information in this death certificate or nothing
(11) in it that reflects this patient's clinical
(12) condition. It's a generic death certificate
(13) which is perfectly acceptable for a man who died
(14) like this.
(15)         (Death certificate was
(16)         marked as Deposition Exhibit No. 2
(17)         for identification, as of this
(18)         date.)
(19)     Q    You have the same document in
(20) front of you, Doctor; is that right?
(21)     A    Yes.
(22)     Q    I see you highlighted something on
(23) the death certificate. What was it that you
(24) highlighted?
(25)     A    Just the cause of death.

Page 93

Charash, M.D.

(1)
(2)     Q    Cardiopulmonary arrest and then
(3) that's the first thing listed and then coronary
(4) artery disease?
(5)     A    Yes.
(6)     Q    The physician who signed off on
(7) the death certificate was Dr. Vorbes,
(8) V-O-R-B-E-S, Aleger, A-L-E-G-E-R?
(9)     A    That's not a question. You made a
(10) statement.
(11)     Q    Does that appear to be the
(12) physician that signed off on this?
(13)     A    Yes.
(14)     Q    Do you know with his involvement
(15) was with Mr. Jones?
(16)     A    I don't know.
(17)     Q    Isn't he the same physician we
(18) referred to earlier that has the notes, I think
(19) beginning in June of 2016 up until the time of
(20) Mr. Jones' death?
(21)     A    Probably. I just don't recall.
(22)     Q    It looks like he saw Mr. Jones a
(23) number of times over that period?
(24)     A    Yes.
(25)     Q    And would you defer to Dr. Aleger

24   (Pages 90 to 93)

Page 94

Charash, M.D.

(2) who had the opportunity to see and evaluate
(3) Mr. Jones and presumably interact with his
(4) family on this death certificate?
(5) MR. ROBERTS: Hold on.
(6) Objecting to form.
(7) Q   What he says on the death
(8) certificate?
(9) A   Of course not. I wouldn't defer.
(10) He would have to provide reasons for why he
(11) wrote that. Quite frankly, he knows perfectly
(12) well that this isn't an 80 year old man, who
(13) told the family he had chest pain, who was in
(14) good shape and was found dead in the morning
(15) where you would say, you know, I think he died
(16) of a heart attack.
(17) He knows this is a patient who had
(18) a complex deterioration with infections,
(19) gangrene, pneumonia who is in Hospice care who
(20) died. Now, if this doctor were to say in
(21) testimony I just wrote down the final process,
(22) that the cumulative affect was heart attack and
(23) dealt I would agree with him.
(24) If he's going to make a case that
(25) this death was a primary coronary event

Page 95

Charash, M.D.

(2) unrelated to the multiple levels of
(3) deterioration I would disagree with him and I
(4) would want him to provider reasons why he
(5) believed this was an independent heart attack.
(6) Anyone who dies in Hospice care
(7) with multiple medical problems it's perfectly
(8) appropriate if you want to just say
(9) cardiopulmonary arrest and the guy did have
(10) coronary disease after all.
(11) Certainly I would not expect this
(12) doctor to take a position that he thinks
(13) independent of these catastrophes and multiple
(14) complications that cascaded that he just
(15) happened to have an independent heart attack and
(16) died unrelated to the pneumonia, the gangrene,
(17) the wounds. So it would require an explanation,
(18) but I would not defer because we have the bulk
(19) of medical records to show this isn't a simple
(20) heart attack.
(21) Like I said it's appropriate to
(22) put that down. It's fine to put that down. You
(23) have to put something down. But if his
(24) testimony was I think he just happened to have a
(25) random heart attack that day unrelated to why he

Page 96

Charash, M.D.

(2) was in Hospice that would make no sense
(3) whatsoever. So if you say defer I would want to
(4) know what his opinion is.
(5) Q   Do you think Dr. Aleger who
(6) completed his death certificate and who
(7) obviously had time with the patient, Mr. Jones,
(8) and his family unlike you would be in a better
(9) position to opine on whether his death had
(10) anything to do with the motor vehicle accident?
(11) MR. ROBERTS: Objection to
(12) form.
(13) A   No because I have opinions and
(14) provide reasons. He has an opportunity to give
(15) an opinion and provide his reasons. If he has
(16) opinions that are different than mine and his
(17) reasons are better than mine I certainly hope
(18) the jury listens to him.
(19) Q   Doctor, the death certificate that
(20) we marked as Exhibit 2 there is a section about
(21) a third of the way down that said parents and
(22) important information -- I'm sorry. Parents and
(23) informant. Do you see that heading?
(24) A   Yes.
(25) Q   On this death certificate Dr.

Page 97

Charash, M.D.

(2) Aleger --
(3) A   One second.
(4) (A brief break.)
(5) Q   So let me start over. We're
(6) looking at the Exhibit 2, the death certificate.
(7) There's a section about a third of the way down.
(8) It says parents and informant. Do you see that?
(9) A   Yes.
(10) Q   The informant in this case was
(11) Murray Jones?
(12) A   Yes.
(13) Q   And Murray Jones' relationship to
(14) the decedent was that he was the son?
(15) A   Yes.
(16) Q   So this would indicate to you that
(17) Dr. Aleger is getting some of his information
(18) from Mr. Jones' son?
(19) A   Yes.
(20) Q   If you go further down on the
(21) death certificate under the heading, the broad
(22) heading that's called cause of death and injury
(23) information. Do you see that?
(24) A   Yes.
(25) Q   There's a Part 2. It says other

25   (Pages 94 to 97)

Page 98

Charash, M.D.

(1)
(2)    significant conditions contributing to death,
(3)    but not resulting in the underlying cause given
(4)    in Part 1. Do you see that?
(5)         A    Yes.
(6)         Q    And the doctor lists nothing
(7)    there; is that correct?
(8)         A    Correct.
(9)         Q    And then there's even below that
(10)   there's a section date of injury. The doctor
(11)   put not applicable; correct?
(12)        A    Yes.
(13)        Q    Time of injury, injury at work,
(14)   those are both left blank?
(15)        A    Yes.
(16)        Q    Location of injury is left blank?
(17)        A    Yes.
(18)        Q    Describe how injury occurred,
(19)   that's left blank?
(20)        A    Yes.
(21)        Q    And at the very bottom there is
(22)   even a section for vehicle accident injuries;
(23)   correct?
(24)        A    Yes.
(25)        Q    And that's also left blank?

Page 99

Charash, M.D.

(1)
(2)        A    Yes.
(3)        Q    Right under, further up under the
(4)    cause of death and injury information the manner
(5)    of death is natural?
(6)        A    Yes.
(7)        Q    Do you agree the manner of death
(8)    was natural?
(9)        A    Yes.
(10)       Q    Do you disagree with it's fact
(11)   that Dr. Aleger did not make any reference
(12)   whatsoever to this accident?
(13)       A    No, because this is, to begin with
(14)   a vehicular injury clearly must have, and I
(15)   don't know what Florida law says, but must have
(16)   a time relationship to the accident. If he was
(17)   killed due to a motor vehicle accident that
(18)   would be in the death certificate, but with this
(19)   man's complicated course, no.
(20)       I mean he wrote the simplest death
(21)   certificate. He died a natural death because he
(22)   was in Hospice care and he was being overwhelmed
(23)   by the multiple complications of his medical
(24)   conditions that all went into hyperdrive after
(25)   his accident. So I have no criticisms of it.

Page 100

Charash, M.D.

(1)
(2)        The absence of discussing, what I
(3)    wrote in my report does not mean anything in
(4)    this death certificate. I mean this doctor
(5)    clearly who signed the death certificate, if he
(6)    was aware of his medical history can provide his
(7)    own reasons for why he kept a short death
(8)    certificate but it's very common to see it.
(9)        He didn't die immediately from the
(10)   injuries of his accident. Instead after his
(11)   motor vehicle accident he never returned to the
(12)   life he had which involved multiple levels of
(13)   complications and eventual decay and death.
(14)   This is a very foreshortened death certificate.
(15)       Q    I want to see if I understanding
(16)   the bottom line of your opinions here and then I
(17)   want to explore with you a little bit the basis
(18)   for those opinions.
(19)       So we know that Mr. Jones had
(20)   premorbid conditions that obviously played some
(21)   role in his death. Would you agree with that?
(22)       A    Yes.
(23)       Q    Which premorbid conditions played
(24)   a role in his death regardless of how
(25)   significant you think they were?

Page 101

Charash, M.D.

(1)
(2)        A    Well, I think that the fact that
(3)    he had atherosclerotic disease and peripheral
(4)    vascular disease made him more predisposed
(5)    towards a general body injury causing him harm.
(6)        He may have had some mild
(7)    cognitive disease, but clearly not progressive
(8)    or meaningful. But may have made him more
(9)    predisposed toward neurologic deterioration
(10)   given that he never returned to the home he knew
(11)   or the life knew. I think given his age I think
(12)   his vulnerability towards -- in medicine there's
(13)   the concept of synergy is that if a new insult
(14)   is done to you like a motor vehicle accident the
(15)   more premorbid conditions you have the more
(16)   magnified the damage of the accident is to you.
(17)       So a 25 year old healthy male may
(18)   have tolerated this accident far better than a
(19)   80 year old with medical problems. Mr. Jones
(20)   did not have a malignancy or major end organ
(21)   failure. He had chronic medical problems that
(22)   were being chronically managed. He was living a
(23)   relatively independent live. But the underlying
(24)   structural disease of atherosclerosis I think
(25)   and potentially mild cognitive disease and

26 (Pages 98 to 101)

Page 102

Charash, M.D.

(1)
(2) somewhat age related appropriate weakening, I
(3) think accelerated the catastrophic damage he
(4) suffered due to the accident.
(5)         So I think that the fact that he
(6) was an 80 year old with the medical problems
(7) that we listed is the reason why he never
(8) recovered from the accident because I think it's
(9) one plus one equals three in a synergistic
(10) world. A healthy young person, this accident
(11) might have been just walked off eventually. For
(12) Mr. Jones it caused a cascade of never
(13) recovering and dying and suffering.
(14)     Q    He had no life-threatening
(15) injuries from the accident; would you agree?
(16)         MR. ROBERTS: Objection to
(17) form.
(18)     A    I cannot agree or disagree. A
(19) collapse lung is a life-threatening injury.
(20) Ribs can be a life-threatening injury.
(21)     Q    What was that?
(22)     A    Broken ribs and a collapsed lung
(23) can be life threatening.
(24)     Q    These things can be, but in his
(25) case he had no life-threatening injuries from

Page 103

Charash, M.D.

(1)
(2) the accident; did he?
(3)     A    They were life-threatening. They
(4) were not life ending immediately. A
(5) pneumothorax is a life-threatening injury.
(6)     Q    Is there sometime reference, you
(7) mentioned that a moment ago. You said injury
(8) has a time relationship to the accident.
(9)     A    I'm saying for motor vehicle
(10) accident than there may be a time relationship
(11) that if you die within 24 hours of an accident,
(12) I don't know what Florida state law is. That's
(13) different than a medical opinion based on facts
(14) of the case that show his deterioration from the
(15) accident led to his death as opposed to claiming
(16) this is a primary death from a motor vehicle
(17) accident.
(18)     Q    Let me just give you some
(19) hypotheticals. If Mr. Jones had died within 24
(20) hours of the accident you agree it's easier to
(21) connect the dots and link his death to the
(22) accident?
(23)     A    It would depend on what he died
(24) of, but certainly it's not about the time. It's
(25) about the medical course that tells you it.

Page 104

Charash, M.D.

(1)
(2)     Q    Well, do you think the temporal
(3) relationship has anything to do with connecting
(4) the dots between the accident and his death?
(5)     A    I think it depends what the dots
(6) are.
(7)     Q    So if he died within 24 hours of
(8) the accident it's no easier for you to connect
(9) the dots than if he died three years later?
(10)     A    It would depend on what the dots
(11) are. I could construe potential cause of death
(12) 24 hours after the accident that may not be
(13) related to the accident and I could construe a
(14) course three years later where it's more
(15) obviously related to the accident.
(16)         Anything is possible. You just
(17) have to look at the facts of the case. You're
(18) just giving these bland hypotheticals. In this
(19) case I have not only given my opinions, but
(20) reasons for why his death was related to his
(21) failure to recover back to the independent life
(22) he had and why he deteriorated.
(23)     Q    You don't think it's more
(24) difficult to connect the dots between the
(25) accident and his death the farther out in time

Page 105

Charash, M.D.

(1)
(2) you go?
(3)     A    It depends.
(4)     Q    In this case.
(5)     A    I think that his death is highly
(6) connected to his accident because one thing we
(7) know with absolute certainty, he never returned
(8) to his life after the accident and he died
(9) within a year and with multiple complications
(10) that all tie into the accident. So I would say
(11) that his death is very easily connected to the
(12) accident.
(13)     Q    Even though it was over ten months
(14) after the accident, it does than the matter?
(15)     A    Correct because we have reasons.
(16)     Q    Would it matter if he died three
(17) years after the accident.
(18)         MR. ROBERTS: Objection,
(19) allow him to answer the question.
(20)     A    It would depend on what the
(21) circumstances were of those three years and his
(22) death.
(23)     Q    So the things when I asked you,
(24) you talked earlier about this accident created
(25) this hyperdrive of prior conditions that he had

27 (Pages 102 to 105)

Page 106

Charash, M.D.

and it's that accelerations or aggravation or hyperdrive, as you say it, of these conditions that cautioned his death?

A    Contributed and caused, yes.

Q    And you mentioned the atherosclerotic disease, the peripheral vascular disease. Should those be lumped together or are they separate?

A    Well, he had potential for coronary disease. We don't know what happened to his grafts.

Q    Okay. It sounds like they are separate. The atherosclerotic disease can cause him to have, for example, a heart attack; correct?

A    That includes peripheral vascular disease. Atherosclerosis is the umbrella for coronary and peripheral vascular.

Q    But he has both before the accident?

A    He has both well controlled.

Q    He last them in different parts of his body is what I'm saying?

A    He has well controlled restored

Page 107

Charash, M.D.

circulation throughout his body which is what modern medicine does. And he was thriving to the point of self care and that was taken away from him after the accident and it never recurred. Plus chronic pain, infections all related to the accident.

