**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GWENDOLA JONES THOMAS, as
Personal Representative of the Estate of
Jim Arthur Jones, deceased,

    Plaintiff,

v.                                          Case No.   3:17-cv-249-J-34PDB

EMPIRE FIRE AND MARINE
INSURANCE COMPANY,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on the Notice of Settlement (Dkt. No. 51; Notice) filed on July 17, 2018.  In the Notice, Defendant advises the Court that the parties have reached a settlement in this matter.  See Notice at 1.  Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **September 17, 2018**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **September 17, 2018**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The final pretrial conference scheduled for August 20, 2018, is cancelled, and this case is removed from the September 2018, trial term.

4. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of July, 2018.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

- 2 -