Q    You say he was thriving to the point of self care. He is not thriving to the point of self care if a nurse has to come in and bathe him three days a week before the accident; is he?

A    It depends what else he could do. That's one snapshot.

Q    That's not self care if someone has to come in and bate you --

A    If bathing is where he has a problem and it was due to muscle weakness or inability, that is self care. If he able to shop. Was he able to prepare food. Was he able to get himself ready for bed at night. Was he living an independent life. Having a someone bathe you three days a week because you're fearful of slippage or falling or uncomfortable with a wet surface to get out, that sounds like

Page 108

Charash, M.D.

a reasonable modification of your life if you are lucky enough to have resources.

Q    If you are being bathed three days a week by a nurse you are not independent in your ADL's; are you?

A    I disagree with you.

Q    Okay.

A    It depends on why the nurse is coming in and it depends whether it's just a reasonable safety measure as opposed to a necessity.

Q    All right. So the atherosclerotic disease is both peripheral and central to his heart and aorta; correct?

A    Yes.

Q    And you say he may have had potentially some mild cognitive disease. So are those the three things that he had before the accident with the qualifier that you've said about the conative disease that you believe were aggravated by the accident?

A    Yes.

Q    Tell me how his peripheral vascular disease and right there I'm

Page 109

Charash, M.D.

specifically talking about his legs. Tell me how that was aggravated by the accident?

A    Well, I think that eventually the grafts thrombosed due to the hypercoaguable state induced by all the stressors I mentioned earlier.

Q    They could also thrombose due to the natural progression of the disease; agreed?

A    Of course.

Q    Can you rule that out as the reason they thrombosed?

A    With reasonable medical certainty I can.

Q    How, why?

A    Well, that's what a medical expert opinion is. Reasonable medical certainty, not absolute medical certainty. If you're looking for absolute medical certainty that's not what I thought I'm here to do. But I can say with reasonable medical certainty having had good pulses right up to the time of the accident and then losing them after the accident and seeing the stresses he underwent with reasonable medical certainty the accident cost him the loss

28  (Pages 106 to 109)

Page 110

Charash, M.D.

of his grafts. We're not in the absolute
certainty business.

Q    All right. And I'm not talking
about absolutes. I'm fine with reasonable
medical certainty as you indicated. So there is
two explanations for why he eventually develops
the gangrene from his peripheral vascular
disease in his toes.

One would be the natural
progression and advancement of his PVD and
another would be his hypercoaguable state
following the accident?

A    Yes. The multiple stresses and
injuries that led to --

Q    And it's your opinion --
    MR. ROBERTS: He has not
finished the answer.

Q    Go ahead.

A    I said that for all the reasons
listed in my report and in this is deposition,
for all the stresses he underwent with
reasonable medical certainty it's not a
coincidence that his graft shut down within a
year of his accident with what he had gone

Page 111

Charash, M.D.

through.

Q    But his grafts can also shut down
due to the natural progression of the PVD?

A    It can happen, yes.

Q    And how do you rule out that his
grafts didn't shut down causing the gangrene in
his case?

A    Because of the reasons I outlined.
That he had multiple stressors that would make
him hypercoaguable which would increase the
likelihood of such an event by a factor of ten
to 20 times increased risk of spontaneous
closure. So within reasonable medical certainty
his closure was due to the cumulative injuries
and his failure to recover that is well outlined
in this chart.

Q    Is there any objective measure
that would tell us that he was hypercoaguable?

A    No, other than his clinical course
and understanding the level of pain and stress
that he had undergone.

Q    Is there a test that can be done
to tell us whether he is hypercoaguable?

A    You can do plantlet aggregation

Page 112

Charash, M.D.

studies, but he was dead.

Q    No. While he was alive was there
any test to confirm that he was hypercoaguable?

A    Any patient who has increased
adrenaline due to pain, increased physical
effort, emotional stress or deterioration, even
malnutrition are hypercoaguable. That is a fact
of biology.

Can I have short recess?

Q    Go ahead.
    (Whereupon, a short recess
was taken.)
    (The deposition resumed with
all parties present.)
    (Discussion off the record.)
    THE WITNESS: I'll read and
sign.
    MR. STONE: Well, I hope you
fell better.
    THE WITNESS: Thank you.
    (Discussion off the record.)
    MR. STONE: We just took a
break. Dr. Charash came in and is
feeling very ill and needed to leave

Page 113

Charash, M.D.

the deposition. We'll have to
reschedule it. We will probably
reschedule it by video conference.

Mr. Roberts and I will
coordinate a time convenient for all
of us including the doctor. I
wasn't really finished with my
questions by a long shot and I'm
going to mark as Exhibits 3 the
entire file that Dr. Charash brought
with him to the deposition that he
referred to earlier.

He left it here and I think
what we need to do is I am putting
the sticker Exhibit 3 on the top of
the page of the file which is the
death certificate.

(Dr. Charash's file was
marked as Deposition Exhibit No. 3
for identification, as of this
date.)

MR. STONE: I'm going to ask
if you would, the doctor has some
sticky tabs or Post-it notes on some

29 (Pages 110 to 113)

Page 114

(1)     Charash, M.D.
(2) of these records. What I would like
(3) to do is copy them, just put that
(4) note on a blank page right in front
(5) of the record as it appears on his
(6) stack, so we'll know where it goes
(7) and it won't interfere with the page
(8) that it's sitting on.
(9)     Gary, anything that I
(10) misstated or you need to add
(11) anything?
(12)     MR. ROBERTS:  No.
(13)     MR. STONE:  Let me go ahead
(14) and let's mark as Exhibit 4 the CV
(15) that he brought that he said was
(16) current.
(17)     (Curriculum vitae was marked
(18) as Deposition Exhibit No. 4 for
(19) identification, as of this date.)
(20)     MR. STONE:  I'm going to
(21) mark as Exhibit 5 the three
(22) invoices. There's three invoices
(23) that Dr. Charash have submitted on
(24) the case so far. That will be
(25) Exhibit 5, those three page is.

Page 116

(1)
(2)     MR. ROBERTS:  Let me just
(3) say this. That's the one I sent him
(4) and we just have to, like you said,
(5) have him confirm it.
(6)     MR. STONE:  If it's the same
(7) we'll probably still mark it as
(8) Exhibit 1 later, but we already have
(9) it.
(10)     (Whereupon, at 11:40 o'clock
(11) a.m., the deposition was adjourned.)
(12)
(13)
(14)
(15)
(16)
(17)
(18)
(19)
(20)
(21)
(22)
(23)
(24)
(25)

Page 115

(1)     Charash, M.D.
(2)     (Invoices were marked as
(3) Deposition Exhibit No. 5 for
(4) identification, as of this date.)
(5)     MR. STONE:  Exhibit 6 is
(6) what Dr. Charash brought to the
(7) deposition as an invoice for the
(8) deposition today.
(9)     (Invoice for the deposition
(10) was marked as Deposition Exhibit No.
(11) 6 for identification, as of this
(12) date.)
(13)     (Discussion off the record.)
(14)     MR. STONE:  I'm going to
(15) mark as Exhibit 7 a three-page life
(16) table that Mr. Robert has just
(17) handed me which he believes is the
(18) one that the doctor is relying upon.
(19) We'll have him confirm that the next
(20) time around.
(21)     (Life expectancy table was
(22) marked as Deposition Exhibit No. 7
(23) for identification, as of this
(24) date.)
(25)

Page 117

(1)
(2)     C A P T I O N
(3)
(4) The Deposition of BRUCE CHARASH, M.D., taken in the
(5) matter, on the date, and at the time and place set
(6) out on the title page hereof.
(7)
(8)
(9) It was requested that the deposition be taken by
(10) the reporter and that same be reduced to
(11) typewritten form.
(12)
(13)
(14) The Deponent will read and sign the transcript
(15) of said deposition.
(16)
(17)
(18)
(19)
(20)
(21)
(22)
(23)
(24)
(25)

30  (Pages 114 to 117)

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018        (800) NYC-FINK * (212) 869-3063

Page 118

(1)
(2)                    C E R T I F I C A T E
(3)
(4)        STATE OF_____:
(5)        COUNTY/CITY OF_____:
(6)
(7)        Before me, this day, personally appeared
(8)        BRUCE CHARASH, M.D, who, being duly sworn, states
(9)        that the foregoing transcript of his/her
(10)       Deposition, taken in the matter, on the date, and
(11)       at the time and place set out on the title page
(12)       hereof, constitutes a true and accurate transcript
(13)       of said deposition.
(14)
(15)
(16)                    _____
(17)                    BRUCE CHARASH, M.D.
(18)
(19)       SUBSCRIBED and SWORN to before me this_____
(20)       day of_____, 2018, in the
(21)       jurisdiction aforesaid.
(22)
(23)
(24)       _____    _____
(25)       My Commission Expires      Notary Public

Page 119

(1)
(2)            DEPOSITION ERRATA SHEET
           RE:
(3)        FILE NO.
(4)        CASE CAPTION:  Gwendola Jones Thomas  vs.  Empire
(5)        Fire and Marine Insurance Company
(6)        DEPONENT:  Bruce Charash, M.D.
           DEPOSITION DATE: December 28, 2017
(7)
           To the Reporter:
(8)        I have read the entire transcript of my Deposition
           taken in the captioned matter or the same has been
(9)        read to me.  I request for the following changes
           be entered upon the record for the reasons
(10)       indicated.
           I have signed my name to the Errata Sheet and the
(11)       appropriate Certificate and authorize you to
           attach both to the original transcript.
(12)
(13)       _____
(14)       _____
(15)       _____
(16)       _____
(17)       _____
(18)       _____
(19)       _____
(20)       _____
(21)       _____
(22)       _____
(23)       _____
(24)       SIGNATURE:_____ DATE:_____
(25)           Bruce Charash, M.D.

Page 120

(1)
(2)                    I N D E X
(3)        Examination By:              Page
(4)        Mr. Stone                    122
(5)
(6)
(7)                    E X H I B I T S
(8)
(9)        Defendants'    Description         Page
           for Ident.
(10)
(11)       1    Life expectancy table (Pending)    14
(12)       2    Death certificate            92
(13)       3    Dr. Charash's file           113
(14)       4    Curriculum vitae             114
(15)       5    Invoices                115
(16)       6    Invoice for the deposition       115
(17)       7    Life expectancy table        116
(18)
(19)
(20)
(21)
(22)
(23)
(24)
(25)

Page 121

(1)
(2)                    C E R T I F I C A T E
(3)        STATE OF NEW YORK )
(4)                    ) ss.
(5)        COUNTY OF NEW YORK )
(6)            I, Tina DeRosa, a Shorthand
(7)        (Stenotype) Reporter and Notary
(8)        Public of the State of New York, do
(9)        hereby certify that the foregoing
(10)       Deposition, of the witness, BRUCE
(11)       CHARASH, M.D., taken at the time and
(12)       place aforesaid, is a true and
(13)       correct transcription of my
(14)       shorthand notes.
(15)            I further certify that I am
(16)       neither counsel for nor related to
(17)       any party to said action, nor in any
(18)       wise interested in the result or
(19)       outcome thereof.
(20)            IN WITNESS WHEREOF, I have
(21)       hereunto set my hand this 4th day of
(22)       January, 2018.
(23)
(24)       _____
(25)            Tina DeRosa

31  (Pages 118 to 121)

**A**
A-L-E-G-E-R
93:8
A-R-I-C-E-P-T
43:11
a.m 1:18 116:11
ab 4:18 88:4
abbreviation
23:23
ability 27:22
40:8 48:5,5
51:17 53:24
61:15,19 71:18
73:8
able 40:23 41:3
41:8,10 55:22
56:5 66:7,10
66:11,12,14
67:11 68:9,17
68:20,22,24
69:13,14 84:16
84:19 87:13,14
87:23 107:19
107:20,20
abnormal 47:8
abnormalities
34:4
abrasions 28:23
70:16
absence 33:6
34:8 47:5
52:17,18 100:2
absent 35:6
absolute 84:24
85:5 86:20
90:3 105:7
109:18,19
110:2
absolutely 56:23
77:19
absolutes 110:5
abuse 38:25
accelerate 42:3
accelerated
45:23 102:3
accelerations
106:2

acceptable
92:13
accident 7:10,16
8:11 27:11
28:8,9,10,11
28:12,16,20
29:2,4,15,24
30:8,19,22
31:4,13 32:15
34:25 35:17
36:5 37:8 38:5
41:4,11 43:5
45:10,13 46:20
49:21 50:9
51:6 52:7,13
52:15 53:20
55:19,25 56:2
59:8,9 61:5,18
62:3 67:16,17
72:12,17,23
73:3,23 74:2
75:4,13 76:2,9
76:12,16 78:22
80:7 81:10,16
81:22 82:2
91:19 96:10
98:22 99:12,16
99:17,25
100:10,11
101:14,16,18
102:4,8,10,15
103:2,8,10,11
103:15,17,20
103:22 104:4,8
104:12,13,15
104:25 105:6,8
105:10,12,14
105:17,24
106:21 107:5,7
107:11 108:20
108:22 109:3
109:22,23,25
110:13,25
accidents 58:3
accumulate
71:19
accumulating

72:3,6
accurate 38:17
55:8,11 118:12
achieve 67:14
action 121:17
active 23:13
31:3,9 35:8
47:7,13,19
49:18 57:15
62:14 76:21
87:18
activities 27:23
39:23 40:4
41:8 50:14
53:25 67:15
68:10,12 75:6
78:3,6
activity 19:23
27:21 68:18
69:2 78:15,16
actual 17:16
acute 38:22,23
45:13 88:4
acutely 46:3
75:8
add 79:7 114:10
added 40:21
addition 16:18
additional 7:23
9:10,13
address 3:14 4:4
5:18 6:2
adjourned
116:11
ADL's 108:6
Administration
12:19
admission 28:20
admitted 6:10
82:6
admitting 4:24
adrenaline 75:7
75:14,16 77:16
78:7,9,11
80:23 112:6
adult 10:22
advanced 43:25

53:4
advancement
110:11
affect 37:5,24
43:19 44:13
46:23 53:14
65:10 77:13
80:23 94:22
affiliations 4:21
aforesaid 118:21
121:12
Africa-Americ...
11:20
against- 1:8
age 44:2 49:11
53:3 54:17
56:21 101:11
102:2
aggravated
108:22 109:3
aggravation
106:2
aggregation
80:22 111:25
aggressive 52:6
ago 39:15,16
103:7
agree 27:9 41:19
43:4 49:4,5
52:14 53:6
59:25 60:4
70:2 81:10
94:23 99:7
100:21 102:15
102:18 103:20
agreed 109:9
agreement 28:11
ahead 62:5
110:19 112:11
114:13
air 88:16
Aleger 93:8,25
96:5 97:2,17
99:11
alert 45:9 46:22
ALF 70:8,11,14
70:21 71:10,20

72:6 73:7,10
79:4,23,25
80:7,9
Alger 79:18
alive 112:3
allow 105:19
Alzheimer's
20:6,12,16,17
38:11,13,16
41:14,16,20,23
42:2,4,10,13
42:17,20,25
43:5,7,16 44:5
44:7 45:11
46:16,25 47:14
47:17 48:13,23
49:2,8,9,10,15
49:23 50:7,19
51:3,4,7,18,24
52:12,14,23
53:2,8,10,22
53:23 54:8,9
54:10,13,16,20
54:25 55:15
56:7,22,24
57:2,12,21
58:15,20,25
59:6,11,18,24
60:6,8,9,12,13
60:16,17,20,22
61:3,5,8,21
ambulance
91:17
amend 10:18
amount 56:20
and/or 42:19
anemia 47:8
aneurism 84:22
aneurysm 85:12
85:24 86:16
87:7
angioplasties
30:13
angioplasty
24:12 30:16
ankle 28:25 29:2
29:7

**answer** 27:12
  37:20 51:15
  52:10 59:13
  61:11 66:4
  105:19 110:18
**anybody** 28:5
  36:17 43:25
**aorta** 30:5 85:6
  85:14,16,18,22
  86:9,12,13,14
  86:24 87:3,5
  108:15
**aortic** 34:9
  84:22 86:15
**apologize** 7:15
  7:19 73:23
**appear** 93:11
**appeared** 65:10
  118:7
**appears** 43:8
  114:5
**applicable** 98:11
**apply** 30:16
**appropriate**
  44:14 46:24
  53:14 65:23
  91:8 95:8,21
  102:2 119:11
**Approximately**
  5:2
**arcing** 85:20
**area** 4:11,14
  74:8,12 77:23
  77:24,25,25
**argues** 54:20
**Aricept** 43:10
  54:12 55:22,23
**arm** 28:22
**arrest** 38:25
  90:18 91:24
  93:2 95:9
**arsenal** 24:13
**arterial** 21:3,5
  21:22 22:6,14
  22:16,22 23:6
  23:10,14,15,17
  27:17 28:2

**arteries** 22:10
  23:19 26:11
  27:2,5 33:10
  34:11,22 35:25
  36:7,11
**artery** 34:24
  93:4
**ARTHUR** 1:5
**asked** 16:18
  19:15 73:21
  105:23
**asking** 7:21
  53:16 59:15
  83:25
**assessment** 9:6
  20:9
**assistance** 50:16
**assistant** 3:22,23
**assisted** 69:17
  69:21 70:3
  73:11
**assistive** 68:5,20
**associated** 39:17
  56:21
**Associates** 2:3
  9:15 10:11
**association**
  36:15
**assume** 22:21
**assuming** 19:21
**assumption**
  28:14 30:7
**atherosclerosis**
  26:10,14,25
  27:6 35:24
  36:4,11,12
  37:6,10 85:10
  86:10,14
  101:24 106:18
**atherosclerotic**
  37:2,5,22
  85:22 101:3
  106:7,14
  108:13
**attach** 119:11
**attack** 65:5 81:5
  81:8 82:13,25

83:21 84:17
  89:10 91:15
  92:8 94:16,22
  95:5,15,20,25
  106:15
**attacks** 75:22
**attending** 4:23
**Attorneys** 2:4,9
**August** 7:17
  8:10 10:6 34:3
  43:17 45:7
  46:21 47:6
  53:13 57:10
**authorize**
  119:11
**automobile**
  91:19
**autopsy** 90:4
  91:12
**availability** 24:7
**Avenue** 2:9
**average** 11:18
**averaged** 14:24
**aware** 7:6 30:4
  73:2 74:3 82:3
  100:6
**axilla** 73:23 74:2
  76:11

**B**
**B** 3:2 58:12
  120:7
**back** 5:24 8:12
  8:13,14,17 9:3
  9:7,8,9,20 27:8
  57:16,24 62:22
  66:11 104:21
**backwards** 8:8
**bacterial** 74:11
**bad** 57:5,8
**based** 5:8,10,12
  19:22 81:9
  90:4 103:13
**baseline** 67:17
**basic** 39:10
  48:19
**basically** 34:25
  41:7 48:4

66:19
**basis** 60:19
  100:17
**bate** 107:16
**bathe** 40:8,19
  41:4,11 55:22
  56:3 107:11,23
**bathed** 108:4
**bathing** 39:23
  40:2,5,6,11,25
  54:2,6 68:16
  107:17
**bed** 67:12,18
  75:10 107:21
**beds** 4:25
**began** 41:13
  50:9,19 51:7
**beginning** 44:4
  52:4 53:2
  93:19
**begins** 41:23
**believe** 10:19
  12:22 13:9
  16:2 20:13,16
  41:5 43:17
  59:18 61:24
  77:5 78:20
  108:21
**believed** 95:5
**believes** 115:17
**benchmark**
  68:11
**best** 9:6 86:5
  90:2
**better** 96:8,17
  101:18 112:20
**bifemoral** 27:18
**big** 12:4
**biggest** 16:24
**biology** 112:9
**bit** 76:7 100:17
**bizarre** 47:15
**bland** 104:18
**blank** 98:14,16
  98:19,25 114:4
**bleed** 45:19
**bleeding** 46:9

62:12 63:3
**blockage** 22:10
**blood** 24:10 31:4
  31:9,11,25
  33:7 34:11
  35:8,21 36:19
  36:23,24 37:10
  38:7 62:15
  75:16 80:21
**blunt** 45:18 46:8
**Board** 14:11
**Board-certified**
  5:6
**body** 65:5 71:17
  72:3 75:7,19
  89:16 101:5
  106:24 107:2
**bottom** 33:15
  98:21 100:16
**bound** 66:20
  67:7,13
**brain** 36:4,13,21
  36:22 37:5,19
  38:7 42:18,24
  46:9
**break** 15:3 58:6
  76:7 97:4
  112:24
**breakdown**
  15:10 16:11
  28:2
**breakdowns**
  39:7
**brief** 97:4
**bring** 73:24
**bringing** 62:22
**broad** 97:21
**broke** 63:21
**Broken** 102:22
**brought** 113:11
  114:15 115:6
**Broward** 9:16
  10:11
**Bruce** 1:14 3:11
  117:4 118:8,16
  119:6,25
  121:10

**bruising** 63:18
  63:19,23
**bruit** 47:9
**brushing** 68:16
**building** 34:25
**bulk** 89:22 95:18
**business** 4:18
  110:3
**bypass** 27:18
  29:12,23 30:8
  30:19,21 34:10
  34:12,13 35:11
  35:16 74:22
  75:25
**bypassed** 34:22

**C**

**C** 2:2 3:2,2
  58:12,12 117:2
  118:2,2 121:2
  121:2
**C-O-N-T-I-N**
  79:15
**call** 14:6 15:13
  28:4,5 60:16
  60:19
**called** 3:2 82:14
  88:11,13 97:22
**calling** 60:22
**cancer** 47:10
**capable** 50:14
  50:15
**capacity** 48:4
**CAPTION**
  119:4
**captioned** 119:8
**cardiac** 5:8,9 8:9
  16:22,23 17:9
  17:15,21,22
  38:25
**cardiologist** 3:12
  5:6 16:17
**cardiology** 14:12
  16:6,9,12,16
  17:17,24 18:2
**cardiopulmon...**
  90:18 91:24
  93:2 95:9

**cardiovascular**
  26:3 65:11
**care** 5:9 9:8
  16:13,19,21
  17:10,15,20
  18:2 39:18
  40:24 41:7
  46:3,11 47:23
  48:21 49:16
  51:21 52:17,19
  59:8 61:6
  66:15 68:3,10
  69:10,21,23
  70:8 80:12
  83:13,15 86:3
  87:17,20 92:5
  94:19 95:6
  99:22 107:4,9
  107:10,15,19
**career** 5:6 14:21
**careful** 21:14
**carefully** 21:24
  21:25,25
**caring** 57:22
**Carney** 1:15
**carotid** 36:7,9
  37:25 38:4
  47:8
**carotids** 37:11
**carry** 53:25
**cascade** 102:12
**cascaded** 95:14
**case** 1:8 6:22
  11:10 23:14,19
  50:18 54:14
  90:11 91:8
  94:24 97:10
  102:25 103:14
  104:17,19
  105:4 111:8
  114:24 119:4
**cases** 15:6,8 18:8
  18:11,14,14,16
  90:2
**cataract** 10:7
  51:22
**catastrophes**

95:13
**catastrophic**
  102:3
**cause** 10:17 69:7
  83:2,6 84:17
  84:20 85:25
  86:3,11 87:15
  87:24 88:4,21
  89:4 92:25
  97:22 98:3
  99:4 104:11
  106:14
**caused** 82:25
  88:10,24
  102:12 106:5
**causes** 34:17
**causing** 101:5
  111:7
**cautioned** 106:4
**cellulitis** 74:17
  74:19,20
**center** 20:25
**central** 36:19
  37:23 108:14
**cerebral** 62:7
**certain** 24:4
  39:8
**certainly** 25:4
  67:14 91:2
  95:11 96:17
  103:24
**certainty** 75:25
  84:24,25 85:4
  85:5 86:20,21
  90:3 105:7
  109:13,17,18
  109:19,21,25
  110:3,6,23
  111:14
**certificate** 89:3
  89:5,20,22
  90:11,17 91:5
  91:13,20,23
  92:10,12,15,23
  93:7 94:4,8
  96:6,19,25
  97:6,21 99:18

99:21 100:4,5
  100:8,14
  113:18 119:11
  120:12
**certificates** 89:7
  89:25 90:3,5
**certified** 14:12
**certify** 121:9,15
**chair** 67:12,19
  75:10
**change** 25:25
  26:2 45:13
  48:3 54:21
  55:20 56:4,13
  86:12
**changes** 18:13
  45:14,20 52:20
  52:21 65:5
  119:9
**Changing** 68:15
**Charash** 1:14
  3:1,11 4:1 5:1
  6:1 7:1 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1 32:1 33:1
  34:1 35:1 36:1
  37:1 38:1 39:1
  40:1 41:1 42:1
  43:1 44:1 45:1
  46:1 47:1 48:1
  49:1 50:1 51:1
  52:1 53:1 54:1
  55:1 56:1 57:1
  58:1 59:1 60:1
  61:1 62:1 63:1
  64:1 65:1 66:1
  67:1 68:1 69:1
  70:1 71:1 72:1
  73:1 74:1 75:1
  76:1 77:1 78:1
  79:1 80:1 81:1

82:1 83:1 84:1
  85:1 86:1 87:1
  88:1 89:1 90:1
  91:1 92:1 93:1
  94:1 95:1 96:1
  97:1 98:1 99:1
  100:1 101:1
  102:1 103:1
  104:1 105:1
  106:1 107:1
  108:1 109:1
  110:1 111:1
  112:1,24 113:1
  113:11 114:1
  114:23 115:1,6
  117:4 118:8,16
  119:6,25
  121:11
**Charash's**
  113:19 120:13
**charge** 19:12,17
  19:24
**chart** 111:17
**charts** 52:18
**checked** 80:16
**checks** 21:16
**chest** 62:10,11
  63:17 64:6
  73:22,25 76:8
  76:11,15 85:17
  85:20 91:16
  94:13
**children** 10:23
**chronic** 9:6
  22:25 25:13
  28:3 31:8
  38:18,19 39:3
  40:15 41:17,19
  47:6 57:17
  59:8 73:22,25
  75:4,6 76:10
  77:11,11 78:14
  78:21,21,23
  79:6,10,14
  84:9 87:22
  101:21 107:6
**chronically** 31:7

43:15 56:16
75:8 76:17
101:22
circulating
75:14
circulation 65:6
107:2
circumstances
60:19 105:21
claiming 103:15
claudication
32:3,4,6,9
clear 55:8
clearance 8:9
34:5
cleared 51:22
clearing 45:7
clearly 29:16
39:6 45:16
54:15 63:21
74:9 76:18
91:9,14 99:14
100:5 101:7
clinical 5:3 16:6
28:4 37:12
38:6 39:2
66:19 82:3,5
89:8,22 90:2
92:11 111:20
clinically 38:8
clock 70:8
clogged 27:3
clogging 27:5
close 5:23
closer 14:17
closure 81:6
111:14,15
clothes 54:22
55:21 56:4,13
68:15
cognition 72:12
72:18 73:4
cognitive 40:13
44:16 47:5,13
47:20,24 48:2
48:7 52:21
101:7,25

108:18
coincidence
110:24
collapse 62:12
63:7,8 83:10
102:19
collapsed 63:21
63:22 102:22
collapses 91:6
collapsing 91:18
combination
83:19
come 15:8 57:24
107:10,16
comes 43:25
comfort 87:20
coming 108:10
commencing
1:18
comments 10:20
Commission
118:24
common 23:6
26:12 37:22
46:12 49:6,10
85:14,21 92:6
100:8
commonly 22:13
89:9
comorbid 32:2
company 1:10
40:16 119:5
compare 81:19
compared 81:8
comparison
41:25
completed 96:6
completely 33:8
35:6
complex 94:18
complicated
91:18 99:19
complications
59:9 61:14
95:14 99:23
100:13 105:9
component

16:24 26:18
comprise 17:3
conative 108:21
concept 101:13
concern 38:6
46:19
concerned 50:7
56:24 57:21
concerns 50:25
51:16,20
condition 9:7
25:14 31:3,8
32:2,21 38:22
42:21 92:12
conditions 11:6
38:24 47:7
81:9 87:22
98:2 99:24
100:20,23
101:15 105:25
106:3
conference
113:4
confines 68:23
confirm 13:3
112:4 115:19
116:5
confused 58:20
congestion 23:3
congestive 65:7
88:20,24
connect 103:21
104:8,24
connected 105:6
105:11
connecting
104:3
consequence
76:12 88:14
89:12
consider 51:3
80:9,11,13
considered
76:10,12
consistent 53:7
53:9,12,21
54:12,24 55:2

55:4,5,14 91:5
conspired 77:25
conspires 78:3
constantly 76:25
constitutes
118:12
constricting
87:5
constrictive
88:12
construe 104:11
104:13
contact 50:24
contended 73:3
context 51:12,16
Contin 79:15,24
continuing
43:23
continuously
76:9
Contributed
106:5
contributing
32:2 98:2
controlled
106:22,25
convenient
113:6
coordinate
113:6
coordination
48:18
copy 6:22 114:3
coronary 26:9
26:10,22 37:21
47:8 90:19,23
93:3 94:25
95:10 106:11
106:19
corotids 36:23
37:14
correct 6:24
10:13,15 18:4
18:19 22:12
23:8 29:20
34:14,15 35:25
43:2 60:7 67:4

98:7,8,11,23
105:15 106:16
108:15 121:13
correlate 89:7
cost 109:25
counsel 121:16
COUNTY 121:5
COUNTY/CI...
118:5
course 7:2 13:22
26:2 28:13
33:23 36:17
38:7,12 62:13
66:2,13 85:23
90:15 94:9
99:19 103:25
104:14 109:10
111:20
Court 1:2 2:4
cover 6:7 91:20
covering 6:8
covers 65:9
create 46:14
created 11:3
105:24
credible 86:22
critical 46:3
criticism 65:16
criticisms 99:25
cross 6:8 7:15
8:4,21 9:2,12
10:12 32:24
34:7 44:15,22
45:6 47:4,12
52:3 57:17,21
Crudely 27:4
CT 64:18
cumulative
62:15 94:22
111:15
cure 42:15,16
current 114:16
Curriculum
114:17 120:14
cuts 70:17
CV 114:14
cyanosis 33:13

**D**

**D** 120:2
**daily** 39:23 40:5
    41:8 50:14
    53:25 68:10,13
**damage** 42:18
    42:23,24 77:24
    101:16 102:3
**damaged** 42:22
**danger** 33:18
**date** 8:6 9:5,17
    10:3 14:4 28:8
    33:2 57:16
    79:11 92:18
    98:10 113:22
    114:19 115:4
    115:12,24
    117:5 118:10
    119:6,24
**dated** 8:9
**day** 29:3 56:13
    56:14 57:11
    67:17 95:25
    118:7,20
    121:21
**day-to-day**
    27:22
**days** 6:4 56:14
    57:5,6 107:11
    107:23 108:4
**dead** 91:16
    94:14 112:2
**dealt** 94:23
**death** 60:23
    71:14 74:10
    76:16 79:13
    83:3,6,22
    84:17,20 86:2
    86:4 87:16,25
    88:4,21,23
    89:3,4,5,7,20
    89:21,25 90:3
    90:5,10,17
    91:3,4,12,14
    91:20,23 92:7
    92:10,12,15,23
    92:25 93:7,20

94:4,7,25 96:6
96:9,19,25
97:6,21,22
98:2 99:4,5,7
99:18,20,21
100:4,5,7,13
100:14,21,24
103:15,16,21
104:4,11,20,25
105:5,11,22
106:4 113:18
120:12
**debility** 84:9
**decay** 100:13
**deceased** 1:5
**decedent** 97:14
**December** 1:17
    10:6 119:6
**decision** 22:2
    87:18 90:2,9
    90:20
**decision-maki...**
    24:25 90:12
**declare** 60:15
**decline** 40:7
    43:23,25 50:9
    50:11 51:2
    52:2,5 53:24
    56:25 61:18
**declines** 50:12
**deep** 22:24 23:2
    23:12
**deeper** 39:13
    63:20
**defects** 20:10
**Defendant** 1:11
    1:15 2:9
**Defendants'**
    120:9
**defense** 7:2 15:4
    15:11,14
**defer** 60:23
    93:25 94:9
    95:18 96:3
**deficit** 82:7
**definition** 27:18
    38:19 68:12

**degenerative**
    20:11 42:21
**degree** 37:6,20
    73:9
**degrees** 24:4
**delineate** 22:19
**demented** 46:3
**dementia** 20:6
    38:10,13,15,18
    38:20,23 39:3
    40:9,15,20
    41:2,14,15,17
    42:4,17,19,20
    42:22,22 45:11
    45:22 46:5,14
    46:15,25 48:10
    48:23,24,25
    49:4,7,23
    50:18 51:6,24
    52:12,14 56:6
    57:12 59:5,7
    59:10,23 60:5
    60:9,11,17
    61:4,21,22
    83:9 84:3
**demonstrate**
    41:6 52:4
**depend** 55:13
    56:17 103:23
    104:10 105:20
**depending** 54:3
**depends** 27:16
    40:16,22 50:10
    55:10 71:24
    104:5 105:3
    107:13 108:9
    108:10
**depo** 12:11
**Deponent**
    117:14 119:6
**deposition** 1:14
    13:18 14:2
    15:16 19:3
    58:10 92:16
    110:21 112:14
    113:2,12,20
    114:18 115:3,7

115:8,9,10,22
116:11 117:4,9
117:15 118:10
118:13 119:2,6
119:8 120:16
121:10
**depositions**
    14:15,22 15:18
    89:2,19
**depressed** 56:15
**depression**
    53:11,21 54:7
    56:3
**DeRosa** 1:19 3:4
    121:6,24
**describe** 28:22
    98:18
**described** 28:21
    32:17,25 33:4
    63:12
**describing** 49:20
    52:19 72:17
**description**
    48:15 120:9
**desist** 91:25
**detected** 35:6
**deteriorate** 50:6
**deteriorated**
    90:7 104:22
**deteriorating**
    51:18 71:24
    90:20,22
**deterioration**
    39:18 43:20
    44:20 47:14,20
    47:24 48:2,8
    49:12 66:19
    72:4 83:8
    91:10 94:18
    95:3 101:9
    103:14 112:7
**determine** 18:10
    25:22 26:5
    59:11,24
**determined**
    36:25 80:21
**develop** 34:19

34:20 36:24
61:12 65:5
**developed** 16:23
    18:21 58:16,24
    59:6,10,19,25
    62:6 87:6
**developing** 38:8
**develops** 60:18
    73:15 110:7
**devices** 68:5,20
**diagnoses** 52:17
**diagnosis** 47:5
    49:4 50:6
    51:18
**diagnostic** 53:10
**dictated** 28:20
**die** 42:12 100:9
    103:11
**died** 83:15,19,23
    84:2 87:20
    90:21 91:15,24
    92:4,13 94:15
    94:20 95:16
    99:21 103:19
    103:23 104:7,9
    105:8,16
**dies** 88:5 89:11
    92:8 95:6
**difference** 12:4
    29:17 49:11
**different** 11:25
    12:23 21:23
    53:16 58:2
    74:19 76:14
    81:24 96:16
    103:13 106:23
**difficult** 18:10
    31:24 43:17
    49:16 59:11,24
    60:14,15 69:6
    78:10 104:24
**difficulty** 31:2
    39:10
**dinner** 19:16
**direction** 86:12
**disagree** 32:19
    49:5 95:3

99:10 102:18
108:7
**discharge** 63:25
**discharged**
62:25 63:5,14
65:14 66:8
**disclosed** 7:2
**discovered**
71:14
**discussed** 11:5
**discussing** 100:2
**discussion** 12:15
12:16 112:16
112:22 115:13
**disease** 21:2,4,5
21:7,14 22:6,7
22:10,14,16,16
22:19,21,25
23:5,8,17,18
23:24 24:8
25:2,3,8,11
26:3,9,10,22
26:22,24 27:10
27:19 28:3
30:15,17,25
31:17,20 32:12
32:18 34:20,21
35:12,13,14
36:7,18,25
37:18,21,22,25
38:2,3,4,14
44:3,16 47:5,8
47:10,21 48:20
52:6 85:22
88:10,11,13,13
88:14 90:19,22
90:23 93:4
95:10 101:3,4
101:7,24,25
106:7,8,11,14
106:18 108:14
108:18,21,25
109:9 110:9
**diseases** 20:12
81:12
**disorientation**
46:4

**disoriented**
46:12 85:20
**disprove** 85:24
**dispute** 51:10
**distal** 33:10
35:13
**distance** 68:8
**distances** 67:24
68:23
**DISTRICT** 1:2
1:2
**DIVISION** 1:3
**doctor** 13:18
16:19 43:22
59:15 74:16
79:18 92:20
94:20 95:12
96:19 98:6,10
100:4 113:7,24
115:18
**doctors** 57:22
89:9
**document** 92:19
**documentation**
54:20
**documented**
51:21
**documents** 7:4,8
7:9
**doing** 14:5,7,10
14:21 39:10
**door** 19:24,25
69:7
**Doppler** 21:17
21:20 35:6
**Dopplers** 21:22
21:23
**dorsal** 33:9
**dose** 86:15
**dots** 103:21
104:4,5,9,10
104:24
**doubt** 52:2,3
**downstream**
34:21
**Dr** 7:24 9:19
93:7,25 96:5

96:25 97:17
99:11 112:24
113:11,19
114:23 115:6
120:13
**droopiness** 82:8
**drug** 52:25
**drugs** 24:9
**dry** 73:19 74:5
**due** 19:23 38:23
46:3 49:15
52:8 72:6
75:22 76:2
80:22 99:17
102:4 107:18
109:5,8 111:4
111:15 112:6
**duly** 3:3 118:8
**dying** 102:13
**dysfunction**
39:12

E
**E** 2:2,2 3:2
58:12 118:2,2
120:2,7 121:2
121:2
**E-R** 82:21,23
**earlier** 93:18
105:24 109:7
113:13
**early** 20:19
41:25 49:4,23
60:13
**easier** 103:20
104:8
**easily** 105:11
:17,25
5:18 6:2
**easy** 13:11 60:16
**eat** 55:3,21 56:5
56:14,16 83:10
**edema** 33:13
34:2 71:19
88:12,18
**effective** 20:18
24:11
**effort** 75:9,11

78:2,4,6,16
112:7
**eight** 19:21
46:17
**either** 10:22
21:9 24:5,14
45:11 60:12
61:20
**EKG** 47:8
**elderly** 50:13,25
60:17 75:20
85:15
**element** 26:23
**embolus** 84:20
**emerge** 25:20
**emergency** 5:9
**emotional** 112:7
**Empire** 1:10
119:4
**employees** 3:19
3:23
**empty** 6:17
**entered** 119:9
**enters** 86:2
**entire** 76:15
113:11 119:8
**environment**
46:6,10,14
**equally** 52:21
**equals** 102:9
**equipment**
21:20
**era** 24:12
**Errata** 119:2,10
**esophagus** 86:25
87:5
**especially** 75:18
75:19
**Esq** 2:6,11
**essentially** 17:11
**established**
26:24 59:5
**Estate** 1:5
**estimate** 18:6,15
**evaluate** 94:2
**evaluated** 77:2
87:12

**evaluations**
21:17
**event** 94:25
111:12
**events** 75:18
83:9
**eventual** 100:13
**eventually** 42:3
102:11 109:4
110:7
**everybody** 44:18
**evidence** 23:12
27:21 29:14
31:12 35:8
41:6 43:6,14
43:21 44:2
49:2,24 51:4
56:23 64:18
85:11
**evolve** 17:9
**exact** 35:18
**exactly** 9:9
14:12
**exam** 4:12 10:5
43:18 44:7,10
44:11 51:25
57:11
**Examination**
3:7 120:3
**examined** 3:5
**example** 20:16
32:23 39:24
79:9 106:15
**Exclusively**
17:22
**Exhibit** 13:17,24
14:2 92:16
96:20 97:6
113:16,20
114:14,18,21
114:25 115:3,5
115:10,15,22
116:8
**Exhibits** 113:10
**expanded** 24:12
**expect** 31:18
37:4 54:17

95:11
expectancy 11:12,14,18 13:25 115:21 120:11,17
expectation 83:17
expected 34:23
expert 43:8 109:16
Expires 118:24
explanation 77:20 86:5,9 87:8 95:17
explanations 110:7
explore 100:17
extend 10:6
extended 73:22
extender 46:22
extenders 44:25
extends 5:7
external 70:15
extra 69:7
extremities 26:11 27:3 28:21 34:4 35:5,9,22 83:14
extremity 31:14 33:11
Eye 10:2

**F**

F 118:2 121:2
face 68:16
faced 38:9
faces 25:9
facial 82:8
facility 69:17,18 69:21 70:3 73:12
fact 28:18 30:21 35:3 43:7 46:24 54:11 70:2 99:10 101:2 102:5 112:8

factor 111:12
factors 26:9 78:13 81:18
facts 103:13 104:17
fail 34:18 66:15
failed 35:16,19 76:2
fails 35:11
failure 65:7 76:4 88:4,6,7,10,11 88:14,21,24 101:21 104:21 111:16
fair 23:19
faith 47:17
falling 107:24
family 5:22,24 32:24 50:8 51:13,16,17 52:22 72:16,16 72:22 73:3 94:4,13 96:8
family's 72:11
far 8:14 9:9 54:9 54:18,20 67:25 68:8 69:9 101:18 114:24
farther 104:25
fearful 107:24
February 32:23 33:3,17,24 34:7
feeding 61:25
feeling 112:25
feels 75:12
feet 27:25 28:17 29:11 33:7,15
fell 112:20
felt 72:17
femoral 30:5 33:5 34:7,10 34:10,22,24
femorals 35:2
Fevers 38:24
field 57:22
fifties 46:2

Fifty 16:7,8,11 17:19
figure 69:12
file 113:11,17,19 119:3 120:13
final 83:21 94:21
find 12:5,8 13:12
findings 90:4
fine 95:22 110:5
finish 51:15
finished 110:18 113:8
Fink 1:15
fire 1:10 61:7,7 119:5
firms 15:11,12
first 3:3 5:7 39:4 49:7 52:24 56:23 74:10 75:19 93:3
five 6:3 12:23 15:14 39:16
flag 50:7
Flagler 70:24
flat 19:10
flew 19:19
flight 19:17
Floor 1:16
Florida 1:2 2:5 2:10 10:2 15:9 19:11,14 99:15 103:12
flow 22:22 23:3 23:6 28:2 29:18,20,24 31:4,10,11,25 *33:16 35:9,21 36:19 75:7
flub 56:19
fluid 71:19,19 72:3
fluids 72:6
fly 19:14
focus 9:5
focused 92:3
follow 20:12

follow-up 64:18
followed 39:5,6 81:12
following 16:17 110:13 119:9
follows 3:6 58:13
food 72:7 87:12 107:20
foot 27:25
force 45:18 46:8
foregoing 118:9 121:9
forensic 6:19
foreshortened 100:14
forget 39:14,16
forgetful 44:17
Forgetfulness 48:24
forgetting 39:14 54:21 55:3,20 55:21 56:4,4
forgot 7:18 56:13
form 51:2 56:9 57:14 58:19 59:3,22 60:25 75:2 94:6 96:12 102:17 117:11
found 13:19 53:23 54:9 81:23 91:16 94:14
foundation 54:8
four 6:3 12:23
fractured 62:9 64:12
fractures 64:3
fragile 31:23
fragility 79:7
frankly 8:14 9:4 94:11
frequency 47:11 56:10
frequent 21:16

79:21
frequently 45:25 57:23
Friday 6:7
front 8:16 71:7 92:20 114:4
fronts 90:7,21 91:10
full 3:9 9:2 20:24 21:22
full-time 3:22
function 70:4
functional 25:24 39:17,22 40:7 40:23 43:23,24 45:25 47:20 48:5 51:2,17 52:2,5,20 66:12
functioning 44:24,25
further 58:13 97:20 99:3 121:15

**G**

gag 87:10
gained 71:10,13 71:20
gangrene 27:25 58:16,21,25 59:19,25 61:12 71:13 73:18 74:5,7,10,12 76:5 83:11 84:4,11 87:24 90:22 94:19 95:16 110:8 111:7
gaps 77:2
Gary 2:3,6 114:9
gas 61:6
general 25:11,17 53:17 65:5 89:16 101:5
generally 20:8 65:9 87:10

**generated** 11:3
  64:4
**generic** 39:12
  92:12
**genetic** 26:22
**geriatric** 43:24
**getting** 27:3
  34:12 78:15
  80:3 97:17
**give** 12:9,12
  55:7,19 56:5
  62:5 87:19
  96:14 103:18
**given** 20:19
  25:21 37:14
  52:25 53:3
  54:15,17 89:3
  98:3 101:10,11
  104:19
**giving** 31:2
  55:11 56:18
  104:18
**glass** 39:21
**go** 8:14 9:3,7,19
  12:5 47:11,18
  58:4 62:5 65:6
  66:11 68:17
  69:16 70:11
  97:20 105:2
  110:19 112:11
  114:13
**God's** 44:18
**goes** 25:8 37:22
  114:6
**going** 6:18 8:8
  9:8 22:11 61:9
  70:7 76:7
  83:17 94:24
  113:10,23
  114:20 115:14
**good** 7:13 47:17
  57:5,7 94:14
  109:21
**graft** 30:19,22
  34:19,21,24
  35:11,14,16
  75:25 81:6

**110:24**
**grafts** 34:12,13
  35:19 106:12
  109:5 110:2
  111:3,7
**grossly** 46:12
**group** 6:8 7:16
  8:5 9:24 32:24
  44:15
**growth** 74:11
**guess** 7:24
**guy** 95:9
**Gwendola** 1:4
  119:4

———————
**H**

**H** 3:2,2 58:12,12
  120:7
**H-Y-P-E-R**
  82:21
**Haberman** 7:24
**half** 80:6
**hallmark** 49:3
  61:22
**hallmarks** 61:20
**hand** 27:20
  121:21
**handed** 115:17
**handful** 18:23
**handle** 20:21
**happen** 87:6
  111:5
**happened** 46:20
  95:15,24
  106:11
**happens** 44:18
**happy** 12:8
**hard** 17:16
  55:11 57:7
**harder** 87:11
**harm** 101:5
**head** 45:15,18
  46:9
**heading** 96:23
  97:21,22
**heal** 31:20 64:13
  76:20
**healing** 31:24

**64:3**
**health** 11:6
  51:21 52:19
  71:21,24 72:2
**healthy** 33:6
  45:25 55:12
  71:25 91:7
  101:17 102:10
**hear** 61:2
**heard** 87:4
**heart** 22:11,12
  27:2 35:25
  36:11 37:7
  65:4,7 75:22
  81:5,8 82:25
  83:21 84:16
  88:20,24 89:10
  91:15 92:8
  94:16,22 95:5
  95:15,20,25
  106:15 108:15
**help** 29:20,23
**hematoma**
  28:22 45:16
  62:7 64:17
**hemodynamic...**
  36:8 37:15
  64:24
**hemoglobin**
  62:15,22
**hereditary** 26:18
**hereof** 117:6
  118:12
**hereunto** 121:21
**high** 20:13 37:25
  40:20 81:7
**higher** 36:18
  38:3 75:14
**highlighted**
  92:22,24
**highly** 105:5
**Hill** 4:22,23 6:10
**his/her** 118:9
**history** 22:23
  26:21 51:13,16
  55:9,12,20
  56:5,18 100:6

**Hold** 94:5
**holding** 35:23
**holidays** 6:17
**Holy** 7:15 8:3,21
  9:2,12 10:12
  32:24 34:6
  44:14,22 45:6
  47:4,11 52:3
  57:16,21
**home** 3:24,25
  12:7 15:19
  19:21 66:11
  80:12 91:16
  101:10
**hope** 96:17
  112:19
**Hospice** 83:15
  86:2 87:17
  92:5 94:19
  95:6 96:2
  99:22
**hospital** 4:20,23
  4:25 5:4,8,14
  6:13,15 17:5
  65:14,17,20
  66:9 70:24,25
  82:6
**hospitalization**
  62:14 64:25
**hour** 19:8,9,13
  19:24 39:15
**hourly** 19:2
**hours** 6:4 16:4,7
  16:8 17:4 18:5
  18:7 19:18,21
  19:22,25
  103:11,20
  104:7,12
**house** 4:7 21:21
**hundred** 30:9
**hyper** 81:3
  82:23
**hypercoaguable**
  75:17 76:3
  77:21 78:14
  80:19,20 82:21
  82:24 109:5

**110:12 111:11**
  111:19,24
  112:4,8
**hypercoagula...**
  75:23 77:14,18
  78:2,3 79:8
  81:4
**hyperdrive** 52:7
  99:24 105:25
  106:3
**hyperlipidemia**
  26:16
**hypertension**
  26:15,16 47:9
  86:11
**hypocoaguabi...**
  81:2
**hypocoaguable**
  82:20
**hypotensive**
  65:6
**hypotheticals**
  103:19 104:18
**hypoxic** 88:16

———————
**I**

**idea** 29:19
**Ident** 120:9
**identification**
  14:3 92:17
  113:21 114:19
  115:4,11,23
**identify** 6:23,25
**ill** 112:25
**illness** 48:21
**immediate** 83:2
  83:6 86:3 91:3
**immediately**
  65:12 100:9
  103:4
**impact** 24:10
  76:2
**impairment**
  37:19
**impinge** 86:25
**impinging** 87:5
**imply** 33:15
**implying** 62:15

important 69:11
96:22
impossible 86:23
improve 66:7,10
improvement
70:4
improvements
66:14
improving 71:22
72:2
inability 31:20
39:18,19 48:19
55:7,19 56:3
83:9,13 87:9
107:19
inches 69:7
include 40:5,6
47:7 68:14
87:21
includes 106:17
including 15:9
17:5 39:23
46:8 113:7
income 18:20
increase 65:25
71:25 86:15
111:11
increased 75:5,7
75:12 78:2,16
81:11,13,17,19
111:13 112:5,6
increases 75:9
78:5,6,9,14
79:8 81:4
increasing 25:9
independent
67:15 68:4
69:15 70:11
83:18 95:5,13
95:15 101:23
104:21 107:22
108:5
independently
13:14,20 40:19
41:9 50:15
67:11 68:3
73:7,9

indeterminate
42:2 64:8
indicate 30:22
56:6 70:4
97:16
indicated 72:22
110:6 119:10
indicates 77:4
indication 37:12
39:4 40:9,15
49:22 71:21,23
individual 26:4
induced 54:16
109:6
inevitably 42:13
46:13
infarction 89:10
infarcts 81:23
infected 74:8
77:25
infection 74:13
74:18 83:11,13
83:20,20 84:5
84:10 87:14,15
87:23
infections 38:24
84:14,15 87:21
92:5 94:18
107:6
infectious 74:12
74:21
infer 57:10
inflamed 75:13
77:24
inflammation
64:2,6 74:20
77:23 78:19
informant 96:23
97:8,10
information
15:5 40:21
89:16,19,23
92:10 96:22
97:17,23 99:4
informed 18:13
initial 20:7 59:7
initially 16:21

initiate 20:23
injuries 58:2,3
59:7 62:3,5
63:20 98:22
100:10 102:15
102:25 110:15
111:15
injury 45:15
62:10 63:16
64:5 75:21
76:18 78:18
97:22 98:10,13
98:13,16,18
99:4,14 101:5
102:19,20
103:5,7
INR 80:16,23
institution 80:10
80:14
institutional
46:11 59:8
61:6 66:15
institutionalized
80:11
insult 101:13
Insurance 1:10
119:5
integrate 89:15
90:8,10
integrated 89:21
interact 94:3
interchangeably
22:17 38:11
interested
121:18
interfere 48:4
114:7
internal 16:24
17:17
interrupting
51:14
intervention
21:10 22:4
24:6,20 25:10
27:20 31:6
interventional
21:11 24:21

interventions
21:9 32:22
33:19,20
intrinsic 35:13
introductory
16:21
invoice 115:7,9
120:16
invoices 114:22
114:22 115:2
120:15
involved 5:8
19:5 100:12
involvement
28:24 93:14
involving 30:5
ischemia 31:15
84:10,11
ischemic 74:10
82:13
Island 5:20,23
isolated 33:24
isolation 40:17
issue 16:22
issues 16:23 17:9
17:16,21,22,24
62:20

**J**

Jacksonville 1:3
2:10
January 121:22
JIM 1:5
joint 28:24
Jones 1:4,5 23:7
26:6 27:6,9
28:16 29:23
32:14 35:15
41:3 43:5
55:18 58:2,15
59:4,18 73:6
73:15 76:8
77:10 78:21
81:7 93:15,22
94:3 96:7
97:11 100:19
101:19 102:12
103:19 119:4

Jones' 10:22
11:5 72:18
93:20 97:13,18
June 76:21 79:9
79:12 93:19
jurisdiction
118:21
jury 96:18

**K**

Kaplan 9:19
keep 28:7
keeps 40:17
keloid 47:9
kept 100:7
killed 99:17
kind 70:17
91:13 92:6
knees 28:23
knew 36:6
101:10,11
know 6:23 8:14
10:3 11:22
13:14,15 15:25
21:8,15 23:7
24:5 26:20
30:2,10,18
33:25 35:15
38:17,24 41:10
41:14 43:24
50:20 51:11,15
53:15 64:15
68:2,19 70:20
70:23 71:9,12
71:19 72:5
73:6,11,18,20
76:17 78:25
80:4 81:25
82:22 83:22
85:8 86:3
89:23 90:21
91:16,17,18
93:14 94:15
96:4 99:15
100:19 103:12
105:7 106:11
114:6
knowing 56:10

56:11
**known** 75:17
90:23
**knows** 94:11,17

---

**L**

**L-E-N-O-X** 4:22
**labor** 39:11
**lacerations**
28:23
**lacunar** 81:23
**Lakeside** 66:22
68:21 71:5
**lates** 44:6
**law** 99:15
103:12
**lawyers** 15:7,8
18:9
**lead** 36:25 75:14
**leading** 29:14
76:3,3
**lean** 71:17
**leave** 19:16
66:14 112:25
**led** 26:10 84:4
103:15 110:15
**left** 28:22,25
29:2,7 65:20
98:14,16,19,25
113:14
**leg** 74:23
**legs** 31:21 32:9
33:8,13,14,16
34:12 35:25
36:12 37:7
83:11 109:2
**length** 42:2
**Lenox** 4:22 6:9
**let's** 8:12 13:17
15:2 19:15
27:8 34:2 42:4
57:25 62:2
114:14
**level** 25:24 27:21
37:11 40:24
50:16 67:15
69:21,24 87:11
91:9 111:21

**levels** 69:23
75:15 77:16
78:12 95:2
100:12
**life** 11:12,13,18
12:18 13:25
32:6 45:24
46:5 69:15
80:7 83:18
100:12 101:11
102:23 103:4
104:21 105:8
107:22 108:2
115:15,21
120:11,17
**life-threatening**
102:14,19,20
102:25 103:3,5
**lifestyle** 24:14
**likelihood**
111:12
**limitation** 32:5
**limitations**
39:22 40:13
**limited** 24:7
27:13 40:2,25
66:5 69:2,2
73:9
**limiting** 32:6
**line** 100:16
**link** 103:21
**linked** 37:18
**list** 40:20 47:6
47:12 55:17
58:3 62:3,5
68:14 86:22
**listed** 47:19 93:3
102:7 110:21
**listens** 96:18
**lists** 57:15 98:6
**little** 57:25 59:16
76:7,13 89:17
100:17
**live** 41:8 46:10
101:23
**living** 39:23 40:5
41:8 50:15,15

53:25 68:10,13
69:17,21 70:3
73:11 101:22
107:22
**LLC** 2:3
**location** 26:12
98:16
**long** 5:19,23,25
14:5,9 113:9
**look** 11:12 25:21
28:19 32:22
76:24 77:7
91:11 104:17
**looked** 12:20
13:9
**looking** 8:15
11:13 13:15
43:7 47:25
48:6 85:25
97:6 109:18
**looks** 66:25
93:22
**Lord** 7:13
**lose** 45:23 46:10
61:15
**losing** 61:19
109:23
**loss** 39:5,7 43:9
43:16 44:3,4
47:16 49:3,6
49:10,12,13,14
49:19,20 50:3
50:6 51:24
52:13,25 53:7
53:9 54:7,17
56:21 62:15
71:4,18 109:25
**lost** 19:23 70:23
71:9,12,17
**lot** 11:25 44:18
49:18 55:10
56:18 76:6
82:14
**lower** 26:11
31:14 33:11
34:4 35:5,9,21
83:14

**lucky** 108:3
**lumped** 106:8
**lung** 62:12 63:7
63:8,21,22
102:19,22

---

**M**

**M.D** 1:14 3:1,2
4:1 5:1 6:1 7:1
8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
58:12 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1
101:1 102:1
103:1 104:1
105:1 106:1
107:1 108:1
109:1 110:1
111:1 112:1
113:1 114:1

115:1 117:4
118:8,16 119:6
119:25 121:11
**magnified**
101:16
**maintain** 25:24
68:9
**major** 28:18
29:14 46:19
52:20 56:25
75:4,18,19
101:20
**majority** 18:24
21:13
**making** 90:9
**male** 11:21
101:17
**malignancy**
101:20
**malnourished**
71:16
**malnutrition**
79:7 83:10,20
84:6,7 112:8
**malpractice**
20:3
**man** 40:18 49:22
52:22 91:9
92:13 94:12
**man's** 99:19
**manage** 21:6
**managed** 101:22
**management**
21:15
**manner** 99:4,7
**manual** 39:10
**Marine** 1:10
119:5
**mark** 113:10
114:14,21
115:15 116:7
**marked** 53:2
92:16 96:20
113:20 114:17
115:2,10,22
**mass** 71:17,25
**massive** 66:19

83:8,12
**matches** 13:12
**matter** 105:14
  105:16 117:5
  118:10 119:8
**matters** 68:11
**maximum** 33:14
  35:7
**meal** 56:16
**meals** 68:17
**mean** 7:7 9:8
  27:16 29:16
  33:17 39:13
  42:11 65:3
  74:9 85:8
  87:12 91:12
  99:20 100:3,4
**Meaning** 38:21
  78:8
**meaningful**
  101:8
**means** 33:7 65:4
  85:19 87:19
  89:23
**measure** 108:11
  111:18
**measured** 83:8
**medical** 4:9 7:16
  8:5 9:7,11,13
  11:9,14 20:3
  21:14 24:7
  25:13 26:21
  31:8 32:24
  38:22,23 44:15
  44:23 47:6,13
  47:19 48:7
  49:18,21 50:17
  51:5 52:13
  53:19 54:19
  55:8,12,19
  56:5,18 57:16
  57:18 75:24
  79:2 80:10,13
  87:22 89:6
  91:11 95:7,19
  99:23 100:6
  101:19,21

102:6 103:13
103:25 109:13
109:16,17,18
109:19,21,25
110:6,23
111:14
**medical/legal**
  14:6,10,22
  18:6,21 20:3
**medication**
  20:22 24:3
**medications**
  20:17 24:15
**medicine** 16:24
  17:18 101:12
  107:3
**meet** 19:15
**memory** 20:10
  39:5,6,11 43:9
  43:15 44:3,4
  47:16,20 49:3
  49:6,9,12,13
  49:14,19,20
  50:3,3,6 51:24
  52:12,25 53:6
  53:9 54:6,16
  56:2,17,21
  70:22 72:22
**mental** 45:19
  48:3 50:9,11
  50:12
**mentally** 84:9
**mention** 48:9,12
  48:15,20,22
  51:23 57:17
  79:20
**mentioned** 7:25
  64:23 68:13
  73:21 103:7
  106:6 109:6
**mentioning**
  49:17
**MIDDLE** 1:2
**mild** 101:6,25
  108:18
**milk** 39:21
**milligrams**

79:24
**mind** 12:11
  46:24
**mine** 96:16,17
**mini** 82:14
**minute** 12:14
  62:2
**minutes** 39:16
**missed** 19:18
  55:13 77:6,8
  83:24
**misstated**
  114:10
**mobility** 65:25
  66:8,17 69:3
**mobilize** 69:14
**modern** 107:3
**modification**
  108:2
**moment** 83:21
  91:3 92:4
  103:7
**Monday** 6:6
**month** 8:10
  79:13
**months** 31:13
  67:2 71:5
  105:13
**mood** 43:19
  44:13 46:23
  53:14
**morning** 94:14
**morphed** 18:2
**morphine** 79:10
  79:15
**motor** 28:9
  96:10 99:17
  100:11 101:14
  103:9,16
**mouth** 16:2
**move** 52:9 59:12
  61:10
**moved** 5:22,24
**multiple** 44:23
  46:8 50:24
  59:9 84:15
  90:7,20 91:10

95:2,7,13
99:23 100:12
105:9 110:14
111:10
**Murray** 97:11
  97:13
**muscle** 107:18
**myocardial**
  89:10

___

**N**

N 2:2 117:2
  120:2
**N-O-R-C-O**
  79:16
**name** 3:9 4:19
  8:4 9:24 15:25
  119:10
**narcotic** 62:19
**narcotics** 75:6
  77:11 78:22,24
  79:3,20,22
**narratives** 10:25
**narrowly** 92:2
**natural** 25:22
  99:5,8,21
  109:9 110:10
  111:4
**nature** 22:19
  25:6 31:17
  42:6 50:10
**necessity** 108:12
**need** 10:18
  12:11 21:8,14
  24:20 25:21
  51:11 113:15
  114:10
**needed** 31:5
  77:11 78:21
  112:25
**needing** 25:9
**neither** 121:16
**nervous** 36:19
  37:23
**neurologic** 20:11
  43:18 44:3,20
  47:21 48:16,20
  51:25 56:25

61:18 101:9
**neurological**
  42:21 44:6,10
  52:20 82:7
**neurologist** 20:8
  20:14,21,25
**neuropsychol...**
  20:9
**never** 59:5 66:12
  66:14 67:10
  84:25 86:3
  100:11 101:10
  102:7,12 105:7
  107:5
**new** 1:17,17,20
  3:5,17,18 4:23
  5:24 10:5
  15:19 18:14
  82:7 101:13
  121:3,5,8
**night** 19:22
  107:21
**non-clinically**
  37:2
**non-infectious**
  74:21
**nonspecific**
  55:16 85:23
**Norco** 79:16
**normal** 31:11
  33:8 35:21
  44:6,9 45:24
  51:25 57:11
  62:23 85:6,19
**normally** 46:10
**Notary** 1:19 3:4
  118:24 121:7
**notation** 44:19
**note** 28:19 32:23
  33:24 45:5
  46:18 47:4,22
  47:22 48:2
  51:23 53:13,19
  57:9,10,15
  72:20,22 79:20
  114:4
**noted** 76:18,21

88:15
**notes** 28:19
44:14 47:4
52:22 53:15
72:24 76:25
77:8 93:18
113:25 121:14
**noting** 77:2
**November** 64:19
67:2 76:23
77:5
**number** 15:12
18:13 38:23
93:23
**numbers** 71:7
**nurse** 107:10
108:5,9
**nursing** 66:22
68:21 70:8
71:6

——————
**O**
**O** 117:2
**o'clock** 1:18
19:17 116:10
**Objecting** 94:6
**objection** 56:8
57:13 58:18,23
59:2,22 60:24
72:8 74:25
96:11 102:16
105:18
**objective** 111:18
**obscure** 86:22
**obstruction** 31:7
**obstructions**
25:7 37:3
**obstructive**
22:25
**obviously** 24:22
96:7 100:20
104:15
**occurred** 98:18
**office** 3:14 4:2
5:4,10,12,13
5:17,19 6:5
16:11 19:16,20
21:17

**offices** 1:15
**Okay** 5:21 7:7
8:20 9:21 10:8
10:21 11:13,22
13:17 14:9,18
18:5 26:13
62:6,8,21
66:21 74:22
78:20 83:5
106:13 108:8
**old** 11:19,20
18:11 40:18
43:12 81:23
94:12 101:17
101:19 102:6
**older** 20:10
31:23 50:11
**olds** 54:5
**once** 45:23 46:7
46:9 86:2
87:17
**ones** 17:15 28:18
50:22
**oneself** 39:19
40:8
**ongoing** 42:25
75:20 77:22
**onset** 83:12,13
**open** 18:16
39:20 70:17
**operation** 27:18
28:5 29:13
**ophthalmologi...**
9:23
**ophthalmology**
9:25 10:10
**opine** 96:9
**opinion** 84:2
96:4,15 103:13
109:17 110:16
**opinions** 7:2
89:20 96:13,16
100:16,18
104:19
**opportunity**
94:2 96:14
**opposed** 61:3

103:15 108:11
**opposite** 54:15
**organ** 101:20
**orientation**
45:23 46:19
**oriented** 43:18
44:11,13 45:4
45:9 46:22
**original** 7:18
119:11
**orthopedic** 40:2
40:13
**outcome** 121:19
**outflow** 23:18
**outlined** 111:9
111:16
**outside** 67:11
68:18 69:4,6
**overall** 51:17
76:2
**overwhelmed**
99:22

——————
**P**
**P** 2:2,2 117:2
**P.A** 2:8
**page** 8:12
113:17 114:4,7
114:25 117:6
118:11 120:3,9
**pain** 32:9 62:20
64:4 75:4,12
75:20 77:11,15
77:22 78:14,21
79:10,15 91:16
94:13 107:6
111:21 112:6
**painful** 77:25
**Pardon** 33:3
**parent** 50:13
**parents** 96:21,22
97:8
**part** 7:18 24:5
24:12,13,24
34:4 48:21
52:9 59:13
89:6,14 97:25
98:4

**part-time** 3:22
3:23
**partial** 62:11
63:9,10
**Partially** 80:15
**parties** 58:11
112:15
**parts** 106:23
**party** 121:17
**passive** 23:3
**path** 26:5 85:20
**patient** 10:5
20:13,15 22:2
23:22 24:2,16
24:25 25:8
33:12 40:23
75:3 91:18
94:17 96:7
112:5
**patient's** 25:21
40:22 92:11
**patients** 4:3 6:2
6:9,14 16:12
16:13,15,20
17:8,19,25
20:5,17 21:4
21:13 25:24
26:4 31:23
32:5 41:16
46:2 54:9
75:20
**patterns** 25:20
**PCP's** 45:2
**pedal** 33:9
**pending** 14:2
120:11
**people** 20:9
33:20 38:22
40:11 44:17,19
45:21 46:12
49:18 50:11,24
55:11,12 56:18
60:17 81:8
82:15 85:21
**percent** 5:8,10
5:12,13,17
15:8,11,12,14

15:15 16:11,15
16:19,22 17:2
17:3,3,8,14,19
17:23 18:22,24
18:25 20:4
30:10 38:15
40:11 41:15,20
60:9,11
**percentage**
17:17 18:20
20:2
**percentages**
17:2
**perception**
72:11
**percutaneous**
21:9
**perfectly** 90:19
92:13 94:11
95:7
**perform** 48:19
75:5 78:6
**performed**
15:18
**performing**
50:14
**period** 68:6,7
93:23
**periods** 31:9
**peripheral** 21:3
21:5,6,14,18
22:6,7,9,15,16
22:20 23:5,8
23:17,17,23
24:7 25:2
26:21,23 27:10
28:3 30:4,15
30:24 31:19
32:12,18 33:5
33:25 34:20
35:12 36:18
37:18,23 38:2
38:3 47:25
61:13 75:25
101:3 106:7,17
106:19 108:14
108:24 110:8

permanent 82:7
  82:9
person 23:5
  42:25 43:19
  46:7 60:18
  81:17 85:23
  90:6 91:5,15
  102:10
Personal 1:5
personally 118:7
phase 74:11
phenomenon
  43:24
phrased 66:5
phrasing 27:13
physical 40:12
  58:3 67:12
  112:6
physically 84:10
physician 4:24
  16:5 17:10,20
  32:17 44:25
  46:21 55:8,20
  91:23 93:6,12
  93:17
physicians 4:14
  10:2 11:7
  49:17 60:21
pick 53:15
picked 61:3
place 43:19
  117:5 118:11
  121:12
placed 79:6
places 9:14
plaintiff 15:4,12
  15:16
Plaintiffs 1:6 2:4
plantlet 80:22
  111:25
played 100:20
  100:23
please 3:10
plus 33:4 35:5,5
  35:7 77:22
  79:15 102:9
  107:6

pneumonia
  84:13 87:16
  88:19 90:23
  94:19 95:16
pneumothorax
  103:5
point 6:15 10:21
  18:9 33:19
  35:21 38:5
  47:2 60:5
  64:10,13 66:11
  72:19 73:14
  83:16 92:6
  107:4,9,10
points 50:24
poor 82:16
position 95:12
  96:9
possible 18:16
  37:9,16 61:5,8
  104:16
Possibly 26:20
post 7:10 38:25
  59:9 61:18
Post-it 113:25
post-traumatic
  60:11 61:4
posterior 33:9
potential 22:3
  104:11 106:10
potentially
  101:25 108:18
practice 3:21
  4:15,16 5:3,11
  5:12,23 9:25
  16:11,20 32:24
  52:22
practices 6:8
practicing 16:5
pre-accident
  66:13
pre-admission
  7:13
pre-death 89:7
pre-op 8:9 34:5
precursor 46:5
predate 7:16

predisposed
  101:4,9
premorbid 81:9
  100:20,23
  101:15
prepare 56:16
  107:20
preparing 68:17
prescribe 20:20
  24:15,17,19
prescribed
  54:12 55:21,23
prescription
  20:24
presence 74:7
present 20:10
  58:11 112:15
presentation
  54:18
presumably
  84:4 94:3
presurgical
  29:17
pretty 6:6 44:7
  46:17 49:15
  73:15
prevention
  21:15
previous 47:10
primarily 9:8
  23:15
primary 16:13
  16:19,21 17:10
  17:15,20 18:2
  47:23 48:20
  49:16 52:17,19
  62:18 88:7
  94:25 103:16
print 8:11,18
printed 8:12,13
  8:17,24,25
  9:18 80:5
prior 8:10 31:13
  67:16 89:2
  105:25
probably 12:7
  13:16 14:17,20

14:25 23:10
  26:18 38:18
  41:18 64:11
  72:25 82:25
  93:21 113:3
  116:7
problem 23:13
  47:13,19 49:18
  56:12 57:18
  62:18 73:16
  84:3 107:18
problems 40:2
  42:12 44:23
  47:7 48:16,18
  50:4 56:2
  57:16 62:19
  83:14 87:19
  89:13 92:5
  95:7 101:19,21
  102:6
procedural
  24:14
procedure 32:7
procedures
  30:11
process 24:25
  41:22 64:3
  94:21
processes 39:8
proclivity 45:22
  46:16
production 76:5
profound 89:13
progress 39:13
  41:23 57:4
progresses 39:7
progression 21:2
  26:4 87:21
  109:9 110:11
  111:4
progressive 25:3
  25:22,23 42:6
  44:2,20 48:25
  49:12 56:12,25
  59:4,6,10 60:5
  61:17 91:10
  101:7

progressively
  25:7
pronounce 86:6
prostate 47:10
prove 85:24
provide 12:8
  15:5 94:10
  96:14,15 100:6
provider 16:13
  95:4
providers 47:23
  48:21 51:21
  52:19
providing 15:21
provocative
  46:14
provoking 91:3
PT 80:23
PTT 80:24
Public 1:20 3:4
  118:24 121:8
pull 79:5 80:4
pulmonary
  84:20 87:15
  88:12,18 91:25
pulsation 33:8
  35:4,7
pulsations 21:18
  33:14 34:23
pulse 21:23
pulses 21:16,24
  33:4,5,6,10,25
  34:7 109:22
pure 16:12
put 55:17 61:25
  83:15 91:2
  95:22,22,23
  98:11 114:3
putting 40:19
  113:15
PVD 23:23 24:2
  24:16 25:11
  26:7,14 30:23
  110:11 111:4

Q

qualified 22:21
qualifier 108:20

quarrel 91:22
question 27:7,12
  31:2 44:8
  50:13 51:19
  59:3,17 66:4
  74:4 76:13
  83:25 89:17
  93:9 105:19
questions 6:19
  7:21 53:6,17
  113:9
quite 8:13 9:4
  36:3 94:11

**R**

r 2:2 3:2,2 58:12
  58:12 80:23
  118:2 121:2
radical 26:2
radiologist
  24:21
radiologists
  21:11
raging 61:7
raise 77:16
  78:11
ramp 34:25
random 53:18
  95:25
range 8:6 9:17
  10:3
rapid 83:12
rapidly 25:23
  42:3 52:5
rate 19:10,24
  25:22
rates 19:2
reaches 43:25
reaction 46:6
read 52:22 91:4
  112:17 117:14
  119:8,9
ready 107:21
real 92:9
realistic 83:16
realize 91:13
really 24:11
  25:21 43:16

113:8
reason 26:6,8,13
  32:19 51:10
  61:3 86:22
  91:14 102:7
  109:12
reasonable
  56:20 75:24
  84:25 85:4
  86:21 90:19,24
  91:2 108:2,11
  109:13,17,21
  109:24 110:5
  110:23 111:14
reasoning 39:8
reasons 5:22
  15:13 35:11
  38:13 54:4
  56:11 94:10
  95:4 96:14,15
  96:17 100:7
  104:20 105:15
  110:20 111:9
  119:9
recall 8:18,25
  9:9 30:6,20
  35:18 41:5
  51:8 69:25
  70:19 71:3,11
  71:15,17 74:6
  80:17 93:16,21
receive 9:13
received 7:14,23
  8:3 9:11 10:9
recess 58:8
  112:10,12
recollection 7:8
reconcile 49:16
  60:14
record 3:10
  12:13,15,17
  19:2 33:21
  34:6 48:7
  49:25 52:13
  72:11 77:4
  79:17 89:6,14
  112:16,22

114:5 115:13
  119:9
records 6:23 7:4
  7:14,16,23 8:3
  8:7,21 9:2,8,11
  9:12,13,22,23
  9:25 10:9,10
  10:12,17 47:12
  49:21 50:17,20
  51:5 72:16
  79:2,5 80:5
  91:12 95:19
  114:2
recover 104:21
  111:16
recovered 102:8
recovering
  102:13
recovery 82:17
recreational
  68:18
recurred 107:6
red 50:7
redirected 33:7
reduced 31:25
  117:10
reducing 24:10
reduction 31:10
  35:8 36:20
  62:14
refer 20:8,21
  24:16,18,22
reference 92:6
  99:11 103:6
references 72:10
  72:15
referral 17:24
referred 16:16
  22:3 74:16
  93:18 113:13
referring 33:22
  45:6 50:21
  72:14,15 79:17
reflect 90:3
reflected 45:18
reflecting 46:19
reflection 42:20

42:23 47:22
reflects 92:11
reflex 87:11
refrigerator
  39:20
regain 66:12
  67:16 83:17
regained 67:10
regardless
  100:24
rehab 65:21
  66:8,17,21,22
  67:6 68:21
  69:12,17
reinforced 10:20
related 16:23
  29:2 38:21
  49:11 76:18
  102:2 104:13
  104:15,20
  107:7 121:16
relationship
  17:25 97:13
  99:16 103:8,10
  104:3
relationships
  21:10
relatively 101:23
released 65:17
relied 89:3,19
relook 30:10
rely 89:23,24
  90:8
relying 89:13
  115:18
remain 46:11
remaining 15:20
remains 82:9
remedied 31:8
  31:10
remember 8:23
  9:4 12:6 53:13
  72:20
repair 25:14
repaired 31:16
repairs 31:15
  35:22

repeat 28:8
repeated 34:2
repeatedly 57:20
report 6:21,23
  7:5,9,19,22,24
  9:12 10:9,18
  10:20 34:3
  43:7,9 58:4
  62:4 100:3
  110:21
reported 52:3
reporter 1:19
  117:10 119:7
  121:7
Reporting 1:15
represent 56:22
Representative
  1:5
request 119:9
requested 117:9
require 24:5
  25:14 32:7
  50:16 95:17
required 27:19
  28:5 30:25
requirements
  62:19
requires 75:6
requiring 33:19
  62:16
reschedule
  113:3,4
research 11:9,15
resolve 18:14
  63:4,24 64:7
  64:10
resolved 18:12
  18:17 63:13
  64:9,21
resources 108:3
respect 52:9
  89:25
respiratory 88:4
  88:6,7,10,11
  88:13
responsive 52:10
  59:14

**restored** 106:25
**restoring** 31:11
**restricted** 27:22
**result** 68:21
  121:18
**resulting** 62:11
  98:3
**resume** 46:5
**resumed** 58:10
  58:13 112:14
**return** 23:11
  69:14
**returned** 100:11
  101:10 105:7
**returning** 22:11
**review** 19:3,8
  20:24
**reviewed** 6:24
  7:4 9:3 15:6,10
  15:21
**ribs** 62:9 63:21
  64:12 102:20
  102:22
**right** 5:5 6:20
  7:3,11,13,20
  9:10 14:14
  17:6,23 23:24
  30:16 36:21,23
  40:4 53:11
  55:24 57:24
  62:6,9,10,12
  63:3,7,8,17
  64:6,17 66:23
  68:19 73:22,25
  76:8,11,15
  82:11,11 92:9
  92:20 99:3
  108:13,25
  109:22 110:4
  114:4
**risk** 20:13 25:9
  26:9 36:19
  37:25 38:4,7
  81:5,8,11,13
  81:18,19 86:15
  111:13
**risks** 38:9

**Riverside** 2:9
**Robert** 19:15
  115:16
**Roberts** 2:3,6
  12:9,12,13,17
  12:21 13:5,10
  13:15,20 15:23
  56:8 57:13
  58:18,22 59:2
  59:21 60:24
  72:8 74:25
  94:5 96:11
  102:16 105:18
  110:17 113:5
  114:12 116:2
**role** 17:13 18:3
  100:21,24
**room** 4:12 5:10
  68:23,25 69:4
  69:6 88:16
**Roughly** 32:11
**rule** 84:16,19,23
  85:3 86:18
  87:13,15,23
  88:3,23 109:11
  111:6
**rules** 46:24

──────── **S** ────────
**S** 2:2 3:2 58:12
  120:7
**SAALFIELD**
  2:8
**safety** 108:11
**sake** 44:18
**Salem** 2:4
**saw** 9:8 93:22
**saying** 12:22
  44:9 47:3
  52:11 63:18
  69:5 80:25
  82:19,23,24
  103:9 106:24
**says** 23:4 46:22
  49:25 50:2
  51:25 94:7
  97:8,25 99:15
**scale** 35:4

**scan** 64:19
**scans** 36:9
**schedule** 19:14
**second** 74:11
  97:3
**Secondary**
  62:19
**secretary** 28:24
**section** 96:20
  97:7 98:10,22
**Security** 12:18
  12:25
**see** 4:3 8:12
  17:21 33:21
  34:2 46:12
  47:25 52:12
  53:6 68:7
  72:10,24 76:25
  77:8 91:9,12
  92:22 94:2
  96:23 97:8,23
  98:4 100:8,15
**seeing** 5:25 6:15
  109:23
**seen** 7:4,12 9:4
  10:25 45:24
  57:20
**self** 41:7 68:10
  69:10 83:13
  107:4,9,10,15
  107:19
**send** 20:14
**sense** 96:2
**sent** 13:7,10,15
  116:3
**separate** 4:2,6
  4:12 106:9,14
**separately** 87:14
**September** 7:10
  9:19 27:11
  28:10 67:2
**Services** 1:16
**set** 6:4 117:5
  118:11 121:21
**sets** 10:8
**setting** 90:6
**seven** 44:5 46:17

  47:18
**severe** 27:10,17
  28:4,6 30:23
  30:24 31:6,9
  31:19 32:8,18
  33:18
**SHAD** 2:8
**shape** 94:14
**shave** 39:19
**Sheet** 119:2,10
**shop** 39:20
  107:20
**shopping** 68:17
**short** 39:6,11
  58:6,8 65:15
  67:24 68:6,7,7
  68:23 100:7
  112:10,12
**shorthand** 1:19
  121:6,14
**shot** 113:9
**show** 95:19
  103:14
**shower** 39:19,25
  40:8,18 41:3
  41:11 56:3
**showering** 40:3
  40:12,25 54:2
  54:6 68:16
**showing** 52:25
**shut** 110:24
  111:3,7
**side** 20:22 62:9
  62:11 63:17
  64:6
**sign** 72:4 112:18
  117:14
**SIGNATURE**
  119:24
**signed** 93:6,12
  100:5 119:10
**significant** 27:19
  31:14 36:8
  37:2,15 38:6
  43:20 44:15
  45:17 48:3
  73:15 98:2

  100:25
**signs** 39:2 48:22
**simple** 26:25
  27:13 31:2
  59:17 66:5
  95:19
**simplest** 99:20
**single** 16:24
**singular** 36:22
**sir** 5:16 6:25
**sitting** 114:8
**six** 15:9 18:7
**Sixth** 1:16
**sixties** 46:2
**Sixty** 38:15
**size** 45:17
**skin** 21:15,24
  31:24 47:9
  63:19
**slippage** 107:24
**slow** 43:22,24
**slowly** 41:23,23
  41:24 91:18
**small** 28:22
  63:12,13
**smoldering** 61:7
**snapshot** 107:14
**social** 12:18,24
  48:5
**soft** 62:10 63:16
  63:19 64:5
  74:20 75:21
  77:23 78:18
**sole** 89:24
**solo** 3:21 4:16
**somebody** 22:23
**someone's** 89:11
**somewhat** 70:10
  102:2
**son** 43:21 52:2
  97:14,18
**sores** 28:16
  70:18
**sorry** 4:17 82:22
  96:22
**sorts** 45:19
**sounds** 12:17

43:13 89:24
106:13 107:25
**source** 12:6
34:11 89:24
**specific** 22:19
39:6 51:20
53:5 54:4
60:18 71:15
89:18 90:25
**specifically**
22:18 41:12
109:2
**specifics** 56:11
69:25
**speeds** 46:13
**spell** 43:10
**spend** 80:6
**spoke** 10:10
**spontaneous**
111:13
**ss** 121:4
**stable** 46:17
64:24 65:13
**stack** 114:6
**stage** 39:9 61:23
61:24 74:10
**stages** 20:7
41:25 61:20
**staircase** 91:6
**stands** 73:11
**start** 9:5 39:13
97:5
**started** 47:16
**starts** 39:11
**state** 1:20 3:5,9
15:19 76:3
77:21 78:14
80:19 82:20,25
89:8 103:12
109:6 110:12
118:4 121:3,8
**stated** 90:17
**statement** 52:18
93:10
**states** 1:2 15:7,9
15:17,20,20
118:8

**status** 21:24
28:4 40:23
45:19 66:12,16
**stay** 32:21
**Stenotype** 1:19
121:7
**step-down** 5:9
**sticker** 113:16
**sticky** 113:25
**stoke** 81:5
**Stone** 2:11 3:8
13:2,6,23 52:8
58:14 59:12
61:9 112:19,23
113:23 114:13
114:20 115:5
115:14 116:6
120:4
**Street** 1:16 3:17
3:25 5:18
**stress** 111:21
112:7
**stresses** 109:24
110:14,22
**stressors** 109:6
111:10
**strike** 52:9 59:13
61:10
**stroke** 81:14,21
81:24 82:2,3,5
82:10,12,14,17
82:18 83:2,21
**strokes** 36:25
75:22
**strong** 33:16,25
52:18
**structural** 15:13
101:24
**struggling** 75:5
**studied** 38:5
**studies** 37:17
112:2
**stunned** 71:2
**stunning** 44:5
**subdural** 45:16
62:7 64:17
**subgroup** 54:5

**submitted**
114:23
**SUBSCRIBED**
118:18
**subset** 22:7
**substance** 38:25
**successful** 31:15
33:20 62:22
66:3
**suffer** 65:4
75:22
**suffered** 102:4
**suffering** 31:14
102:13
**suggest** 48:7
50:18 51:6,9
**sum** 35:22
**summaries** 11:2
**super** 74:11
**supplement**
10:18
**support** 67:11
89:20
**sure** 16:3 30:10
45:12 58:7
72:13
**surface** 107:25
**surgeon** 24:19
24:22
**surgeons** 21:12
**surgeries** 30:6
**surgery** 8:9 10:7
21:9 29:19,23
30:5,8,19,22
35:18,20 45:8
51:23 74:23
**surgical** 27:19
29:17 30:12
**surrounding**
77:8
**suspicion** 84:25
**swallow** 61:16
61:19 87:9,12
**sworn** 3:3 118:8
118:18
**symptom** 32:4
49:7

**symptoms** 21:25
39:3 48:23
57:2
**synergistic**
102:9
**synergy** 101:13
**system** 36:19
37:23 65:11

———————

**T**

**T** 2:11 117:2
118:2,2 120:7
121:2,2
**table** 11:17,22
12:6 13:7,10
13:11,13,15,16
13:18,19,20,25
115:16,21
120:11,17
**tables** 11:12,14
12:2,4,18 13:9
**tabs** 113:25
**take** 15:3 54:4
57:9 62:4
95:12
**taken** 1:14 58:9
107:4 112:13
117:4,9 118:10
119:8 121:11
**talk** 23:16 42:5
57:25 62:2
**talked** 10:22
105:24
**talking** 21:8
22:22 23:18
28:9,12 30:14
41:13 70:15
88:6 109:2
110:4
**Tallahassee** 2:5
**tasks** 48:19
**tease** 17:16
**technically**
89:11 92:3
**TED** 8:9
**teeth** 68:16
**tell** 8:15 35:19
40:17 74:8

80:18 88:9
108:24 109:2
111:19,24
**telling** 52:21
**tells** 103:25
**temporal** 104:2
**temporary**
56:15 82:10
**ten** 5:13 15:20
105:13 111:12
**term** 28:11 39:6
39:11 41:24
65:15 73:11
74:18 82:16
**terminal** 42:10
42:13,14
**terms** 21:7 22:6
27:2,20 38:10
48:6 56:17
66:16
**test** 111:23
112:4
**testified** 3:6
58:13
**testify** 19:11
**testimony** 15:14
15:15,21 19:3
19:9 28:15
76:8,14 94:21
95:24
**tests** 80:21
**Thank** 112:21
**therapy** 67:12
**thereof** 121:19
**thing** 11:11
33:25 74:17
93:3 105:6
**things** 83:23
84:8 102:24
105:23 108:19
**think** 7:24 9:7
10:17 11:11
12:3,24 13:10
14:15,23 16:25
29:12 30:11
37:13,21 49:6
52:16 54:14,19

59:4,9 64:20
64:23 68:6,13
68:22 69:22
72:21 73:8
76:11 80:2
83:7 86:2
88:15 89:5
92:2 93:18
94:15 95:24
96:5 100:25
101:2,11,11,24
102:3,5,8
104:2,5,23
105:5 109:4
113:14
**thinks** 95:12
**third** 96:21 97:7
**Thirty** 14:11
**Thomas** 1:4
119:4
**thought** 47:18
109:20
**threatening**
102:23
**three** 3:23 10:8
19:18 43:11
44:11,13 45:5
45:10 46:23
69:7 83:23
84:7 102:9
104:9,14
105:16,21
107:11,23
108:4,19
114:21,22,25
**three-page**
115:15
**threshold** 69:8
**thriving** 107:3,8
107:9
**thrombose**
109:8
**thrombosed**
109:5,12
**thrombosis**
22:24 23:2,13
**Thursday** 1:17

**TIA** 82:11
**tibial** 33:9
**tie** 105:10
**time** 5:13 11:7
22:3 25:12,16
27:3 28:6 31:4
31:5,24 35:20
42:8,18 43:19
44:10 46:23
52:24 55:11
56:23 60:22
62:4 63:4,24
71:13 75:9,10
75:11,12 76:15
76:16 77:15
93:19 96:7
98:13 99:16
103:8,10,24
104:25 109:22
113:6 115:20
117:5 118:11
121:11
**timeframe** 53:19
**timeframes**
53:16
**times** 33:18
44:11,13 45:5
45:9 74:17
90:5 93:23
111:13
**Tina** 1:18 3:4
121:6,24
**tissue** 28:2 62:10
63:16,20 64:5
71:25 74:10,20
75:21 77:24
78:18 79:7
**title** 117:6
118:11
**today** 8:22 12:11
14:7 19:7
23:16 28:9
115:8
**toes** 58:17,21,25
59:20 60:2
73:16 87:24
110:9

**told** 18:18 43:22
94:13
**tolerated** 101:18
**top** 113:16
**tor** 86:6
**tortuous** 85:13
85:14,16,18
86:7,8,9,13,24
87:3,4
**total** 71:18
**totally** 33:6
**trace** 35:5
**track** 20:25
21:23,24,25
**traits** 54:8
**transcript**
117:14 118:9
118:12 119:8
119:11
**transcription**
121:13
**transfer** 67:18
**transferred** 70:3
**transfusion**
62:16,21
**transient** 82:13
**trauma** 28:25
45:13,18 46:8
46:8 75:19
**traumatic** 75:4
75:18
**travel** 19:11
**traveled** 15:17
**traveling** 15:19
**treat** 17:10 20:5
20:7 21:4 24:7
87:14,18
**treated** 24:3
43:10 44:21
45:25
**treating** 11:6
60:21
**treatment** 21:7
30:25
**trial** 15:16 19:3
19:23 43:13
**trials** 14:18,25

15:18
**tried** 78:8
**trouble** 40:11
54:6
**true** 44:3 89:11
118:12 121:12
**try** 65:25
**trying** 78:15
**tube** 61:25
**turns** 61:7
**Twenty-five**
16:15
**two** 8:25 9:5
14:14,18 33:4
35:5,7,10
36:16 66:25
71:5 110:7
**typewritten**
117:11
**typically** 20:20
25:5,6,15
41:23 42:6

---

**U**

**U** 3:2 58:12
**ulceration** 21:16
**ulcerations**
27:24 28:17
29:10
**umbrella** 106:18
**unable** 67:14,16
68:2
**uncomfortable**
107:24
**undergoes** 46:7
75:3
**undergone**
27:17 111:22
**underlying** 98:3
101:23
**understand** 7:3
16:10 25:19
45:12
**understanding**
22:5 23:6
29:22 65:19
69:20 100:15
111:21

**understood**
16:25
**underwent**
109:24 110:22
**unincorporated**
4:18
**unit** 5:9 46:3,4
**UNITED** 1:2
**units** 5:9
**Unquestionably**
31:5,23
**unrelated** 95:2
95:16,25
**unresponsive**
61:10
**urinary** 47:11
**urine** 62:13 63:4
**Urology** 9:15,22
10:11
**use** 13:7,11
22:15 28:11
38:10 89:15
**uses** 75:11
**usually** 22:18,23
22:24 23:2,4
36:24 41:25
57:4 74:12
87:2,10

---

**V**

**V-O-R-B-E-S**
93:8
**vague** 90:6
91:13
**various** 69:22
**varying** 25:20
46:13
**vascular** 21:7,11
21:14 22:7,10
22:15,21 23:3
23:5,8,18,23
24:8,18,22
25:2 26:21,23
27:10 28:3
29:18,20,24
30:5,15,17,25
31:17,19 32:5
32:12,18 33:16

34:20 35:12
36:18 37:18
38:2,3 47:10
61:13 73:15
83:10,14 84:3
90:22 101:4
106:7,17,19
108:25 110:8
**vasculature**
21:18 33:5
76:4
**vehicle** 28:10
96:10 98:22
99:17 100:11
101:14 103:9
103:16
**vehicular** 7:10
99:14
**vein** 22:24 23:2
23:13
**veins** 22:11,25
**versa** 67:21
**versions** 12:24
**versus** 5:4 15:4
17:17 19:3
49:12
**vert** 45:24
**vessel** 36:23
75:25
**vessels** 30:6
36:24 37:10,24
**vice** 67:21
**video** 1:16 113:4
**viscosity** 24:10
**visit** 7:17 34:3
57:19
**vitae** 114:17
120:14
**Vorbes** 93:7
**vs** 119:4
**vulnerability**
101:12

**W**

**waiting** 4:11
**walk** 67:11,23
68:4,20,22
69:4,5,9 73:8

78:9,15
**walked** 102:11
**walking** 32:10
73:7 91:6
**wane** 57:3,3
**waning** 45:14
**want** 5:5 6:22
13:2 28:4,7
51:15 61:2
87:13 95:4,8
96:3 100:15,17
**wanted** 12:5
**washing** 68:15
**wasn't** 7:18
52:10 59:14
69:11 85:6
113:8
**wax** 57:2,3
**waxing** 45:14
**way** 27:13 33:24
63:17 66:5
73:2,20 79:6
80:18 96:21
97:7
**we'll** 57:24
59:16 113:2
114:6 115:19
116:7
**we're** 14:7 23:18
97:5 110:2
**weakened** 35:4
**weakening**
102:2
**weakness** 40:12
107:18
**week** 6:5,16 16:4
16:8 17:4 18:5
18:7 39:14
107:11,23
108:5
**weekends** 6:7
**weeks** 31:13
**weight** 70:20,23
71:3,4,10,13
71:16,18,20
72:5
**went** 11:17 52:6

65:20 66:18
99:24
**weren't** 33:18
**West** 1:16 9:15
10:11
**wet** 73:19 74:5
107:25
**whatsoever** 96:3
99:12
**wheelchair**
66:20 67:7
**WHEREOF**
121:20
**WILLIAM** 2:11
**wing** 4:6
**wise** 121:18
**witness** 3:3 13:3
112:17,21
121:10,20
**word** 16:2 48:9
48:12 51:24
52:12 86:6
**words** 22:9
**work** 4:9 5:10
6:5,19 14:6,10
14:22 16:5
17:4 18:6,6,21
19:13,18,19,21
19:23,25 20:3
34:14,17 74:24
98:13
**worked** 15:22
28:13
**working** 21:10
34:15
**world** 102:10
**worry** 26:3
50:12
**worse** 25:7,12
25:14,15 42:8
54:18 72:23
**worsened** 31:16
**worsening** 83:9
84:3
**wouldn't** 37:4
40:14 49:4
55:17 56:6

60:10 94:9
**wound** 28:24,25
29:6,14 73:22
75:12 76:9,11
76:15,19,20
77:23
**wounds** 29:10
31:20,25 70:13
70:16,17,18
73:21 74:2
77:5 78:17
95:17
**write** 89:9 90:24
**written** 90:6
**wrote** 43:9 83:24
91:23 94:11,21
99:20 100:3

**X**

**x** 1:4,12 120:2,7
**x-ray** 85:17,21

**Y**

**year** 11:18,20
14:24 25:8,25
40:18 54:5
75:19 94:12
101:17,19
102:6 105:9
110:25
**years** 5:7,7,11
5:15 6:3 8:25
9:6 13:12
14:11,13,15,19
15:3,7 18:23
18:24 19:6
25:25 29:9
43:12 44:5
46:17,17 47:18
57:8,8 104:9
104:14 105:17
105:21
**York** 1:17,17,20
3:5,17,18 4:23
5:24 15:19
121:3,5,8
**young** 102:10

**Z**

**0**

**1**

**1** 13:17,24 14:2
98:4 116:8
120:11
**10** 5:10 15:17
**10018** 1:17
**10065** 3:18
**11** 5:11,15 7:17
8:10 10:6
14:24 15:17
34:3 45:7
**11:40** 116:10
**113** 120:13
**114** 120:14
**115** 120:15,16
**116** 120:17
**11th** 43:17 47:6
**122** 120:4
**130** 2:4
**14** 120:11
**15** 15:11 18:22
18:25 77:5
79:24
**16** 9:19
**18** 7:10 27:11
28:10
**1987** 14:12

**2**

**2** 92:16 96:20
97:6,25 120:12
**2:00** 19:16
**20** 5:7 14:17
18:22,24,25
111:13
**2002** 32:17
**2008** 9:9 43:9,16
44:4 46:18
47:16 49:14
50:5 52:24
54:15,17 55:23
56:24 60:14
**2011** 53:13
**2013** 9:20 10:6

50:9,19 51:7
**2014** 8:13,17
**2015** 7:10,17
8:10 10:7
27:11 28:10
32:23 33:3,17
34:3,7 43:17
44:10 45:5,7
46:18,22 49:17
53:4 54:18
57:10 64:19
67:4 76:23
**2016** 9:19 58:16
58:24 59:19
60:2 73:14
74:23 76:22
79:9,12 93:19
**2017** 1:18 119:6
**2018** 118:20
121:22
**205** 3:17,25 5:18
6:2
**220** 14:25
**23** 32:23 33:3
34:7
**230** 14:25
**24** 103:11,19
104:7,12
**245** 2:9
**25** 14:20 16:19
17:3,3,8,14,23
101:17
**26th** 67:2
**28** 1:17 119:6
**28th** 67:2

_____ **3** _____
**3** 113:10,16,20
120:13
**3:17cv-00249**
1:9
**30** 5:7 14:12,17
15:3,6
**32202** 2:10
**32301** 2:5
**330** 14:25
**35** 18:11,15
**37th** 1:16

**39** 1:16

_____ **4** _____
**4** 114:14,18
120:14
**4,000** 19:20
**40** 15:7
**400** 5:2
**450** 5:2 19:8
**4th** 33:24 121:21

_____ **5** _____
**5** 114:21,25
115:3 120:15
**5:00** 6:6 19:13
**50** 16:22 17:2,3
**500** 19:9,24

_____ **6** _____
**6** 115:5,11
120:16
**60** 41:15,20 60:9
60:10
███ 3:17,25
5:18 6:2

_____ **7** _____
**7** 115:15,22
120:17

_____ **8** _____
**8** 53:13
**80** 11:18,20
38:15 40:18
41:15,20 54:5
60:9,11 94:12
101:19 102:6
**83** 43:11
**85** 15:11

_____ **9** _____
**9** 79:9,12
**9:00** 6:6 19:13
**9:05** 1:18
**90** 5:8,12,17
15:8 20:4
**900** 15:6
**92** 120:12
**95** 15:15 20:4

40:10